IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA )
)
      PLAINTIFF, )
) Civil No.: 98-1664 (BB)
vs. )
)
33.92356 ACRES OF LAND, )
MORE OR LESS, SITUATED IN )
VEGA BAJA, COMMONWEALTH OF )
PUERTO RICO, AND JUAN PIZA BLONDET, )
AND ANY UNKNOWN OWNERS, )
)
      DEFENDANTS. )

## COMPLAINT IN CONDEMNATION

1. This is an action of a civil nature brought by the Attorney General of the United States, at the request of and in the name of the Federal Aviation Administration, for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is under and in accordance with the Act of August 1, 1888 (25 Stat. 357, 40 U.S.C. §257), the Act of February 26, 1931 (46 Stat. 1421, 40 U.S.C. §258(a)), the Federal Aviation Act of 1958 (72 Stat. 737, 49 U.S.C. §1344(c)), the Act of Congress approved July 5, 1994, Public Law 103-272, 108 Stat. 1106, 49 U.S.C. §40110 and §44502(a), the Transportation and Related Agencies Act of 1993 (Pub. L. 102-388), which appropriated funds for such purposes, and the authority delegated by the Administrator of the Federal Aviation Administration (FAA) to the Regional Administrators of the FAA (27 Fed. Reg. 3773).

3. The public use for which the property is to be taken is to provide a site for the

USA v. 33.92356 Acres of Land, etc.
Page 2

continued operation and maintenance of a Non-Directional Radio Beacon Facility. This Facility is used by enroute aircrafts for navigational purposes when flying in the Caribbean and is a critical element to the National Airspace system.

    4. The interest being acquired here for public use is a leasehold interest, subject to public easements for public roads and highways, public utilities, railroads and pipelines, in Lots "A" and "C," containing 33.05834 and 0.86522 acres of land, respectively, as more fully described in Schedule A attached hereto and made a part hereof, for the period from October 1, 1996 through the date of the filing of the Declaration of Taking herein;

    5. A description of the property to be taken and the names and addresses of persons known to the plaintiff to have or claim an interest in the property are described in Schedules "A" and "C," respectively, annexed hereto and made a part hereof.

    6. All persons, firms and corporations named as defendants herein are joined as defendants generally to the end that all right, title, interest and estate of all said defendants in and to any and all of the lands herein involved shall be divested out of them and vested in plaintiff.

    7. In addition to the persons named, there are or may be others who have or may claim some interest in the property to be taken, whose names are unknown to the plaintiff, and such persons are made parties to the action under the designation "Unknown Owners."

    WHEREFORE, the plaintiff demands judgment that the property be condemned and that just compensation for the taking be ascertained and awarded and for such other relief as

USA v. 33.92356 Acres of Land, etc.
Page 3

may be lawful and proper.

    Trial by jury of the issue of just compensation is demanded by plaintiff.

    In San Juan, Puerto Rico, this 10th day of June 1998.

                         GUILLERMO GIL
                         United States Attorney

                         JOSE M. PIZARRO ZAYAS
                         USDC # 116905
                         Assistant U. S. Attorney
                         Room 452 Federal Building
                         Hato Rey, Puerto Rico 00918
                         Tel. 766-5656

                         DAVID LASTRA-DE LEON
                         Id. No. 206902
                         Attorney, U.S. Department of Justice
                         Environment & Natural Resources Division
                         P.O. Box 561 - Ben Franklin Station
                         Washington, D. C. 20044
                         Telephone: (202) 305-0295
                         Fax:      (202) 305-0398