IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'99 SEP 29 AM 7:39

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

UNITED STATES OF AMERICA                    *

    Plaintiff                            *

          v.                             *    CIVIL NO. 98-1664 (GG)
                                         *    CIVIL NO. 98-2344 (GG)

33.92356 ACRES OF LAND, JUAN PIZA          *
BLONDET, ET ALS.                            *

    Defendants                           *
* * * * * * * * * * * * * * * * *

## MINUTES OF PROCEEDINGS

The parties met with the Court on September 23, 1999, for a Settlement and Pre-Trial Conference.  Plaintiff was represented by David Lastra, Esq. Defendant was represented by Carlos Colón Marchand, Esq. The conference started at 3:15 p.m. and concluded at 4:45 p.m.

The parties informed the court that they have not been able to reach a settlement agreement.  The court was able to corroborate that they are too far apart to reach an agreement. Defendant announced that he is not ready for trial, which is scheduled to begin on October 25, 1999, because he has not been able to obtain his new expert witness' report. He indicated that he would need until at least February to obtain said report.  The court denied the motion for a continuance.  The parties will meet on **September 28, 1999 at 10:00 a.m.** to exchange exhibits and resolve any issues of admissibility of the evidence.  If they are unable to resolve any

**CIVIL NO. 98-1664 (GG)**                                                    2

issues, they must present their motions *in limine"* and corresponding

oppositions by **October 5, 1999**.  By **October 8, 1999**, the parties will

submit their positions regarding the proper method of valuation or

appraisal that should be used in this case.

The **Clerk of the Court** must notify this minute ·to all the

parties.

San Juan, Puerto Rico, this ·*28* day of September, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
      Courtroom Deputy Clerk