UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -8 AM 8 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
  Plaintiff

vs.

33.92356 ACRES OF LAND, ET ALS.
  Defendants

CIVIL NO. 98-1664 (GG)
CIVIL NO. 98-2344 (GG)

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 5, 1999<br>Docket: #56<br>[x] Plffs          [] Defts<br>Title: Motion for Enlargement of Time to Submit Motions In Limine | GRANTED AS REQUESTED. |

Date: October 7, 1999.

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 58