IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 25 AM 9:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA

 Plaintiff

 v.         CIVIL NO. 98-1664 (GG)

33.92356 ACRES OF LAND, JUAN PIZA
BLONDET, ET ALS.

 Defendants

**ORDER**

Upon consideration of defendant's Motion for Determination of Proper Appraisal Approach", the request for a hearing prior to trial for said purpose is **GRANTED**.

**WHEREFORE**, the Jury Selection and Jury Trial set for October 25 & 26, 1999, respectively, are **VACATED AND SET ASIDE**. However, an Evidentiary Hearing will be held on **October 26, 1999 at 10:30 a.m.** for the purpose of determining the proper method of valuation in this case. The hearing will be held in the undersigned's chambers located at Suite 1200-B, 12th Floor, BBV Tower, Hato Rey.

**SO ORDERED.**

San Juan, Puerto Rico, this 19th day of October, 1999.

            GILBERTO GIERBOLINI
            Senior U.S. District Judge