UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiffs

vs.

33.92356 ACRES OF LAND
    Defendants

CIVIL NO. 98-1664(GG)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 21, 2000<br>**Docket:** #66<br>[] **Plffs**  [x] **Defts**  [] **Joint**<br>**Title:** Motion to Resign as Legal Representative of Defendant | **NOTED AND GRANTED AS REQUESTED**. Defendant to announce legal representative by September 27, 2000. Clerk of the Court to notify this motion to defendant's personal address as indicated in Docket #66. |

**Date**: August 27, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #67