IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
|  | * |
|  | * |
| Plaintiff | * |
|  | * |
| v. | * |
|  | * |
| 33.92356 ACRES OF LAND, JUAN PIZA | * |
| BLONDET, ET ALS. | * |
|  | * |
| Defendants | * |

CIVIL NO. 98-1664 (GG)
            98-2344

RECEIVED AND ___
2000 NOV 15 PM 4: 21
CLERK ___ ___
U.S. DISTRICT COURT
OLD SAN JUAN PR.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** November 2, 2000 <br> **Docket:** #68 <br> [] **Plffs** [x] **Defts** [] **Joint** <br> **Title:** Motion of Appearance of Counsel | The Appearance of Counsel is **NOTED.** Defendant has fifteen (15) days to inform the court of its current position on procedural and substantive matters in this case. |

**Date:**    November 15, 2000

GILBERTO GIERBOLINI
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By:   | # 69 |

4