UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiffs

vs.                                                         CIVIL NO. 98-1664 (GG)

33.92356 ACRES OF LAND
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 4, 2000<br>**Docket:** #70<br>[] **Plffs**   [x] **Defts**   [] **Joint**<br>**Title:** Motion Regarding Pending Procedural and Substantive Issues | NOTED AND DENIED. |

Date:   January 22, 2001

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By: _____     # 71