IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| ) | Civil No. 98-1664 (GG) |
| vs. ) | Civil No. 98-2344 (GG) |
| ) | |
| 33.992356 ACRES OF LAND, ) | Consolidated Cases |
| MORE OR LESS, SITUATED IN ) | |
| VEGA BAJA, COMMONWEALTH ) | |
| OF PUERTO RICO, AND JUAN ) | |
| PIZA BLONDET AND ANY ) | |
| UNKOWN OWNERS ) | |
| DEFENDANT ) | |

**MOTION OF RESIGNATION OF COUNSEL**

TO THE HONORABLE COURT:

**COMES NOW** Defendant Juan Pizá Blondet by his undersigned counsel and respectfully informs and prays:

1. The undersigned attorney hereby informs that it is presenting its resignation as legal counsel to Defendant Juan Pizá Blondet due to other professional commitments.

2. Defendant Juan Pizá Blondet has been appraised of the matter and consents to said resignation. Copy of this motion has been sent by certified mail to his address: Edificio Vanderbilt, 1024 Ashford Ave., Esq. Calle Aguadilla, San Juan, P.R. 00907. Files of the case have been handed over to Defendant Juan Pizá Blondet.

3. We take the opportunity to respectfully remind the Honorable Court that adjudication of certain motions concerning the controversy for determination of the proper appraisal approach is still pending in the case at bar. Until these motions are adjudicated the case is at a standstill.

4. The undersigned counsel respectfully requests that the Court accept the resignation of the undersigned counsel and grant Defendant sufficient time to appear with new counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26 day of March, 2004.

I hereby certify that on this same date I notified by mail, postage prepaid, a true copy to: **José M. Pizarro Zayas**, Assistant U.S. Attorney, Room 452 Federal Bldg. Hato Rey, P.R. 00918; **David Lastra-De León**, Attorney, U.S. Department of Justice, Environment & Natural Resources Division, P.O. Box 561, Ben Franklin Station, Washington D.C. 20044.

In San Juan, Puerto Rico this 26 day of March, 2004.

ANDRES L. CORDOVA
USDC# 215612
P.O. Box 195355
San Juan, P.R. 00919-5355
Tel. (787) 751-1912 (2004)
Fax (787) 751-2442
Email: acordova@inter.edu