IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| vs. | * | CIVIL NO. 98-1664 (GG) |
| | * | CIVIL NO. 98-2334 (GG) |
| **33.92356 ACRES OF LAND, etc.,** | * | |
| **et al** | * | |
| | * | |
| **Defendants** | * | |

## MEMORANDUM OF THE CLERK

Due to the recent retirement of Senior Judge Gilberto Gierbolini, these consolidaed cases have been reassigned within the Case Assignment System to **Judge Carmen Consuelo Cerezo**.

All future filings shall bear Judge Cerezo's initials next to the case number: **Civil No. 98-1664 (CC)** and **Civil 98-2334 (CC)**.

San Juan, Puerto Rico, April 15, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**Clerk of Court**

**S/ Laura E. Rivera**
**Laura E. Rivera**
**Operations Manager**