IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND ANY UNKNOWN OWNERS<br>Defendants | CIVIL 98-1664CCC<br>CIVIL 98-2344CCC |

# O R D E R

These consolidated actions for eminent domain were reassigned to the undersigned on April 15, 2004 due to the retirement of Senior Judge Gilberto Gierbolini (see docket entry 73).

A review of the record reveals that the trial scheduled for October 25 & 26, 1999 was vacated and set aside sine die as Senior Judge Gierbolini opted instead to hold an evidentiary hearing to determine the proper method of valuation that should be used in the cases (see docket entry 63). The hearing was held on October 26, 1999 (see docket entry 65). Although Senior Judge Gierbolini placed the matter under advisement, the record fails to show that a ruling was ever rendered on it.

Accordingly, Court Reporter Victoria Rocks is instructed to prepare the transcript of the October 26, 1999 evidentiary hearing by no later than JUNE 1, 2004. The Clerk of Court shall serve copy of this Order to Ms. Rocks forthwith.

**A status conference will be held in this case on JULY 1, 2004, at 5:00 P.M.**

As to the pending motions unrelated to the matter under advisement, the Court RULES as follows:

CIVIL 98-1664CCC                                     2
CIVIL 982344CCC

      The Motion for Withholding of Amounts Owed to the P.R. Treasury filed by the Puerto Rico Department of Treasury on October 22, 1999 (**docket entry 62**), which remains unopposed, is GRANTED.

      Having considered the Motion for Resignation of Counsel filed by attorney Andrés L. Córdova on March 26, 2004 (**docket entry 72**), the same is GRANTED.  Defendant shall announce his new legal representative by no later than MAY 21, 2004.  The Clerk of Court shall serve defendant with a copy of this Order to the following address:

Juan Pizá-Blondet  
Edificio Vanderbilt  
1024 Ashford Avenue, Esq. Calle Aguadilla  
San Juan PR 00907

SO ORDERED.

At San Juan, Puerto Rico, on April 27, 2004.

                                                    S/CARMEN CONSUELO CEREZO  
                                                    United States District Judge