1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,              )
                                       )
             Plaintiff,                )
                                       )
vs.                                    )  No. 98-1664
                                       )  No. 98-2344
33.92356 ACRES OF LAND MORE OR         )
LESS SITUATED IN VEGA BAJA,            )
COMMONWEALTH OF PUERTO RICO and        )
JUAN PIZA BLONDET AND ANY UNKNOWN      )
OWNERS,                                )
                                       )
             Defendants.               )
                                       )


         The record of proceedings in the evidentiary hearing in the above-captioned matter, taken before Victoria D. Rocks, C.S.R., before the HON. GILBERTO GIERBOLINI, at the U.S. District Court, 150 Chardon Avenue, Hato Rey, Puerto Rico, commencing at 9:00 o'clock a.m., on the 26th day of October 1999 A.D.