IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND ANY UNKNOWN OWNERS<br>Defendants | CIVIL 98-1664CCC |

# O R D E R

It appears from the record and the docket that the Clerk of Court did not notify defendant Juan Piza Blondet by mail of the Court's order issued April 27, 2004. Accordingly, defendant Piza Blondet is advised that on April 27, 2004 the Court granted the Motion for Resignation of Counsel filed by his attorney, Andres L. Cordova, (**docket entry** 72), in which Mr. Cordova informed that defendant Piza Blondet had been appraised of the matter of his resignation and consented to it.

The Court having accepted Mr. Cordova's resignation as legal representative, defendant Piza Blondet shall, no later than August 4, 2004, appear in this case either representing himself or through new counsel. He is further advised that a status conference is hereby set for September 1, 2004 at 5:00 p.m. and that there will be no continuance of this conference, inasmuch as plaintiff, since at least March 26, 2004 according to Mr. Cordova's representation, that his attorney would present his resignation to the Court with Piza Blondet's consent.

The Clerk of the Court is instructed for the second time to serve defendant Juan Piza Blondet with a copy of this Order at the following address:

Juan Piza-Blondet
Edificio Vanderbilt
1024 Ashford Ave. Esq. Calle Aguadilla
San Juan PR 00907

SO ORDERED.

At San Juan, Puerto Rico, on July 8th, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge