# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEDINGS**                    **DATE:**  July 1, 2004

BEFORE HONORABLE CARMEN CONSUELO CEREZO     **CIVIL:** 98-1664 (CCC)
                                                   98-2344 (CCC)

================================================================

UNITED STATES OF AMERICA

Plaintiff

vs.

33.92356 ACRES OF LAND MORE OR
LESS, SITUATED IN VEGA BAJA,
COMMONWEALTH OF PUERTO RICO,
AND JUAN PIZA BLONDET, AND ANY
UNKOWN OWNERS

Defendants

================================================================

    Status Conference could not be held since the only attorney present was

Assistant U.S. Attorney Jose Pizarro Zayas.  Order will be entered as to defendant Piza

Blondet's legal representation, as well as new setting for the status conference.


                                   S/Gretchen S. Rodriguez
                                   Gretchen S. Rodriguez
                                   Courtroom Deputy Clerk