IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>33.92356 ACRES OF LAND MORE OR LESS,<br>SITUATED IN VEGA BAJA,<br>COMMONWEALTH OF PUERTO RICO, AND<br>JUAN PIZA BLONDET, AND ANY<br>UNKNOWN OWNERS,<br><br>  Defendants. | CIVIL NO. 98-1664 (CCC) |

**STATUS CONFERENCE REPORT**

Present at the conference were AUSA José M. Pizarro-Zayas for plaintiff and defendant Juan Pizá-Blondet.[1]

Defendant Pizá-Blondet provided a letter of Attorney Maurice V. Pizá addressed to Hon. Judge Carmen Consuelo Cerezo and dated September 1, 2004 in which Attorney Pizá explains that he was unable to attend this Status Conference because he could not travel to Puerto Rico due to Hurricane Frances. A copy of the letter is attached hereto and made part of this report. Pizá-Blondet explained that Attorney Pizá will assume his legal representation in this case.[2] Pizá-Blondet was advised that Attorney Pizá should promptly file his appearance in this case and his petition to act as attorney *pro hac vice*. Pizá-Blondet was appraised that he failed to comply with the Court's Order of July 8, 2004 which ordered him to appear in this case either representing himself or

---

[1] Pizá-Blondet was accompanied at the Status Conference by Leon Grosfoguel, real estate consultant.

[2] Pizá-Blondet indicated that he is considering whether to retain another local attorney not admitted in this Court to serve as an advisor to Attorney Pizá.

2

through new counsel no later than August 4, 2004 (Docket No. 76). As to this matter, Pizá-Blondet indicated that he received the July 8, 2004 order by mail a few weeks ago because he has problems with mail delivery at his address. Pizá-Blondet clarified that his correct address is: 1024 Avenida Ashford Esq. Oeste, Calle Aguadilla, San Juan, Puerto Rico 00907. We note that the envelope accompanying the copy of the order sent to Pizá-Blondet by the Clerk's Office shows that the letter was postmarked July 14, 2004.

Pizá-Blondet also informed the Court that he filed by hand on August 26, 2004 a "Motion Requesting Sufficient Time to Obtain Legal Representation" with the Clerk's Office of this Court. A review of the docket of this case does not show this motion as filed. Nonetheless, Pizá-Blondet provided a copy of the motion where the stamp of the Clerk's Office is clearly visible evidencing that the motion was indeed filed with the Court on August 26, 2004 at 1:09 PM. Pizá-Blondet requested the Court to enter the motion on the docket and consider the same as properly filed. A copy of this motion is attached hereto and made part of this report.

AUSA Pizarro-Zayas informed that the position of the government is, that in order to proceed with this case, the Court has to rule on what will be the proper method of valuation in this case. AUSA Pizarro indicated that on October 8, 1999, the government filed a Brief on the Proper Method of Valuation (Docket No. 60) and on October 12, 1999, the government filed an Addendum to the Brief (Docket No. 61). Both pleadings are pending before the Court even though an evidentiary hearing was held before Hon. Judge Gilberto Gierbolini on October 26, 1999 as to this matter. (Docket No. 65). AUSA Pizarro advised that, once a ruling is made as to the valuation method, the parties will be in a position to submit the pertinent appraisals and have a hearing on the merits of the case.

3

The government agreed to provide to Pizá-Blondet a copy of the transcript of the evidentiary hearing held on October 26, 1999 (Docket No. 75), if available. In addition, the parties agreed to simultaneously exchange appraisals of the property in question.

The Clerk of the Court is instructed to serve defendant Pizá-Blondet with a copy of this Report at: 1024 Avenida Ashford Esq. Oeste, Calle Aguadilla, San Juan, Puerto Rico 00907.

In San Juan, Puerto Rico, this 2nd day of September of 2004.

s/**CAMILLE L. VELEZ-RIVE**
**CAMILLE L. VELEZ-RIVE**
**UNITED STATES MAGISTRATE JUDGE**