*MAURICE V. PIZA*
*ATTORNEY AND COUNSELOR AT LAW*
*PUBLIC NOTARY*
*5500 PRYTANIA ST. #210*
*NEW ORLEANS, LA. 70115*
*TEL. 504-909-0171*
*504-277-8211*
*FAX # 504-277-2358*

September 1, 2004

Honorable Carmen Consuelo Cerezo
United States District Court
for the District of Puerto Rico
Room 105
Federal Building
San Juan, P.R. 00918-1767

RE:   U.S.A. vs 33.92356 ACRES OF LAND, JUAN PIZA BLONDET.
      Case # 98-1664, 98-2344.

Honorable Carmen Consuelo Cerezo:

We were going to attend the status conference set for today in regards to the above stated case. Nevertheless, due to circumstances out of our control in particular hurricane Frances, we were forced to cancel our travel arrangements to go to Puerto Rico. Our travel arrangements were made through expedia.com, reference #1-5085985, itinerary # 110619250698. Originally, we were going to arrive on Tuesday August 31, 2004. Subsequently, we made arrangements to arrive today at 1:00 p.m. but to no avail because of the connecting flight in Florida. At this time we respectfully request a continuance of the status conference due to the circumstances above stated since we have just been retained to represent him. Further, it is our understanding that Mr. Piza already filed a continuance for the case in proper person this week. We humbly and honestly regret any inconvenience that this request had in your honors honorable court but humanly we did not have a choice.

Respectfully,

Maurice V. Piza
Attorney at Law

MVP-map

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF LOUISIANA

I, *LORETTA G. WHYTE*, Clerk of the United States District Court, Eastern District of Louisiana,

DO HEREBY CERTIFY That *Maurice V. Piza* was duly admitted to practice in said Court on *November 5, 1997* and is in good standing as a member of the bar of said Court.

Dated at *New Orleans, LA*

on   *August 30, 2004*

LORETTA G. WHYTE        CLERK

By _____
        Deputy Clerk

## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Maurice Pilie

Whose address is    Ste 210
                    5500 Prytania St

New Orleans, LA 70115-4237

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 18th day of April 1997.

Given over my hand and the Seal of the Louisiana State Bar Association, this 1st day of September 2004.

_____
Executive Director
Louisiana State Bar Association