IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
04 AUG 26 PM 1:09

| | |
|---|---|
| UNITED STATES OF AMERICA : | CIVIL No. 98-1664 (CCC) |
| PLAINTIFF : | |
| : | CIVIL No. 98-2344 (CCC) |
| : | |
| 33,9923.56 ACRES OF LAND, MORE : | |
| OR LESS, SITUATED IN VEGA BAJA : | CONSOLIDATED CASES |
| COMMONWEALTH OF PUERTO : | |
| RICO  AND JUAN PIZA BLONDET : | |
| AND ANY NKNOWN OWNERS : | |
| : | |
| DEFENDANT : | |

## MOTION REQUESTING SUFFICIENT TIME TO OBTAIN LEGAL REPRESENTATION

TO THE HONORABLE COURT:

COMES NOW Defendant Juan Pizá Blondet "pro se" and respectfully informs and prays:

1. The undersigned defendant hereby informs this Honorable Court that at present we are not assisted by legal counsel due to the resignation of attorney Andrés Córdova.

2. As this case is a complex one, filed six years ago, with voluminous documentary evidence and pending questions of law, we have not been able to obtain legal representation yet.

3. In light of the above, we respectfully request this Honorable Court to grant us an additional sixty (60) days to appear with new counsel.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August 2004.

I hereby certify that on this same date I notified by mail, postage prepaid, a true copy to José M. Pizarro Zayas, Assistant U.S. Attorney, Room 452 Federal Bldg. Hato Rey, P.R. 00918; David Lastra-De León, Attorney, U.S. Department of Justice, Environment & Natural Resources Division, P.O. Box 561, Ben Franklin Station, Washington, D.C. 20044.

In San Juan, Puerto Rico, this 25th day of August 2004.

Juan Pizá Blondet
Edificio Vanderbilt
1024 Ashford Ave. esq. Calle Aguadilla
San Juan, Puerto Rico 00907
Tel. 787-723-0638