IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND ANY UNKNOWN OWNERS<br>Defendants | CIVIL 98-1664CCC<br>CIVIL 98-2344CCC |

# O R D E R

These two consolidated cases were filed in 1998 and reassigned to the undersigned on April 15, 2004 (docket entry 73) after Senior Judge Gierbolini's retirement. On August 27, 2000, the Court granted (docket entry 67) a motion to withdraw legal representation filed by attorney Carlos Colón-Marchand, legal representative of defendant Juan Pizá-Blondet (docket entry 66). Mr. Pizá-Blondet thereafter appeared represented by Andrés L. Córdova, Esq., (docket entry 68), who later submitted a Motion of Resignation of Counsel on March 26, 2004 (docket entry 72). On April 27, 2004, the Court issued an Order (see docket entry 74) granting this motion and requiring defendant Pizá-Blondet to announce his new legal representative no later than May 21, 2004. At that time a status conference was set for July 1, 2004 and the Clerk of Court was instructed to mail a copy of the Order to Mr. Pizá-Blondet. On July 8, 2004, the Court entered another Order (see docket entry 76) clearly informing Mr. Pizá-Blondet that it had granted attorney Córdova's motion to withdraw as his attorney, that in his motion Mr. Córdova had informed that defendant Pizá-Blondet had been apprised of the matter of his resignation and consented to it, and ordering Mr. Pizá-Blondet to appear in this case either representing himself or through new counsel no later than August 4, 2004. He was further advised in that Order that a status conference was set for September 1,

CIVIL 98-1664CCC                                             2
CIVIL 98-2344CCC

2004 at 5:00 P.M. and that there would be no continuance of said conference since Mr. Córdova had represented that since March 26, 2004 Mr. Pizá-Blondet had consented that he present his resignation to the Court. The Clerk of Court was instructed to notify Mr. Pizá-Blondet of this Order by certified mail. The letter was returned unclaimed after three notices on July 17, 28 and August 6, 2004.

On August 26, 2004, Mr. Pizá-Blondet appeared pro se through written motion (**docket entry 79**) requesting sufficient time to obtain legal representation. Although he makes reference to the resignation of his attorney Andrés Córdova, no mention was made of the Court's Order dated July 8, 2004 which set a status conference for September 1, 2004. Mr. Pizá-Blondet appeared on September 1, 2004 before Magistrate-Judge Vélez-Rivé for the status conference despite the Court's Order having been returned by the Post Office.

During the status conference defendant Pizá-Blondet submitted a letter signed by attorney Maurice V. Pizá addressed to the undersigned, dated September 1, 2004, stating he was going to attend the status conference and had to cancel travel arrangements because of the passage of Hurricane Frances. Attorney Pizá submitted a copy of a certificate of good standing as an attorney duly admitted to the bar of the U.S. District Court for the Eastern District of Louisiana. As of today, September 23, 2004, Mr. Maurice V. Pizá has not filed a notice of appearance on behalf of defendant Pizá-Blondet nor has local counsel appeared as required by Local Rule 83.1(f) when there is a pro hac vice attorney.

Having considered these circumstances, the Court FINDS that Mr. Pizá-Blondet has had since the end of March 2004, almost six months after he consented to Mr. Córdova's withdrawal, to either appear pro se or through a new legal representative. Accordingly, his pro se Motion Requesting Sufficient Time to Obtain Legal Representation (**docket entry 79**) where

CIVIL 98-1664CCC                               3
CIVIL 98-2344CCC

he asks for an additional sixty (60) days to appear with new counsel is DENIED.  The Court takes under advisement the pending matter on the proper method of valuation and thereafter will set the case for a hearing on the merits.  The status conference will not be rescheduled.

The Clerk of Court will send a copy of this Order by certified mail, return receipt requested, to Mr. Pizá-Blondet at the following address:

> 1024 Avenida Ashford Esq. Oeste
> Calle Aguadilla
> San Juan, P.R.   00907

SO ORDERED.

At San Juan, Puerto Rico, on September 23, 2004.

                                                              S/CARMEN CONSUELO CEREZO
                                                              United States District Judge