IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND ANY UNKNOWN OWNERS<br>Defendants | CIVIL 98-1664CCC<br>CIVIL 98-2344CCC |

**O R D E R**

The government shall produce, no later than November 30, 2004, a copy of its Exhibit 6, "Mapa de Zonificación de Vega Baja," on which the parcels of land in issue are marked in color.

SO ORDERED.

At San Juan, Puerto Rico, on November 22, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge