

ZONING MAP
REF: CUENCA HIDROGRAFICA, LAGUNA TORTUGUERO
SCALE: 1:20,000
VEGA BAJA, PR

FIG. 3