# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. J Wayne Mumphrey _____

whose address is _____ 9061 W Judge Perez Dr _____

_____ Chalmette, LA 70043 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the

_____ 9th _____ day of __ September __, __ 1971 __.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___ 7th ___

day of __ December __, __ 2004 __.

_____
Executive Director
Louisiana State Bar Association