# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____Mr. David Coleman Vidrine_____

whose address is_____2200 Jackson Blvd_____

_____Chalmette, LA 70043_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____16th_____ day of __October__, __1992__.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___7th___ day of __December__, __2004__.

_____
Executive Director
Louisiana State Bar Association