### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>33.92356 Land, et. al.<br><br>Defendants | **CIVIL NO.   98-1664 (CCC)** |

**ORDER**

A settlement conference is hereby set for **Wednesday, January 12, 2005 at 4:30 p.m.** before the undersigned.

**SO ORDERED**.

Date:   December 27, 2004

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate Judge