IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
04 DEC 10 PM 1:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CIVIL 98-1644CCC |
| | CIVIL 98-2344CCC |
| vs | |
| 33.92356 ACRES OF LAND MORE OR LESS SITUATED IN VAG BAJA, COMMONWEALTH OF PUERTO RICO and JUAN PIZA BLONDET and ANY UNKNOWN OWNERS, | |
| Defendants | |



RECEIPT # 151499
AMOUNT: $150.00

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now Maurice V. Piza applicant herein and respectfully states:

1. Applicant is an attorney and practices under the name of Maurice V. Piza, with offices at:

| Address | 9061 West Judge Perez Drive |
|---|---|
| | Chalmette, Louisiana 70043 |
| Email | maurpi1@yahoo.com |
| Telephone No. | (504) 277-8989 |
| Fax No. | (504) 277-0806 |

2. Applicant will sign all pleadings with the name Maurice V. Piza.

3. Applicant has been retained personally or as a member of the above-named firm by Juan Piza'-Blondet to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Louisiana, where applicant regularly practices law. Applicant's bar license number is 24862.

5. Applicant has been admitted to practice before the following courts:

Court:                                    Admission Date:

United States Federal District Court for the Eastern District of Louisiana since 1998
United States Court of Appeal for the Fifth Circuit since 1999

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: 12/9/04

FRANCISCO DEZ
Printed Name of Local Counsel

_____
Signature of Local Counsel


I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Signature of Applicant

======================================================
ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

| | |
|---|---|
| ' | the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court. |
| | |
| ' | the application be denied. The Clerk of Court shall return the admission fee to the applicant. |
| | |

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. DISTRICT JUDGE

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application: Case Number and Style:

October 4, 2004    United States v. 33.92356 ACRES, ET AL.

10. Local counsel of record associated with applicant in this matter is:

Francisco Diez
USDC-PR Bar No. 215412
652 Munoz Rivera
Suite 3125
San Juan, Puerto Rico 00918-4281
Email: franciscodiezlaw@yahoo.com
Telephone: (787) 250-0220
Telecopier: (787) 250-0295

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____12/7/04_____

_____Maurice Piza_____
Printed Name of Applicant

_____[signature]_____
Signature of Applicant