# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Maurice Piza

whose address is
Ste 210
5500 Prytania St

New Orleans, LA 70115-4237

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 18th day of April, 1997.

Given over my hand and the Seal of the Louisiana State Bar Association, this 27th day of August, 2004.

_____
Executive Director
Louisiana State Bar Association