UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.**<br><br>Defendants | **CIVIL 98-1644CCC**<br>**CIVIL 98-2344CCC** |

**UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO THIS COURT'S NOVEMBER 22, 2004 ORDER AND TO SET STATUS CONFERENCE**

Defendant-landowner Juan Piza-Blondet respectfully moves the Court as follows:

1. Defendant-landowner Juan Piza-Blondet has recently retained the services of Attorneys Francisco Diez, J. Wayne Mumphrey and David C. Vidrine to represent him in this matter. Attorneys Mumphrey and Vidrine filed *pro hac vice* motions with the Court on December 20, 2004.

2. The time for Defendant-landowner to respond to this Court's November 22, 2004 Order has elapsed; a response was due by December 7, 2004.

3. The undersigned counsel consulted with counsel for Plaintiff the United States. Counsel for the United States recognizes that Defendant-landowner's newly-retained counsel require additional time to review the record and Defendant-landowner Juan Piza-Blondet's files in this matter in order to ascertain whether

there exist any permits, zoning variances, or other documentation in response to this Honorable Court's November 22, 2004 Order.

Defendant-landowner therefore requests that this Court grant an enlargement of time for him to respond to the Court's November 22, 2004 Order until January 31, 2005.. Defendant-landowner further requests that this Court schedule a face-to-face status conference in this matter on or after February 2, 2005.  Counsel for the United States have reviewed this motion; the United States has no objection.

        RESPECTFULLY SUBMITTED,

        s/ Francisco Diez
        Francisco Diez, USDC_PR 215412
        Attorney for Defendant Juan Piza
        652 Munoz Rivera
        Suite 3125
        San Juan, Puerto Rico 00918-4261
        Telephone: (787) 250-0220
        Telecopier: (787) 250-0295
        FranciscoDiezlaw@yahoo.com

I hereby certify that on January 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

PAUL HARRISON
JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:     202-305-0299
Fax:               202-305-0398

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.**<br><br>　　　　　**Defendants** | **CIVIL 98-1644CCC**<br>**CIVIL 98-2344CCC** |

## ORDER

**IT IS HEREBY ORDERED**, that Defendants' Motion to Enlarge Time is hereby **GRANTED**.  Defendant's response to this Court's November 22, 2004 Order is due January 31, 2005.

**IT IS FURTHER ORDERED**, that a status conference is set before this Court on the _____ day of _____, 2005, at the Federal Courthouse in San Juan, Puerto Rico.  The attendance of trial counsel for all parties is required.

San Juan, Puerto Rico this _____ day of _____ 200__.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**