UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

vs.

33.92356 ACRES OF LAND MORE OR
LESS, SITUATED IN VEGA BAJA,
COMMONWEALTH OF PUERTO RICO,
AND JUAN PIZA BLONDET, AND ANY
UNKNOWN OWNERS

    Defendants

CIVIL 98-1664CCC
CIVIL 98-2344CCC

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

Come now the Plaintiff United States and Defendant Juan Piza-Blondet, by and through their undersigned counsel, to respectfully request that the Court grant a continuance of the settlement conference scheduled for January 12, 2005. In support thereof, the parties assert the following:

1. Counsel for Defendant Juan Piza-Blondet are unable to attend the settlement conference scheduled for January 12, 2005.

2. Counsel for Plaintiff United States do not object to rescheduling the settlement conference. However, counsel for the United States respectfully inform the Court that they are unavailable on the following dates: February 8, 9, 10, 18, and 28, and March 1-4, 2005.

Wherefore, the Parties hereby respectfully request that this Court grant the parties a continuance, and reschedule the settlement conference in this matter.

RESPECTFULLY SUBMITTED,

_____

FRANCISCO DIEZ
652 Munoz Rivera
Suite 3125
San Juan, Puerto Rico 00918-4281
Telephone: (787) 250-0220
Telecopier: (787) 250-0295

DAVID C. VIDRINE
9061 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 277-8989
Fax: (504) 279-0806

_____

JOSE M. PIZARRO ZAYAS
USDC # 116905
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

JEFFREY M. TAPICK
PAUL HARRISON
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:   202-305-0297
Fax:         202-305-0398

## ORDER

**IT IS HEREBY ORDERED**, that the Motion to Continue is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the settlement conference is rescheduled to be held before this Court on the _____ day of _____, 2005, at the Federal Courthouse in San Juan, Puerto Rico. The attendance of trial counsel for all parties is required.

San Juan, Puerto Rico this _____ day of _____ 2005.

---

**UNITED STATES MAGISTRATE JUDGE**