UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 98-1664 (CCC) |
| ) | |
| vs. ) | |
| ) | |
| 33.92536 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATED IN VEGA BAJA, ) | |
| COMMONWEALTH OF PUERTO RICO, ) | |
| AND JUAN PIZA BLONDET, AND ) | |
| UNKNOWN OWNERS ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

Please take notice that:

> JEFFREY M. TAPICK
> Trial Attorney
> Environment & Natural Resources Division
> P.O. Box 561 - Ben Franklin Station
> Washington, D. C. 20044
> (202) 305-0297

will be appearing on behalf of the plaintiff, United States of America, in lieu of David Lastra in the above-captioned matter.

Respectfully submitted this **2nd** day of **February** 2005.

/s/
_____

| Jeffrey M. Tapick | G00206 |
|---|---|
| *Printed Name* | *Bar Number* |

P.O. Box 561, Ben Franklin Station
*Address*

Washington, D.C. 20044-0561
*City/State/Zip*

(202) 305-0297         (202) 305-0398
*Phone No.*              *Fax No.*