UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,               )
                                        )
                    Plaintiff,          )        CIVIL NO. 98-1664 (CCC)
                                        )
vs.                                     )
                                        )
33.92536 ACRES OF LAND, MORE            )
OR LESS, SITUATED IN VEGA BAJA,         )
COMMONWEALTH OF PUERTO RICO,            )
AND JUAN PIZA BLONDET, AND              )
UNKNOWN OWNERS                          )
                                        )
                    Defendants.         )

NOTICE OF APPEARANCE

Please take notice that:

>           Paul Harrison
>           Trial Attorney
>           Environment & Natural Resources Division
>           P.O. Box 561 - Ben Franklin Station
>           Washington, D. C.  20044
>           (202) 305-0299

will be appearing on behalf of the plaintiff, United States of America, in lieu of David Lastra in

the above-captioned matter.

Respectfully submitted this **2**nd day of **February** 2005.

_____/s/_____

_Paul Harrison_____G00207_____
*Printed Name*              *Bar Number*

P.O. Box 561, Ben Franklin Station_____
*Address*

Washington, D.C. 20044-0561_____
*City/State/Zip*

(202) 305-0299_____(202) 514-8865____
*Phone No.*              *Fax No.*

2