## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>33.92356 Land, et. al.<br><br>Defendants | **CIVIL NO. 98-1664 (CCC)**<br>**98-2344 (CCC)** |

### MINUTES OF PROCEEDINGS AND ORDER

A settlement conference was held today before the undersigned. The Government was represented by Trial Attorneys Paul Harrison and Jeffrey M. Tapick. Defendant was represented by attorneys Francisco Díaz Pérez and Maurice V. Piza.

The undersigned will continue settlement talks with counsel. A further telephone settlement conference is hereby set for **Wednesday, March 2, 2005 at 2:00 p.m.**. Counsel for defendant shall generate telephone conference.

The Court notes defendant filed on February 7, 2005 a motion for relief of order under Fed. R. Civ. P. 60 (b)(1). Defendant advised that a supplement with exhibits will be filed forthwith by the end of the week. The undersigned expressed no opinion as to how the Court will Rule on the Rule 60 motion.

**SO ORDERED.**

In San Juan, Puerto Rico this 7th day of February, 2005.

*S/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States Magistrate-Judge