UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       **Plaintiff,**<br><br>   **v.**<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.**<br><br>       **Defendants** | **CIVIL 98-1664CCC**<br>**CIVIL 98-2344CCC** |

**SUPPLEMENTAL MOTION FOR RELIEF FROM ORDER
PURSUANT TO FRCP RULE 60(b)(1) and MOTION TO SUBMIT EXHIBITS
PURSUANT TO ORDER DATED NOVEMBER 22, 2004**

**NOW INTO COURT**, through undersigned counsel comes Defendant-landowner Juan Piza-Blondet who respectfully moves the Court as follows:

1.   The undersigned previously moved this Honorable Court for relief from the Court's Order of December 23, 2004, based upon FRCP Rule 60(b)(1). Pursuant to the Court's instructions, Defendant Piza-Blondet files this Supplemental Motion for Relief and Motion to Submit Exhibits pursuant to the Court's Order of November 22, 2004. Due to the nature of the documentation (large survey maps) there impossible to scan and file through the internet, we cetified that we are sending the documentation via Express Mail to this Honorable and to Plaintiff's legal representation.

1

2.  Defendant Piza-Blondet incorporates by reference as if copied herein *in extensio* all of the allegations and averments contained in the Defendant's Motion for Relief from Order and further avers that Defendant is now in compliance with the Court's November 22, 2004, Order pertaining to the submission of evidence to the Court.

3.  Defendant Piza-Blondet further moves the Court for permission to submit all of the Exhibits which are detailed in the attached Exhibit List. (Exhibit List attached hereto as an Appendix).

Defendant-landowner therefore requests that this Court grant the Motion for Relief from Order Pursuant to FRCP Rule 60(b)(1) thereby vacating the Court's December 23, 2004 which prohibits the Defendant from introducing evidence pertaining to the value of the land parcels at issue in this case and that the Court grant the Motion to Submit Exhibits.

**RESPECTFULLY SUBMITTED**,

S/Maurice V. Piza
5500 Prytania St. #210
New Orleans, LA 70115
Telephone: (504) 2778211
Fax: (504) 277-2358

Copies to:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

PAUL HARRISON
JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice

2

Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:     202-305-0299
Fax:           202-305-0398

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.**<br><br>　　　　　**Defendants** | **CIVIL 98-1664CCC**<br>**CIVIL 98-2344CCC** |

**ORDER**

　　**IT IS HEREBY ORDERED**, that Defendants' Motion for Relief from Judgment is hereby **GRANTED;**

　　**IT IS FURTHER ORDERED,** that Defendant's Motion to Submit Exhibits is hereby **GRANTED**.

　　San Juan, Puerto Rico this _____ day of _____ 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

4

# APPENDIX

## Exhibit List

| Exhibit No.: | Description of Exhibit: |
|---|---|
| Exhibit 1 | Permit for (27) 900 meter lots Zoned R-1 |
| Exhibit 2 | Permit for (44) 900 meter lots Zoned R-1 |
| Exhibit 3 | Permit for (27) 900 meter lots Zoned R-1 |
| Exhibit 4 | Permit for (49) 300 meter lots Zoned R-3 |
| Exhibit 5 | Approval for Construction of Gas Station |
| Exhibit 6 | Approval by ARPE for Construction of Restaurant |
| Exhibit 7 | Survey Map Approved by ARPE for sale of (9) 900 meter lots Zoned R-1 |
| Exhibit 8 | Survey Map Approved by ARPE for sale of (1) 1200 meter lot Zoned R-1 |
| Exhibit 9 | Construction Permit for (1) 1200 meter lot Zoned R-1 |
| Exhibit 10 | Walk Up Building Resolution filed and pending before ARPE |
| Exhibit 11 before | Survey map for (18) lots filed and pending ARPE for authority to sell lots |
| Exhibit 12 | Pictures of Entrance to the La Julia Development |
| Exhibit 13 | Various pictures of completed and "under construction" home sites located in the La Julia Development |
| Exhibit 14 | Various sales documents pertaining to lots and home sites sold by Juan Piza-Blondet |

# APPENDIX

## Exhibit List

| **Exhibit No.:** | **Description of Exhibit:** |
| --- | --- |
| **Exhibit 15** | **Survey map of expropriated property** |
| **Exhibit 16** | **Survey map depicting Zoning classification for various lots and developments** |