IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

33.92356 ACRES OF LAND MORE OR
LESS, SITUATED IN VEGA BAJA,
COMMONWEALTH OF PUERTO RICO,
AND JUAN PIZA BLONDET, AND ANY
UNKNOWN OWNERS

Defendants

CIVIL 98-1664CCC
CIVIL 98-2344CCC

# O R D E R

Having considered the Unopposed Motion to Enlarge Time for Defendant to Respond to Court's November 22, 2004 Order and to Set Status Conference (**docket entry 93**), which is actually a motion to vacate our Order of December 23, 2004 (see docket entry 89), and which implies that the government has acquiesced to defendants' request that we consider their untimely filed exhibits, the same is GRANTED and the order of December 23, 2004 (docket entry 89) is VACATED.

The Supplemental Motion for Relief from Order Pursuant to Fed.R.Civ.P. 60(b)(1) and Motion to Submit Exhibits Pursuant to Order of November 22, 2004 (**docket entry 101**) is GRANTED and the exhibits will be considered in deciding the issues of method of valuation and whether the issue of highest use should be given to the jury.

SO ORDERED.

At San Juan, Puerto Rico, on February 17, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge