# APPENDIX

## Exhibit List

| Exhibit No.: | Description of Exhibit: |
|---|---|
| Exhibit 1 | Permit for (27) 900 meter lots Zoned R-1 |
| Exhibit 2 | Permit for (44) 900 meter lots Zoned R-1 |
| Exhibit 3 | Permit for (27) 900 meter lots Zoned R-1 |
| Exhibit 4 | Permit for (49) 300 meter lots Zoned R-3 |
| Exhibit 5 | Approval for Construction of Gas Station |
| Exhibit 6 | Approval by ARPE for Construction of Restaurant |
| Exhibit 7 | Survey Map Approved by ARPE for sale of (9) 900 meter lots Zoned R-1 |
| Exhibit 8 | Survey Map Approved by ARPE for sale of (1) 1200 meter lot Zoned R-1 |
| Exhibit 9 | Construction Permit for (1) 1200 meter lot Zoned R-1 |
| Exhibit 10 | Walk Up Building Resolution filed and pending before ARPE |
| Exhibit 11 | Survey map for (18) lots filed and pending before ARPE for authority to sell lots |
| Exhibit 12 | Pictures of Entrance to the La Julia Development |
| Exhibit 13 | Various pictures of completed and "under construction" home sites located in the La Julia Development |
| Exhibit 14 | Various sales documents pertaining to lots and home sites sold by Juan Piza-Blondet |

5

# APPENDIX

## Exhibit List

| Exhibit No.: | Description of Exhibit: |
|---|---|
| Exhibit 15 | Survey map of expropriated property |
| Exhibit 16 | Survey map depicting Zoning classification for various lots and developments |