IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND ANY UNKNOWN OWNERS<br>Defendants | CIVIL 98-1664CCC<br>CIVIL 98-2344CCC |

# O R D E R

The Informative Motion filed by plaintiff on December 8, 2004 (**docket entry 86**) is NOTED.

Having considered Plaintiff's Unopposed Motion for Stay of Ruling and for Briefing on Relevance and Effect of Defendant's Newly Produced Documents filed on March 9, 2005 (**docket entry 104**) the same is GRANTED. Plaintiff will file its response no later than April 7, 2005.

SO ORDERED.

At San Juan, Puerto Rico, on March 22, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge