UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,        v.<br>33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.<br>    Defendants | CIVIL 98-1664CCC  CIVIL 98-2344CCC |

### MOTION SET FILING DATE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S RESPONSE TO DOCUMENTS PRODUCED BY DEFENDANT

Defendant-landowner Juan Piza-Blondet respectfully moves the Court as follows:

Defendant-landowner Juan Piza-Blondet has recently retained the services of an expert appraiser to assist in the preparation of a report to establish the value of the property at issue in this case.

The expert report should be completed on or about the 6th day of May, 2005.

The undersigned counsel, therefore requests that this Honorable Court grant the Defendant until the 20th day of May to file a response to the United State's recent filing pertaining to the proper valuation method to be used in this case.

Defendant-landowner therefore requests that this Court grant the instant motion and set May 20, 2005, as the deadline for the Defendant's filing of a response to the United State's recent submission pertaining to the proper valuation method which should be applied in this instant case.

RESPECTFULLY SUBMITTED,

                S/FRANCISCO DIEZ
                Francisco Diez, USDC 215412
                franciscodiezlaw@yahoo.com
                Attorney for Defendant Juan Piza Blondet
                652 Munoz Rivera
                Suite 3125
                San Juan, Puerto Rico 00918-4281
                Telephone: (787) 250-0220
                Telecopier: (787) 250-0295

Copies to:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

PAUL HARRISON
JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:    202-305-0299
Fax:            202-305-0398

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff,**           **v.**<br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, et al.**<br>    **Defendants** | **CIVIL 98-1644CCC  CIVIL 98-2344CCC** |

### ORDER

**IT IS HEREBY ORDERED**, that Defendants' Motion to Set Filing Deadline is hereby **GRANTED**. Defendant's response to this Court is due May 20, 2005.

San Juan, Puerto Rico this _____ day of _____ 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**