*MAURICE V. PIZA*
*ATTORNEY AND COUNSELOR AT LAW*
*5500 PRYTANIA ST.*
*SUITE 210*
*NEW ORLEANS, LA. 70115*
*TEL. 504-277-8211*
*FAX 504-277-2358*

RECEIVED AND FILED
2005 MAY 20 PM 2:42
U.S. DISTRICT COURT
SAN JUAN, P.R.

May 18, 2005

Honorable Judge Carmen C. Cerezo
U.S.D.C.
Clemente Ruiz Nazario Court
Hato Rey, P.R. 00918-7066

IN RE:   CIVIL NO. 98-1664 (CCC)
         CIVIL NO. 98-2344 (CCC)
         Consolidated Cases

Dear Honorable Judge Cerezo:

   Enclosed you will find additional exhibits regarding the MEMORANDUM IN SUPPORT OF DEFENDANT'S RESPONSE TO DECLARATION OF MR. GONZALO FERRER AND TO PLAINTIFF'S RESPONSE TO DOCUMENTS PRODUCED BY DEFENDANT RELATING TO THE HIGHEST AND BEST USE AND PROPER APPRAISAL METHOD and THE DECLARATION OF CARLOS E. GAZTAMBIDE.

                                                          Respectfully,

                                                          Maurice V. Piza