IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | **August 11, 2005**<br>**Commenced: 4:55 PM**<br>**Ended: 5:10 PM** |

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                                                 CIVIL 98-1664 CCC

33. 92356 ACRES OF LAND MORE OR LESS
SITUATED IN VEGA BAJA, COMMONWEALTH
OF PUERTO RICO and JUAN PIZA BLONDET
and ANY UNKNOWN OWNERS,
Defendants

---

At the status conference held on this date present were: Jeffrey M. Tapick attorney for the U.S. Department of Justice, for plaintiff, David C. Vidrine, Maurice V. Pizá and J. Wayne Mumphrey, counsel for defendants.

The parties will file, no later than August 23, 2005, a joint discovery schedule for the Court's consideration and approval. Once the Court enters a final discovery order, it will set a date for a final settlement conference followed by a brief period for Daubert-type motion, if settlement efforts at the conference are unsuccessful. Parties to be notified.

S/María M. Delgado, Secretary
