UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664 (CCC) |
| | ) | CIVIL NO. 98-2344 (CCC) |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND UNKNOWN OWNERS | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED JOINT DISCOVERY SCHEDULE**

Plaintiff United States of America ("Plaintiff" or the "Government") and Defendant Juan Piza-Blondet ("Defendant") hereby respectfully submit this Joint Discovery Schedule for the Court's consideration and approval, in accordance with this Court's Minute Order (Dkt. No. 115).

As stated at the August 11, 2005 status conference, the parties jointly propose that the Court re-open discovery for a period of six months to permit both parties to prepare and exchange new appraisal reports for the subject property and conduct additional discovery regarding the issue of whether residential development on the subject property would be reasonably probable within the reasonably near future of the date of taking, December 2, 1998. The parties maintain that such discovery is necessary in light of the following: (1) Defendant did not produce an expert report in compliance with Rule 26(a)(2) by the close of discovery in 1999, and therefore Defendant presently does not have an appraiser who may offer expert testimony at trial; (2) Defendant recently has  disclosed new documents pertaining to the legal permissibility of residential development on land adjacent to the subject property; and (3) in light of

Defendant's recently-produced documents, the Government has retained a new appraiser to provide a revised expert appraisal report. Accordingly, the parties jointly propose the following discovery schedule and deadlines:

| | |
|---|---|
| Exchange of Rule 26(a)(2) Expert Reports | November 1, 2005 |
| Exchange of Rule 26(a)(2) Rebuttal Reports | January 9, 2006 |
| Close of Discovery | February 15, 2006 |
| Court-Ordered Settlement Conference | March 1, 2006 |
| <u>Daubert</u> Motions | April 1, 2006 |

The parties will continue to work amicably in order to ensure the timely exchange of written discovery and expert reports, the orderly scheduling of depositions, and the efficient execution and completion of this proposed six-month discovery period.

Counsel for Defendant has reviewed this motion, and has authorized undersigned counsel to submit this as a joint motion.

Respectfully submitted this 22nd day of August 2005.

    Counsel for Plaintiff United States

    /s/ Jeffrey M. Tapick        


    JEFFREY M. TAPICK
    PAUL HARRISON
    Attorneys, United States Dep't of Justice
    Environment & Natural Resources Division
    P.O. Box 561, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 305-0297
    Fax: (202) 305-0398

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2005, a true and correct copy of the foregoing Joint Discovery Schedule was served via email and by U.S. Mail addressed to:

> Maurice V. Piza, Esq.
> 5500 Prytania Street
> New Orleans, LA 70115
> maurpi1@yahoo.com
>
> David C. Vidrine, Esq.
> 9061 West Judge Perez Dr.
> Chalmette, LA 70043
> dcv1234@cox.net

/s/ Jeffrey M. Tapick

JEFFREY M. TAPICK