IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**             **March 1, 2006**

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                        CIVIL 98-1664 CCC

33. 92356 ACRES OF LAND MORE OR LESS
SITUATED IN VEGA BAJA, COMMONWEALTH
OF PUERTO RICO and JUAN PIZA BLONDET
and ANY UNKNOWN OWNERS,
Defendants

---

After the Court issued its November 17, 2005 endorsed order regarding docket entry 116 in which it scheduled the settlement conference for today, it approved a Joint Motion for Enlargement of Time (docket entry 117) filed on January 9, 2006 in which the parties requested that the settlement conference be held on or after March 31, 2006. Given the other extended deadlines included in said Joint Motion (docket entry 117) regarding close of discovery and file of <u>Daubert</u> motions on March 15, 2006 and May 1, 2006 respectively, the March 1, 2006 settlement conference is VACATED. The parties' absence is excused since the court had approved a scheduling subsequent to March 1, 2006. Parties are advised that **the settlement conference in this case will be held on May 24, 2006 at 5:00 PM.**

                                                           S/María M. Delgado, Secretary