**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**33.92536 ACRES OF LAND, MORE OR LESS SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET AND UNKNOWN OWNERS**<br>    **Defendants** | **Civil No. 98-1664 (ADC)**<br>**Civil No. 98-2344 (ADC)**<br>Consolidated Cases |

## ORDER

The case at bar was referred to the undersigned's trial docket on April 1, 2006. The record clearly shows this case has been pending final disposition for some time.

In order to expedite the process of determining the status of all cases similarly referred, the parties are now requested to submit, **in writing and within the next ten (10) working days (on or before May 30, 2006) a Joint Memorandum** indicating the following:

a) brief description of case status

b) matters or motions pending consideration of the court

c) parties willingness to consent to the trial jurisdiction of a Magistrate-Judge

d) proposed scheduling within which all pending pre-trial stages or issues may be completed

e) whether the parties are ready to engage in meaningful settlement negotiations and conference

f) three alternate dates in which the case may be set for a conference (status, settlement, pre-trial) within the period of June 12, 2006 to July 19, 2006.

**SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of May, 2006.

Criminal No. 04-50(JAG)                                                                  Page No. 2

                                               S/ **AIDA M. DELGADO-COLON**
                                               United States District Judge