UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664 (ADC) |
| | ) | CIVIL NO. 98-2344 (ADC) |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE | ) | |
| OR LESS, SITUATED IN VEGA BAJA, | ) | |
| COMMONWEALTH OF PUERTO RICO, | ) | |
| AND JUAN PIZA BLONDET, AND | ) | |
| UNKNOWN OWNERS | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY DAVID LASTRA-DE-LEON**

The United States of America hereby respectfully provides the Court with this notice of Withdrawal of Appearance by attorney David Lastra-De-Leon. Mr. Lastra-De-Leon is no longer employed with the Department of Justice, and no longer represents the United States in connection with this action. The United States respectfully requests that Mr. Lastra-De-Leon be removed from the list of recipients of electronic notifications of filings in the CM/ECF system for this matter.

Respectfully submitted this 24th day of May 2006.

                    H.S. GARCIA
                    United States Attorney

                    JOSE M. PIZARRO-ZAYAS
                    Assistant United States Attorney
                    Torre Chardon, Suite 1201
                    350 Carlos Chardon Ave.
                    San Juan, PR 00918
                    Tel: (787) 766-5656
                    Fax: (787)766-6219

                    SUE ELLEN WOOLDRIDGE
                    Assistant Attorney General


                    /s/ Jeffrey M. Tapick

                    JEFFREY M. TAPICK
                    PAUL HARRISON
                    Attorneys, United States Department of Justice
                    Environment & Natural Resources Division
                    P.O. Box 561, Ben Franklin Station
                    Washington, D.C. 20044
                    Tel: (202) 305-0297
                    Fax: (202) 305-0398

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of May 2006, a true and correct copy of the foregoing motion was served via electronic notification to:

        Maurice V. Piza, Esq.
        5500 Prytania Street
        New Orleans, LA 70115
        maurpi1@yahoo.com

        David C. Vidrine, Esq.
        9061 West Judge Perez Dr.
        Chalmette, LA 70043
        dcv1234@cox.net