**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**33.92536 ACRES OF LAND, MORE OR LESS SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET AND UNKNOWN OWNERS**<br>    **Defendants** | **Civil No. 98-1664 (ADC)**<br>**Civil No. 98-2344 (ADC)**<br>**Consolidated Cases** |

## MINUTES OF PROCEEDINGS AND ORDER

A further Status Conference was held today before the undersigned Magistrate-Judge. Plaintiff was represented by Attorneys Paul Harrison and Jeffrey M. Tapick from the United States Department of Justice, Environmental and Natural Resources Division. Defendants were represented by Attorney David C. Vidrine.

The parties expressed their willingness to engage in settlement negotiations at any time, as the Court deem appropriate. The plaintiff suggests negotiations can be conducted in a more meaningful manner, once it has filed two motions. One will be a dispositive motion and the other an evidentiary motion. For the dispositive motion, both parties have retained a joint environmental expert/consultant, Mr. Gregory Morris. This is essential for a jurisdictional determination. **Mr. Morris' evaluation shall be ready within 45 days from this date. The plaintiff, thus, shall file its motion within 60 days from this date**.

Discovery ended on May 1, 2006. There are some outstanding requests from the depositions. The parties will comply with the same **on or before June 30, 2006**.

Civil No. 98-1664 (ADC)
Civil No. 98-2344 (ADC)                                                                                    Page No. 2

Further extensions to the above deadlines will not be favored, given the age of this case.

SO ORDERED.

At San Juan, Puerto Rico, this 24th day of May, 2006.

S/**GUSTAVO A. GELPI**
**U.S. Magistrate-Judge**