UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664 (ADC) |
| | ) | CIVIL NO. 98-2344 (ADC) |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND UNKNOWN OWNERS | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED**, that the Joint Motion for Enlargement of Time is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the following deadlines be adopted in this proceeding:

| | |
|---|---|
| Completion of the JD Report | July 28, 2006 |
| Deadline for All Dispositive Motions | August 14, 2006 |
| Deadline for Responses to Dispositive Motions | August 29, 2006 |

San Juan, Puerto Rico this _____ day of _____ 200__.

_____

**DISTRICT JUDGE**