# EXHIBIT A

# Map Depicting FAA Acquisition



FAA Acquisition of 32.92 Acres from Main Tract Owned by Juan Piza-Blondet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NOS. 98-1664 and 98-2344 (ADC) |
| vs. | ) |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND UNKNOWN OWNERS | ) |
| Defendants. | ) |

**DECLARATION OF RAUL RODRIGUEZ**

I, Raul Rodriguez, declare as follows:

1. I am a licensed and certified general real estate appraiser in Puerto Rico with more than fifteen years of experience in the real estate profession. I hold a Master of Science Degree in Real Estate Investment and Analysis from New York University and a Bachelor of Arts Degree from the University of Massachusetts at Amherst.

2. In the course of preparing my appraisal reports, I regularly utilize computer applications to prepare maps and exhibits that depict the location of properties that I analyze. I am qualified and skilled in the use of such applications.

3. In 2005, I was retained by the Department of Justice and the Federal Aviation Administration in this condemnation proceeding to appraise the market value of the 34-acre condemned parcel as of the date of taking, December 2, 1998. On October 26, 2005, I completed a self-contained appraisal report of the condemned parcel.

4. In the course of preparing my appraisal report for this case, I visited and became familiar with the 33.92-acre Subject Property and the surrounding area, including the location of the Subject Property and the approximately 400-acre "main tract" owned by Juan Piza-Blondet.

5. In August, 2006, I created an exhibit entitled "FAA Acquisition of 33.92 Acres from Main Tract Owned by Juan Piza-Blondet" for inclusion in the United States' Combined Motion and Memorandum of Law to Exclude Defendant's Highest and Best Use Evidence.

6. To create this exhibit, I first identified the location of both the 33.92-acre Subject Property and the 400-acre "main tract" owned by Mr. Piza-Blondet on a digitally scanned copy of the U.S. Geologic Survey Map for the Manati Quadrangle. I determined the configuration of the Subject Property and the "main tract" by examining a copy of the land survey that was filed as an attachment to the Declaration of Taking (Docket Entry 2) in this proceeding. A copy of the land survey is attached to this Declaration.

7. Then, utilizing the same digital imagery software that I use in the course of preparing my appraisal reports, I created an exhibit that depicts the approximate boundaries of the Subject Property and the "main tract" on the U.S. Geologic Survey Map.

8. The exhibit that is entitled "FAA Acquisition of 33.92 Acres from Main Tract Owned by Juan Piza-Blondet" is a true and accurate depiction of the approximate location of the 33.92-acre Subject Property and the 400-acre "main tract" owned by Mr. Piza-Blondet. I have depicted these locations to the best of my ability utilizing the available data and my knowledge and familiarity of these properties. It should be noted that while the descriptions of these locations are accurate, their depiction on the exhibit is not exact.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON August 11, 2006

RAUL RODRIGUEZ

2

CONFIGURATION OF PARENT TRACK (MR. JUAN PIZA TRIAS) AND LEASE AREA (FAA)

KELLY ALVAREZ — ASSOCIATES
engineers — land surveyors