# EXHIBIT E

# Sand Appraisal



Carlos E. Gaztambide and Associates Inc.

LAND APPRAISAL EXHIBIT E

ADDENDUM TO THE APPRAISAL REPORT OF
A VACANT PARCEL OF LAND COMPRISING 34.930 CUERDAS (33.92356 ACRES)
LOCATED AT KM. 3.8, INTERIOR PUERTO RICO ROAD 687
YEGUADA WARD, VEGA BAJA, PUERTO RICO

PREPARED FOR:

MR. JUAN PIZA-BLONDET
MR. MAURICE PIZA, ESQUIRE
ASHFORD AVENUE CORNER AGUADILLA STREET
CONDADO, PUERTO RICO  00907

PREPARED BY:

CARLOS E. GAZTAMBIDE AND ASSOCIATES, INC.
REAL ESTATE APPRAISERS AND CONSULTANTS
SUITE 1515, BANCO POPULAR CENTER
HATO REY, SAN JUAN, PUERTO RICO 00918

# Carlos E. Gaztambide, MAI, MIE



PROFESSIONAL REAL ESTATE APPRAISER

LICENSE #94  GENERAL CERTIFICATION #4

SUITE 1515, BANCO POPULAR CENTER  TELEPHONE (787) 753-8475
HATO REY, SAN JUAN, PUERTO RICO 00918  FAX (787) 753-1829

June 13, 2005

Mr. Juan Pizá-Blondet
Mr. Maurice Pizá, Esquire
Ashford Avenue Corner Aguadilla Street
San Juan, Puerto Rico 00907

Re:  Addendum to Appraisal Report of a
     Vacant Parcel of Land Comprising
     34.930 Cuerdas (33.92356 Acres)
     Located at P. R. Road 687, Km. 3.8, Int.,
     Yeguada Ward, Vega Baja, Puerto Rico

Gentlemen:

In compliance with your request, we have finished the necessary fieldwork, research and analyses to complete the appraisal of caption property. The purpose of this appraisal is to estimate the Market Value of the Fee Simple Estate on the subject property as of December 2, 1998. The last inspection date of the subject property was June 3, 2005.

This addendum to the appraisal considers the Market Value of the sand deposits at the subject. The sand potential and volume estimate for the subject property was prepared by James Joyce, Ph.D., professor of Geology of the University of Puerto Rico, Mayagüez Campus. The address of Dr. James Joyce is University of Puerto Rico, Box 9017, Mayagüez, Puerto Rico 00681-9017. Dr. Joyce's report is included within this addendum.

The definition of Market Value of the Fee Simple Estate and other pertinent terminology are found within or as an exhibit of the appraisal report. A detailed description and analyses of the information gathered for this valuation and our assessment of its relative importance in attaining the final conclusion of value are included in the report. The document is a complete appraisal presented in narrative format. It is self contained from the perspective that includes the necessary data and reasoning conducive to our conclusion of value. However, for the sake of brevity, some sections are presented in summary format with reference made to other sections of the report or to widely recognized and respected publications dealing with the real estate industry.

Mr. Juan Pizá-Blondet
Mr. Maurice Pizá, Esquire
June 13, 2005
Page 2

Based on the investigation and analyses performed we estimate that the Fee Simple Market Value of the sand volume estimated in Dr. Joyce's report as of the effective date is:

| Final Opinion of the Market Value of the Fee Simple Estate of the Sand Deposits in the Subject Property | |
| --- | --- |
| Lower Limit of Value | $3,000,000.00 |
| Upper Limit of Value | $6,000,000.00 |

Our conclusion of value is subject to the Contingent and Limiting Conditions included in the appraisal report. These are of general nature in order to ascertain the extent and scope of our engagement and in no way these weaken the final conclusion of value.

Respectfully submitted,

Carlos E. Gaztambide, Juris Doctor, MAI
Professional Real Estate Appraiser
Appraiser License #94 - Puerto Rico
General Certification #4 - Puerto Rico

Juan Cruz, MS Eng. Mgt., MBA
Professional Real Estate Appraiser
Appraiser License #663 - Puerto Rico
General Certification #149 - Puerto Rico

## HIGHEST AND BEST USE

According to the Dictionary of Real Estate Appraisal (Appraisal Institute) highest and best use is defined as follows:

> **The reasonable probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.**

In this analysis the procedure is as follows: First, the highest and best use of the land as though vacant must be determined. If the highest and best use of the land is to be improved, then, the ideal improvements must be determined. Finally, the ideal improvements must be compared to the existing improvements (if any) and a determination made whether to maintain the property "as is" or modify the improvements.

**Legal Permissibility Test:** Most of the expropriated property lies in a zone where sand extraction is permitted by the Department of Natural and Environmental Resources (DNER). Based on this fact, the subject is recognized as a source of sand.

On the other hand, It should be added that Engineer José Hernández is developing a six unit residential project virtually within the perimeter of the Piza property and he has been approved to remove the sand deposits, sell the sand and substitute it with borrow fill as a normal activity within this development permit. This area is zoned B-2.

24

Furthermore, our Engineer-Consultant opines that the extraction and sale of deposits like the ones at the subject are incidental to any development permit and are customarily attainable. There is evidence in the neighborhood to the effect this is attainable.

**Physical Possibility Test:** The potential of the subject for sand extraction has been determined in the accompanying report by Dr. James Joyce, Geologist.

**Financial Feasibility Test:** The demand for sand in Puerto Rico is fueled by the construction industry. On the other hand, there are severe limitations and prohibitions for the extraction of sand in the beaches and rivers of Puerto Rico. Therefore, sand deposits like those in the subject are very valuable. It is reasonable to anticipate the financial feasibility of such an extraction operation. Furthermore, sand of the character at the subject has strong demand for industrial production.

**Maximal Productivity Test:** The extraction of sand deposits at the subject, its refill with soils into residential activity will attain the maximum productivity of the subject.

## Conclusion

The most probable, reasonable and legal use of the subject is the extraction of the sand deposits and its subsequent development into a residential project.