# EXHIBIT G

# Joyce Deposition

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

```
*******************************
UNITED STATES OF AMERICA         :
                                 :
           Plaintiff             :
                                 :
      v.                         : CIVIL NO. 98-1664(CCC)
                                 : CIVIL NO. 98-2344(CCC)
33,92536 ACRES OF LAND, MORE     :
OR LESS, SITUATED IN VEGA BAJA,  :
COMMONWEALTH OF PUERTO RICO,     :
AND JUAN PIZA BLONDET, AND       :
UNKNOWN OWNERS                   :
                                 :
           Defendants            :
                                 :
*******************************
```

DEPOSITION OF:

DR. JAMES JOYCE

was taken on April 3, 2006 at the offices of CARLOS GAZTAMBIDE & ASSOCIATES, Banco Popular Center, Suite 1515, 208 Muñoz Rivera Avenue, Hato Rey, Puerto Rico, commencing at 9:33 a.m.

BONAFIDE & CERTIFIED REPORTING
P.O. BOX 9022272
SAN JUAN, PUERTO RICO 00902-2272
(787) 250-8507

BONAFIDE & CERTIFIED REPORTING SERVICE (787) 250-8507

SHEET 16  PAGE 58

1  A  No, no, no.
2  Q  Now, perhaps this is a little obvious but you
3  aren't aware of any situations where people have been
4  allowed to extract sand from a wetland, have you?
5  A  From a wetland itself?
6  Q  Yes.
7  A  No. I've, what I would say, based on the
8  reading the regulations that they would not be allowed
9  to extract from a wetland area. At least with DNR. If
10 I recall, DNR requires that the Corps of Engineers
11 stipulate the wetland boundaries before, before you can
12 extract.
13 Q  Would it be fair to say that, your
14 understanding is that DNR says first find out what the
15 boundaries of the wetlands from the Corps and then
16 that's all off limits?
17 A  To get the permits, that's, that's right.
18 Q  Did you speak to anyone at DNRA about whether
19 they would ever allow extraction of sand in a Corps'
20 defined wetland?
21     MR. MUNPHREY: I object to the form.
22     THE DEPONENT: No, no, I didn't discuss that
23 directly.
24        EXAMINATION CONTINUED

PAGE 59

1  BY MR. HARRISON:
2  Q  Now you discussed using a ten meter buffer
3  and, is that correct?
4  A  Yes, yes, it is.
5  Q  And in your first version of your report you
6  used a five meter buffer, is that --
7  A  That's right.
8  Q  Did you speak to anyone at DNRA in the
9  division that issues permits for sand extraction about
10 what their policy was?
11 A  Well, I spoke with Darysadel. She's the one
12 who sent me the regulations.
13 Q  And is there a particular place in the
14 regulations you can refer to that you found the ten
15 meter number?
16 A  I'm not sure. I believe there is or
17 Darysadel may have told me about it directly. Let me,
18 I do believe I refer it in the report.
19 Q  Do you have a copy of the regulations with
20 you that she gave you?
21     MR. MUNPHREY: I believe he said it's 80
22 pages.
23     THE DEPONENT: No, that was the 80 pages. I
24 did, however, usually in places like that I have

PAGE 60

1  translated, within my report, sections that pertain to
2  this. I don't refer it to any place in this particular
3  estimate and I believe, I don't know whether I saw it
4  in a, in the, in the actual literature or whether it
5  was something that I was told but it is actually, it's
6  a typical estimate because in my of my other job we
7  left, we had to leave ten, ten meters to adjacent
8  properties. It's a normal restriction, a ten meter
9  buffer zone.
10        EXAMINATION CONTINUED
11 BY MR. HARRISON:
12 Q  Were there wetlands involved in your other
13 project?
14 A  No, there wasn't.
15 Q  Have you been involved in any projects of
16 sand extraction near wetlands?
17 A  No.
18 Q  And just so I understand fully, you're not
19 sure right now whether you relied on Darysadel's advice
20 for an actual statement in the regulations for your ten
21 meter evaluation?
22 A  That's true.
23 Q  And what is your understanding of Darysadel's
24 involvement in sand extraction permitting?

PAGE 61

1  A  Actually we had a conversation about it
2  previously in another case in that area and she was
3  kind of asking my advice about, you know, what the
4  deposits were like and how much and she was, it was a
5  case of, a little different than this.
6     It was actually some other property that was
7  expropriated for the Tortuguero Reserve. They were
8  claiming that that contained quartz sands and that,
9  therefore, they, they should get reimbursed for those
10 costs.
11    That whole argument is much different because it
12 fell into the reserve area, that was even marked out
13 previous to the taking of the land so we just had a
14 discussion about that and especially in terms of what,
15 what she was really asking about, I remember now, is
16 how I did volume estimates and how I came to volume
17 estimates and she was actually referred to by another
18 appraiser on a different case that I had worked with
19 them.
20 Q  I'm going to ask you the same question and
21 try to focus a little bit more. Is it your
22 understanding that she's involved in, in the day to
23 day decisions of whether or not to issue permits for
24 sand extraction?

SHEET 34  PAGE 130

1     That's done by weighing the sample, drying it and
2 then weighing it again. That gives you the percent of
3 water and then Q tons per square foot is the
4 uncompressive strength of the, of the rock, of the
5 soil. I'm sorry. Unconfined, compressive strength of
6 the, of the soil and which is probably an estimate, my
7 guess.
8     They use what's called a penetrometer for that and
9 you can see some of them are pretty high, 58.43, some
10 of the blow counts get up into the 20's and that's
11 probably pretty dense stuff.
12     Q   Did you reach a conclusion in your report as
13 to how dense or how much water was in the sand?
14     A   No. I really didn't put that in the issue
15 because I wasn't calculating the square feet.
16 Sometimes you can, you can actually get the clay
17 percent by looking at the water content but usually the
18 more clay, then the more water it has.
19     Specifically in Boring 2 where the deep sand was,
20 that was really good material and you can see the water
21 contents stayed pretty low but there's a pretty high
22 blow, blow count so that's well compacted sand at that
23 point but as far as tons, I really don't know.
24     Q   Okay.

PAGE 131

1     A   I mean, it's something I could do if I sat
2 down and got, you know, some average density estimate
3 and then computed from meters to feet and, you know.
4     Q   That analysis hasn't been done yet?
5     A   I haven't done it. I know Carlos Gaztambide
6 asked me about it, if I knew or one of his assistants
7 had called me and said did I know how many tons there
8 were in a square, in a cubic meter of sand and I really
9 don't.
10     Q   That's basically what you got from the
11 testing laboratory, right?
12     A   Yes, there's two things. There's the,
13 there's the handwritten stuff that they gave to me
14 pretty quickly and then the other stuff that they sent
15 later so and they're really the same, but that's up to
16 you, if you want all of it. That was a bill.
17     MR. HARRISON: Actually if you would include
18 a copy of the bill, I would appreciate that.
19     EXAMINATION CONTINUED
20 BY MR. HARRISON:
21     Q   I think we covered this before a little bit
22 too. Has anyone told you what royalty rates are
23 offered for this kind of sand in Puerto Rico?
24     A   I don't know what the current rates are.

PAGE 132

1 You mean royalty in terms of someone else extracts from
2 your property or --
3     Q   Yes.
4     A   -- the costs per cubic meter?
5     Q   I was going to ask you both those questions.
6     A   Okay. Royalty rates, no. I don't, I don't
7 really know and it's been a while since I actually
8 asked for costs of sand. When I had done a previous
9 job silica sand was about ten times the value of normal
10 sand. At that time it was like $30. a cubic meter.
11 and I'm sure it's gone up since then. Regular sand
12 has.
13     Q   Who would you ask?
14     A   If I was to find it now I'd go ask Owens
15 Illinois how much they pay per cubit meter.
16     Q   Who would you ask if you were trying to find
17 out about construction rate sand?
18     A   Oh, I'd probably call an "arenero", a sand
19 place and find out how much but I would call one of the
20 companies that extract themselves.
21     Q   And this is also a question I've sort of
22 asked you but, do you know how many thousands tons of
23 sand are extracted each year in Puerto Rico?
24     A   No. No, but it's, I mean, all kinds of sand?

PAGE 133

1     Q   Yes.
2     A   It's got to be huge.
3     Q   Or just this type of sand.
4     A   This type of sand I really don't know how
5 much is actually extracted.
6     Q   Did you do any salinity analysis or otherwise
7 test the quality of the sand out there?
8     A   No.
9     Q   Would that make a difference in a small
10 washing?
11     A   Yes, that could be washed. I don't, I don't
12 think that that would be a problem and I was just
13 wondering if I tasted it. I sometimes taste my soil
14 samples, check for silt and clay.
15     Q   Scientists end up sticking stuff --
16     A   That's right. But I don't know if I did or
17 not but it wouldn't be a particular problem and besides
18 that area, what's kind of interesting is the water in
19 the lagoon is fed fresh, fresh springs so I would guess
20 **that the salinity would be very low.**
21     **Q   We're almost done. You said that there's**
22 **about two square meters of sand pretty much everywhere**
23 **on this area, is that right?**
24     **A   That's, that's about the minimum, typically**

SHEET 35  PAGE 134

1  and not just for that area but everywhere and that was
2  one of the conclusions of the thesis.
3      Q    Okay.
4      A    You almost get about, well, two meters thick.
5  It usually runs about, you know, two meters thick and
6  other places it's deeper.  Tortuguero is a place
7  around, Laguna Tortuguero is noted not only in the
8  master's thesis but I believe even, maybe even on the
9  geologic map, as having very thick deposits, thicker
10 than most other places.
11     Q    Now, Mr. Gaztambide shared with you his
12 estimate of what, what the sand on that site is worth?
13     A    No, as a matter of fact, he did not.  I've
14 never seen the estimates.
15     Q    If I told you that his range from your
16 minimum sand extraction potential to your most probable
17 sand extraction potential and that is, actually this is
18 based on the original 100,000 meters and then the
19 200,000 meters, was 3.2 to 6.3 million dollars, would
20 that seem reasonable to you?
21     A    Yes.  It would make me wish that I sold sand
22 instead of taught geology basically, but, yes, I know
23 that sand is very valuable.  I've been in other, not
24 even silica, just regular sand cases and it's a big

PAGE 135

1  issue.
2      Q    Knowing that, have you considered going out
3  and buying some of the vacant land that's out there?
4      A    I tell my students if they're not doing well
5  in class, "You're not going to do well as a geologist
6  so go buy some land that's got sand on it."
7      In fact, one of our worst students is now doing
8  that.  He's selling, he's working in his father's
9  quarry selling rock.  He wanted to hire me one time to
10 do some sand, you know.
11     Q    What's your opinion on why, why no else is
12 mining sand out there in Laguna Tortuguero?
13     A    I don't really have an opinion.  It's, what
14 normally happens here people get double value from
15 their land most of the time when housing is developed
16 and that's, a lot of times they'll wait because it
17 helps you get permission as well, that you're
18 developing and you get permission to take the sand out,
19 sell the sand, get rich and then, then sell the
20 property for housing and get richer and I would imagine
21 that's basically what it's waiting on.  Other than the
22 areas that are covered by the reserve, and then,
23 obviously, those cannot be used.
24     Q    Or if there were some other environmental

PAGE 136

1  issue?
2      A    Potentially, yes.  The point about the, you
3  know, if you're getting permits to put in houses, then
4  it sort of takes out the environmental issue, you know.
5  Once there are houses in there, then we've ruined the
6  environment so then extracting the sand doesn't make
7  any difference, you know.
8      MR. HARRISON:  I think I'm done with my
9  questions.  There were a couple of things that we asked
10 for so I will, when I go back, send you guys an e-mail
11 confirming that and we can coordinate.  Like, for
12 example, his CV and there's the cases --
13     THE DEPONENT:  I can have that sent here,
14 that will be here tomorrow.
15     MR. HARRISON:  Okay.
16     MR. E. HARRISON:  Yes.  Limiting the, you
17 know, testimony to the area --
18     MR. MUNPHREY:  If there's a question that's
19 generated by that.
20     MR. P.E. HARRISON:  And the list of cases.
21     MR. HARRISON:  Yes.  We also, what did we ask
22 for?  List of cases, CV and we got Ms. Perez' number,
23 the name --
24     THE DEPONENT:  Right.  Her boss is Julio Toro

PAGE 137

1  so you will see him.
2      MR. HARRISON:  I believe that is everything.
3  Jeff might remember something else.
4           EXAMINATION CONTINUED
5  BY MR. HARRISON:
6      Q    And one last question.  Dr. Joyce, in looking
7  through your file that you kind left at lunch, there
8  were two sets of e-mails from Mr. Vidrine to Mr.
9  Gaztambide.  Do you recall these two e-mails?
10     A    Yes, I do.
11     Q    Did Mr. Gaztambide show them to you?
12     A    Yes, he did.  Actually, these were faxed.
13     MR. HARRISON:  I'd just like to attach those
14 as the final exhibit.
15     MR. P. E. HARRISON:  Okey.  Why don't we
16 attach those e-mails as the next exhibit and then all
17 the pictures that you referred to --
18     MR. HARRISON:  We can do that, we can do
19 that.
20     THE DEPONENT:  I think all the pictures we
21 talked about were in my report.
22     MR. MUNPHREY:  No, these.
23     MR. HARRISON:  No, these were not.  So we've
24 got, Exhibit 15 is the two e-mails.  Actually, was



