# EXHIBIT H

# Gaztambide Comparable Sales Exhibit

## LOCATION OF GAZTAMBIDE RESIDENTIAL COMPARABLE SALES



## GEOLOGIC SURVEY – SOIL EXPLANATIONS



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NOS. 98-1664 and 98-2344 (ADC) |
| | ) | |
| vs. | ) | |
| | ) | |
| 33.92536 ACRES OF LAND, MORE | ) | |
| OR LESS, SITUATED IN VEGA BAJA, | ) | |
| COMMONWEALTH OF PUERTO RICO, | ) | |
| AND JUAN PIZA BLONDET, AND | ) | |
| UNKNOWN OWNERS | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF RAUL RODRIGUEZ

I, Raul Rodriguez, declare as follows:

1.  I am a licensed and certified general real estate appraiser in Puerto Rico with more than fifteen years of experience in the real estate profession. I hold a Master of Science Degree in Real Estate Investment and Analysis from New York University and a Bachelor of Arts Degree from the University of Massachusetts at Amherst.

2.  In the course of preparing my appraisal reports, I regularly utilize computer software applications to prepare maps and exhibits that depict the location of properties that I analyze. I am qualified and skilled in the use of such applications.

3.  In 2005, I was retained by the Department of Justice and the Federal Aviation Administration in this condemnation proceeding to appraise the market value of the 34-acre condemned parcel as of the date of taking, December 2, 1998. On October 26, 2005, I completed a self-contained appraisal report of the condemned parcel.

4.  In the course of preparing my appraisal report in this case, I visited and became familiar with the Subject Property and the surrounding area, including the nearby residential comparable sales utilized by Defendant's appraiser Carlos E. Gaztambide, MAI. I am knowledgeable about and familiar with the location of these properties.

5.  In August, 2006, I created an exhibit entitled "Location of Gaztambide Comparable Sales" for inclusion in the United States' Combined Motion in Limine and Memorandum of Law to Exclude All Evidence of Relating to Defendant's Appraisal of Sand Deposits.

6.  To create this exhibit, I first identified the location of the three residential comparable

sales utilized by Mr. Gaztambide on a digitally scanned copy of the U.S. Geological Survey Soils Map for the Manati Quadrangle that was utilized by Defendant's expert Dr. James Joyce, Ph.D. I determined the approximate location of these three comparable sales based on my knowledge about the location of these properties, as well as from the descriptions and maps contained in Mr. Gaztambide's appraisal report. Copies of the relevant pages from Mr. Gaztambide's appraisal report, as well as a copy of the relevant portions of the U.S. Geological Survey Soils Map, are attached to this Declaration.

7. Then, utilizing the same digital imagery software that I use in the course of preparing my appraisal reports, I created an exhibit that shows the approximate location of these three residential comparable sales in relation to the underlying soils as depicted on the U.S. Geological Survey Soils Map. I labeled these three comparable sales "L-1," "L-2," and "L-3," respectively, in conformance with the labels used by Mr. Gaztambide in his report. I also identified and labeled the approximate location of the 33.92-acre Subject Property on this exhibit.

8. The exhibit that is entitled "Location of Gaztambide Residential Comparable Sales" is a true and accurate depiction of the approximate location of the three comparable sales utilized by Mr. Gaztambide in his appraisal of the fee simple interest. I have depicted these locations to the best of my ability utilizing the available data and my knowledge and familiarity of these properties. It should be noted that while the descriptions of these locations are accurate, their depiction on the exhibit is not exact.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON August __11__, 2006

_____
RAUL RODRIGUEZ

2

**Comparable Sale Number L-1**

| | | |
|---|---|---|
| Grantor | : | Juan Piza-Blondet |
| Grantee | : | Orange Development SE |
| Location | : | Part of the Site of Haciendas de Tortuguero, Yeguada Ward, Vega Baja, Puerto Rico<br>PIN: Part of 017-000-07-019-000 |
| Description | : | The main characteristics of this improved parcel may be outline as follows: |
| Zoning | : | CR, Conservation of Resources |
| Highest and Best Use | : | Residential |
| Infrastructure | : | Adequate suburban mains serve this property |
| Topography | : | Nearly Level |
| Access | : | Adequate through Road 687 |
| Frontage | : | Adequate through Road 687 |
| Corner | : | No |
| Exposure | : | Adequate to local traffic and to the Road 687 |
| Configuration | : | Irregular |
| Flood Rating | : | Zone "X", FIRM #720000-0040-E, Map revised June 2, 1999 |
| Area | : | 15.1421 Cuerdas |
| Improvements | : | None |
| Source | : | Segregated from Property #1,987, Page #183, Book #72 of Vega Baja, Section IV of the Property Registry Office in Bayamón. |
| Deed | : | Number 6, before Carlos Colón Marchant, Esquire |
| Date | : | May 29, 1997 |
| Price | : | $752,105.00 |
| Unit Price | : | $49,670.00 |
| Financing | : | Assumed market given the grantor |
| Comments | : | This sale is for two parcels with areas of 1.168 and 13.9741 cuerdas, identified as Parcels "A" and "B", that formed part of the Piza's property. This property was purchased for development of the Haciendas de Tortuguero, with an approval for 44 single-family residential units on lots with minimum areas of 900 square meters, to the East of Road 687. |

## Comparable Sale Number L-2

| | | |
|---|---|---|
| Grantor | : | Juan Piza-Blondet |
| Grantee | : | Orange Development S.E. |
| Location | : | Part of Site of Haciendas de Tortuguero, Yeguada Ward, Vega Baja, Puerto Rico<br>PIN: Part of 017-000-07-019-000 |
| Description | : | The main characteristics of this improved parcel may be outline as follows: |
| Zoning | : | CR, Conservation of Resources |
| Highest and Best Use | : | Residential |
| Infrastructure | : | Adequate suburban mains serve this property |
| Topography | : | Nearly Level |
| Access | : | Adequate through Road 687 |
| Frontage | : | Adequate through Road 687 |
| Corner | : | No |
| Exposure | : | Adequate to local traffic and to the Road 687 |
| Configuration | : | Irregular |
| Flood Rating | : | Zone "X", FIRM #720000-0040-E, Map revised June 2, 1999 |
| Area | : | 7.88 Cuerdas (two parcels) |
| Improvements | : | None |
| Source | : | Segregated from Property #1987, Page #183, Book #72 of Vega Baja. Presented for subscription at Entry #233 of Diary #512, Section IV of the Property Registry Office in Bayamón. |
| Deed | : | Number 455, before Jorge García Soto, Esquire |
| Date | : | July 29, 1997 |
| Price | : | $394,400.00 |
| Unit Price | : | $50,051.00 |
| Financing | : | Assumed market given the grantor |
| Comments | : | This sale is for two parcels with areas of 5.2028 and 2.6852 cuerdas. These two parcels are located at a short distance to the east of state road and were purchased for development as part of the Haciendas de Tortuguero Residential Development. |

## Comparable Sale Number L-3

| | | |
|---|---|---|
| Grantor | : | Desarrollos de Ciudad Real |
| Grantee | : | Constructora SM, SE |
| Location | : | Site on 3rd and 4th Phases of Ciudad Real, Puerto Rico Road 687, Algarrobos Ward, Vega Baja, Puerto Rico PIN: Part of 035-000-02-001-000 |
| Description | : | The main characteristics of this improved parcel may be outline as follows: |

| | | |
|---|---|---|
| Zoning | : | AD, Developed Area |
| Highest and Best Use | : | Medium Density Residential |
| Infrastructure | : | Adequate suburban mains serve this property |
| Topography | : | Mostly Level, graded |
| Access | : | Adequate through Road 687 |
| Frontage | : | Adequate through Road 687 |
| Corner | : | No |
| Exposure | : | Adequate to local traffic and to the Road 687 |
| Configuration | : | Rectangular |
| Flood Rating | : | Outside the Flood Zone |
| Area | : | 30.0485 Cuerdas |
| Improvements | : | None |

| | | |
|---|---|---|
| Source | : | Segregated from Property No. 437, Page No. 252, Book No. 143 of Vega Baja. Presented for inscription at Entry No. 135 of Diary No. 87. Section IV of the Property Registry Office of Bayamon. |
| Deed | : | Number 1, before Mayra E. Monserrate, Esq. |
| Date | : | January 15, 1999 |
| Price | : | $1,640,000.00 |
| Unit Price | : | $54,578.00 |
| Financing | : | Assumed market given the grantor |
| Comments | : | At the time of sale, this property had plans and approvals for the proposed residential subdivision and most of the earthmoving operations had been completed. |

