UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664 (GAG) |
| | ) | CIVIL NO. 98-2344 (GAG) |
| vs. | ) | |
| | ) | |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND UNKNOWN OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' STATUS REPORT**

1. On August 21, 2006, this Court issued an Order (Docket Entry 134) requiring the parties to file a Joint Status Report by September 5, 2006 informing the Court about the status of the case and the parties' positions with respect to pending motions and trial schedules.

2. On August 29, 2006, counsel for both parties held a telephonic conference with the Court's law clerk. During this call, counsel for Defendant stated that due to a family emergency, he would be filing a motion requesting additional time to file responses to the United States' pending motions (Docket Entries 132 and 133). Counsel for the United States stated that there was no objection to Defendant's request for additional time to respond to these motions.

3. On August 29, 2006, counsel for the United States sent an email to Defendant's counsel proposing responses to be included in the Joint Status Report. Defendant's counsel has not responded to this email, and counsel for the United States is unable to reach

Defendant's counsel by telephone.

4. Accordingly, the United States hereby files the following status report responding to the Court's inquiries.

5. At present, there are no pending motions other than Docket Entries 132 and 133. Depending on the Court's ruling on these pending motions, the United States may file additional motions in limine prior to trial.

6. The United States is available for trial at any time during 2007. Depending on the Court's ruling on the pending motions, the United States estimates that trial may last between 3 and 7 days.

7. The United States believes that a settlement or mediation conference would be helpful.

8. Because of the possibility that a settlement conference may be conducted by the magistrate judge, the United States does not consent to have all further proceedings conducted by the magistrate judge.

Respectfully submitted this 6th day of September 2006.

          H.S. GARCIA
          United States Attorney

          JOSE M. PIZARRO-ZAYAS
          Assistant United States Attorney
          Torre Chardon, Suite 1201
          350 Carlos Chardon Ave.
          San Juan, PR 00918
          Tel: (787) 766-5656
          Fax: (787)766-6219

          SUE ELLEN WOOLDRIDGE
          Assistant Attorney General

          s/ Jeffrey M. Tapick
          JEFFREY M. TAPICK
          Attorney, United States Department of Justice
          Environment & Natural Resources Division
          P.O. Box 561, Ben Franklin Station
          Washington, D.C. 20044
          Tel: (202) 305-0297
          Fax: (202) 305-0398

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2006, a true and correct copy of the foregoing motion was served via email and electronic notification to:

> Maurice V. Piza, Esq.
> 5500 Prytania Street
> New Orleans, LA 70115
> maurpi1@yahoo.com
>
> David C. Vidrine, Esq.
> 2000 Old Spanish Trail, Suite 103
> Slidell, LA 70458
> DVidrine@mumphreylaw.com

/s/ Jeffrey M. Tapick

JEFFREY M. TAPICK