UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO,**<br>**AND JUAN PIZA BLONDET, et al.**<br><br>    **Defendants** | **CIVIL 98-1644CCC**<br>**CIVIL 98-2344CCC** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSES TO UNITED STATES' MOTIONS**

1. On August 14, 2006, the United States filed a Motion to Exclude Defendant's Highest and Best Use Evidence (Docket 132), as well as a Motion in Limine to Exclude All Evidence Based On Defendant's Appraisal of Sand Deposits (Docket 133).

2. In accordance with this Court's Scheduling Order (Docket 130), Defendant's responses to these motions are due by August 29, 2006.

3. Defendant hereby respectfully requests that this Court grant an extension of time until September 8, 2006 for Defendant to file responses to the United States' motions.

4. Counsel for Defendant has conferred with counsel for the United States, and the United States does not oppose this motion.

RESPECTFULLY SUBMITTED,

\S FRANCISCO DIEZ
Bar Roll No. 215412
Attorney for JUAN PIZA BLONDET
652 AVE. MUNOZ RIVERA, S-3125
SAN JUAN, P.R.  00918
TELEPHONE 787-250-0220
TELECOPIER 787-250-0295

/s David C. Vidrine
David C. Vidrine (Bar Roll No. 21930)
Attorney for JUAN PIZA BLONDET
Mumphrey Law Firm
625 Baronne Street
New Orleans, LA 70113
Telephone: (504) 569-0661
Telecopier: (504) 569-0665

**Copies to:**

PAUL HARRISON
JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:  202-305-0299
Fax: 202-305-0398

## Certificate of Service

I HEREBY CERTIFY that I have on this 29th day of August, 2006, served a copy of the above and foregoing via email upon counsel for the Plaintiff, United States of America.

 /s David C. Vidrine
David C. Vidrine