UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO,**<br>**AND JUAN PIZA BLONDET, et al.**<br><br>        **Defendants** | **CIVIL 98-1664 (GAG)** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

**NOW INTO COURT**, through undersigned counsel comes Defendant-landowner Juan Piza-Blondet respectfully moves the Court as follows:

1. Defendant-landowner Juan Piza-Blondet'S counsel suffered an unexpected accident which prevented the filing of Mr. Piza's opposition brieds to the Motions filed by the United States;

2. The counsel for both parties conferred and informed the Court this date that an extension of time to file briefs in opposition to the Motions of the United States was requested and granted without opposition. Mr. Piza's Opposition briefs will be filed by September 26, 2006.

.

RESPECTFULLY SUBMITTED,

                                                                _____
S\Francisco Diez,
Bar Roll No. 215412
Attorney for JUAN PIZA BLONDET
652 Munoz Rivera
Suite 3125
San Juan, Puerto Rico 00918-4281
Telephone: (787) 250-0220
Telecopier: (787) 250-0295

Copies to:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

PAUL HARRISON
JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561 - Ben Franklin Station
Washington, D.C. 20044
Telephone:    202-305-0299
Fax:               202-305-0398

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>   **v.**<br><br>**33.92356 ACRES OF LAND MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO,**<br>**AND JUAN PIZA BLONDET, et al.**<br><br>      **Defendants** | **CIVIL 98-1664 (GAG)** |

## ORDER

**IT IS HEREBY ORDERED**, that Defendants' Motion for Relief from Order dated December 23, 2004, is hereby **GRANTED**.  Defendant's response to this Court's November 22, 2004 Order is due on the _____ day of _____, 2005.

San Juan, Puerto Rico this _____ day of _____ 2005.

_____
**United States District Court Judge**