UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664 (FAB) |
| | ) | CIVIL NO. 98-2344 (FAB) |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA-BLONDET, AND UNKNOWN OWNERS | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiff United States of America ("Plaintiff" or the "Government") hereby respectfully requests that this Court grant leave for the United States to file the attached Reply memorandum in support of its First Motion in Limine to Exclude All Evidence Relating to Defendant's Appraisal of Sand Deposits (Docket Entry 133).

Local Rule 7.1(c) contemplates the filing of a reply memorandum with prior leave of the Court. The United States' Reply is intended to serve the interests of justice and assist this Court by clarifying and correcting the factual inaccuracies and misleading assertions contained in Defendant's Response (Docket Entry 146). In accordance with Local Rule 7.1(c), the United States' Reply is strictly confined to addressing new matter raised in Defendant's Response. The United States' Reply and accompanying exhibits are filed as attachments to this motion.

Respectfully submitted this 11th day of October 2006.

                        ROSA E. RODRIGUEZ-VELEZ
United States Attorney

JOSE M. PIZARRO-ZAYAS
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
Tel: (787) 766-5656
Fax: (787)766-6219

s/ Jeffrey M. Tapick
JEFFREY M. TAPICK
Attorney, United States Department of Justice
Environment & Natural Resources Division
P.O. Box 561, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0297
Fax: (202) 305-0398

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October 2006, a true and correct copy of the foregoing motion was served via email and electronic notification to:

>Maurice V. Piza, Esq.
>5500 Prytania Street
>New Orleans, LA 70115
>maurpi1@yahoo.com
>
>David C. Vidrine, Esq.
>2000 Old Spanish Trail, Suite 103
>Slidell, LA 70458
>DVidrine@mumphreylaw.com

>/s/ Jeffrey M. Tapick
>JEFFREY M. TAPICK