# EXHIBIT 1

# Fee Simple Appraisal Excerpts



Carlos E. Gaztambide and Associates Inc.

APPRAISAL REPORT OF
A VACANT PARCEL OF LAND COMPRISING 34.930 CUERDAS (33.92356 ACRES)
LOCATED AT KM. 3.8, INTERIOR PUERTO RICO ROAD 687
YEGUADA WARD, VEGA BAJA, PUERTO RICO

PREPARED FOR:

MR. JUAN PIZA-BLONDET
MR. MAURICE PIZA, ESQUIRE
ASHFORD AVENUE CORNER AGUADILLA STREET
CONDADO, PUERTO RICO  00907

PREPARED BY:

CARLOS E. GAZTAMBIDE AND ASSOCIATES, INC.
REAL ESTATE APPRAISERS AND CONSULTANTS
SUITE 1515, BANCO POPULAR CENTER
HATO REY, SAN JUAN, PUERTO RICO 00918

<u>Comparable Sale Number L-1</u>

| | | |
|---|---|---|
| Grantor | : | Juan Piza-Blondet |
| Grantee | : | Orange Development SE |
| Location | : | Part of the Site of Haciendas de Tortuguero, Yeguada Ward, Vega Baja, Puerto Rico<br>PIN: Part of 017-000-07-019-000 |
| Description | : | The main characteristics of this improved parcel may be outline as follows: |
|     Zoning | : | CR, Conservation of Resources |
|     Highest and Best Use | : | Residential |
|     Infrastructure | : | Adequate suburban mains serve this property |
|     Topography | : | Nearly Level |
|     Access | : | Adequate through Road 687 |
|     Frontage | : | Adequate through Road 687 |
|     Corner | : | No |
|     Exposure | : | Adequate to local traffic and to the Road 687 |
|     Configuration | : | Irregular |
|     Flood Rating | : | Zone "X", FIRM #720000-0040-E, Map revised June 2, 1999 |
|     Area | : | 15.1421 Cuerdas |
|     Improvements | : | None |
| Source | : | Segregated from Property #1,987, Page #183, Book #72 of Vega Baja. Section IV of the Property Registry Office in Bayamón. |
| Deed | : | Number 6, before Carlos Colón Marchant, Esquire |
| Date | : | May 29, 1997 |
| Price | : | $752,105.00 |
| Unit Price | : | $49,670.00 |
| Financing | : | Assumed market given the grantor |
| Comments | : | This sale is for two parcels with areas of 1.168 and 13.9741 cuerdas, identified as Parcels "A" and "B", that formed part of the Piza's property. This property was purchased for development of the Haciendas de Tortuguero, with an approval for 44 single-family residential units on lots with minimum areas of 900 square meters, to the East of Road 687. |

**Comparable Sale Number L-2**

| | | |
|---|---|---|
| Grantor | : | Juan Piza-Blondet |
| Grantee | : | Orange Development S.E. |
| Location | : | Part of Site of Haciendas de Tortuguero, Yeguada Ward, Vega Baja, Puerto Rico<br>PIN: Part of 017-000-07-019-000 |
| Description | : | The main characteristics of this improved parcel may be outline as follows: |
|     Zoning | : | CR, Conservation of Resources |
|     Highest and Best Use | : | Residential |
|     Infrastructure | : | Adequate suburban mains serve this property |
|     Topography | : | Nearly Level |
|     Access | : | Adequate through Road 687 |
|     Frontage | : | Adequate through Road 687 |
|     Corner | : | No |
|     Exposure | : | Adequate to local traffic and to the Road 687 |
|     Configuration | : | Irregular |
|     Flood Rating | : | Zone "X', FIRM #720000-0040-E, Map revised June 2, 1999 |
|     Area | : | 7.88 Cuerdas (two parcels) |
|     Improvements | : | None |
| Source | : | Segregated from Property #1987, Page#183, Book #72 of Vega Baja. Presented for subscription at Entry #233 of Diary #512, Section IV of the Property Registry Office in Bayamón. |
| Deed | : | Number 455, before Jorge García Soto, Esquire |
| Date | : | July 29, 1997 |
| Price | : | $394,400.00 |
| Unit Price | : | $50,051.00 |
| Financing | : | Assumed market given the grantor |
| Comments | : | This sale is for two parcels with areas of 5.2028 and 2.6852 cuerdas. These two parcels are located at a short distance to the east of state road and were purchased for development as part of the Haciendas de Tortuguero Residential Development. |