# EXHIBIT 3

# Deposition of Carlos E. Gaztambide

BONAFIDE & CERTIFIED REPORTING SERVICE (787) 250-8507
SHEET 1  PAGE 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　:CIVIL NO. 98-1664(CCC)
　　　　　　　　　　　　　　　　　:CIVIL NO. 98-2344(CCC)
33,92536 ACRES OF LAND, MORE　　:
OR LESS, SITUATED IN VEGA BAJA,:
COMMONWEALTH OF PUERTO RICO,　　:
AND JUAN PIZA BLONDET, AND　　　:
UNKNOWN OWNERS　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Defendants　　　　　　　:
　　　　　　　　　　　　　　　　　:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF:

CARLOS E. GAZTAMBIDE

was taken on April 5, 2006 at the offices of CARLOS

GAZTAMBIDE & ASSOCIATES, Banco Popular Center, Suite

1515, 208 Muñoz Rivera Avenue, Hato Rey, Puerto Rico,

commencing at 9:40 a.m.

BONAFIDE & CERTIFIED REPORTING
P.O. BOX 9022272
SAN JUAN, PUERTO RICO 00902-2272
(787) 250-8507

SHEET 51 PAGE 198

1    Q    So your finding of legal permissibility is based on this information plus your understanding of the
3 historical granting of permits on property that Mr. Piza
4 owns in Vega Baja?
5    A    Primarily.
6    Q    And some of those documents are contained in
7 your work file, is that correct?
8    A    Yes.
9    Q    Did you speak to anybody at the Department of
10 Natural Resources about the permitting process for sand
11 extraction?
12    A    I did not. What I don't know is either Dr.
13 Joyce or Juan checked that.
14    Q    Did you rely on Dr. Joyce to provide you with
15 information that you used in making your legal
16 permissibility determination?
17    A    I don't think so. Again, I say I base it
18 primarily on, on historical data.
19    Q    As of the date of taking, were there any
20 permits for extracting sand on the 33 acres parcel?
21    A    No.
22    Q    Were you aware, are you aware of whether there
23 were any permits that had been applied for sand
24 extraction on the subject property as of the date of

PAGE 199

1 taking?
2    A    I'm not aware.
3    Q    And in your report at no point do you make the
4 conclusion that it's reasonably probable that such
5 permits would be issued, is that correct?
6    A    That's correct.
7    Q    Now, turning to the question of physical
8 possibility, you say that, "The potential for sand
9 extraction has been determined in the accompanying
10 report by Dr. James Joyce."
11    A    Uh-huh.
12    Q    Correct? So you based your physical
13 possibility determination on Dr. Joyce's report?
14    A    Yes.
15    Q    Okay. Did you do any independent
16 investigation or talk to anyone else about how much sand
17 is on the site?
18    A    No. I relied on his report.
19    Q    Did you do any independent investigation or
20 rely on anybody else to determine the quality of the
21 sand on that site?
22    A    No, I relied on his report.
23    Q    So you didn't rely on any past or historical
24 sale of sand on the property, on the property in, in

PAGE 200

1 making your determination about physical possibility?
2    A    Can you restate it. I lost my --
3         MR. P.E. HARRISON: And I want to enter an
4 objection so, you know --
5         THE DEPONENT: Go ahead.
6         MR. P.E. HARRISON: Objection. Asked and
7 answered. You got what he did, he relied upon the
8 report so, okay.
9         MR. TAPICK: Are you instructing him not
10 answer or --
11         MR. P.E. HARRISON: No, no, he can answer.
12              EXAMINATION CONTINUED
13 BY MR. TAPICK:
14    Q    And do you need me to repeat the question?
15    A    Yes, please.
16    Q    My first question was about the quality of the
17 sand, I believe and the question is, did you do any
18 independent investigation or rely on anybody else to
19 determine the quality of sand?
20    A    No, no. This why I recommended that Dr. Joyce
21 be retained and I relied on his expertise.
22    Q    So you did not rely on past, past documents or
23 documents of past sand extraction or sale in making your
24 physical possibility determination --

PAGE 201

1    A    No.
2    Q    -- is that correct? Okay. Now, turning to
3 the question of financial feasibility you state that,
4 "The demand for sand in Puerto Rico is fueled by the
5 construction industry." On Page 24. Is that correct?
6    A    That's correct.
7    Q    So you go on to say that, "It is reasonable to
8 anticipate the financial feasibility of such an
9 extraction operation.", correct?
10    A    Yes.
11    Q    Okay. Now, is the silica sand that Dr. Joyce
12 describes as being present on the property used in the
13 construction industry?
14    A    No, it's used in the industries. It's where I
15 mention, "The sand of the character at the subject has
16 strong demand for industrial production."
17    Q    Who is interested in purchasing this sand,
18 purchasing this sand?
19    A    Owens Illinois.
20    Q    For what purpose?
21    A    They, they have, there's a factory out in Vega
22 Baja, very close, relatively close to the subject, that
23 silica sand is a, a primary of raw material for their
24 production of glass.