# WETLAND JURISDICTIONAL DETERMINATION, Federal Aviation Administration, Homer (HHW) Facility, Guarico Ward, Guarico Ward, Vega Baja, Puerto Rico.



**Prepared for:**
Greg Morris Engineers
San Juan, PR

**Prepared by:**
EA Environmental Consultants
San Juan, Puerto Rico

**July 2006**

EXHIBIT
"B"
PART 1

# WETLAND JURISDICTIONAL DETERMINATION,
## Federal Aviation Administration, Homer (HHW) Facility,
## Guarico Ward, Vega Baja, Puerto Rico.

By
Pedro J Rivera Lugo, PhD.
Senior Ecologist

## TABLE OF CONTENT

| | |
|---|---|
| List of Tables | iii |
| List of Figures | iii |
| I. Executive Summary | 1 |
| II. Introduction | 2 |
| III. General Description of Study Area | 3 |
|     A. Site Location and Landscape Features | 3 |
|     B. Geology | 3 |
|     C. Soils | 4 |
|     D. Climatology | 5 |
|     E. Flora and Fauna | 5 |
|     F. Hydrology | 10 |
|     G. Cultural Resources | 10 |
| IV. Delineation and Description of Wetlands | 11 |
| V. Methods | 15 |
|     A. Vegetation | 17 |
|     B. Soils | 17 |
|     C. Hydrology | 18 |
| VI. Results | 20 |
| VII. Wetland Functional Values | 22 |
| VIII. Conclusions | 24 |
| IX. References | 25 |
| Appendix A: Routine Data Sheets | |
| Appendix B: Area Photos | |

**List of Tables**

Table 1- Soils Characteristics                              4
Table 2- Flora Composition List                            5
Table 3- Fauna List                                        8
Table 4- GPS Coordinates                                  15
Table 5- Wetland Indicator Summary                        21
Table 6- Functional Values                                23

**List of Figures**

Figure 1- Location Map
Figure 2- Aerial Image 2002
Figure 3- Aerial Image 2004
Figure 4- Geological Map
Figure 5- Soils Map
Figure 6- FWS Wetland Inventory Map
Figure7- Natural Heritage Map
Figure 8- Sampling Design
Figure 9- Jurisdictional Delineation Boundaries Map
Figure 10- Infrared Band Image
Figure 11- Image Categorization of Bands
Figure 12- Photo-Chronograph 1982-2004

## I. EXECUTIVE SUMMARY

A wetland jurisdictional delineation was conducted at a parcel of approximately 32 acres of land adjacent to state highway PR 687, in the Guarico Sector at the Municipality of Vega Baja. FAA manages and operates the HHW Facilities at the Guarico Ward, which serves as aviation beacon for island and Caribbean air traffic. This parcel is approximately 32 acres. The parcel is located on the northern coast of Puerto Rico about 40 km east of Arecibo and 25 km west of San Juan. Warm wet summers and cooler dry winters with an average annual precipitation of 82 inches characterize the climate. The geology of the area is dominated by blanket sand deposits and swamp deposits. The principal soil units within the parcel are Corozo fine sand and Algarrobo fine sands with some influence of the Tiburones muck.

The Wetland delineation was conducted following the guidelines of the 1987 US Army Corps of Engineers Wetland Delineation Manual. A "Routine Approach, On-site Inspection" was used for this jurisdictional delineation. This wetland jurisdictional delineation was developed by; characterizing the vegetation, soils and hydrology of the study area.

The analysis of the field data showed that the existing upland "peninsula" is covered with coastal forest vegetation at higher elevation and surrounded by herbaceous wet vegetation except to the west. The study area is leveled through the topography of the landscape. Sandy soils dominate the uplands while muck soils sustain the wet vegetation.

## II. INTRODUCTION

FAA manages and operates the HHW Facilities at the Guarico Ward, which serves as aviation beacon for island and Caribbean air traffic. FAA is pursuing land acquisition (see Figure 1). Figure 2 and Figure 3 provides Aerial Images of the site (2002, 2004).

A Jurisdictional Determination was commissioned by Gregory Morris Engineers to EA Environmental Consultants & Services to delineate potential existing wetlands.

This report contains the results of a wetland jurisdictional delineation for the property studied in Vega Baja, Puerto Rico. The procedures outlined in the 1987 Corps of Engineers Wetland Delineation Manual were followed. As part of the delineation, the available literature including published FWS, Planning Board, NRCS, DNER and technical journal/articles were revised. In addition sampling of soils, vegetation and hydrology was collected systematically along the study area.

## III. GENERAL DESCRIPTION OF STUDY AREA

### A. Site Location and Landscape Features

The proposed project is located in an area of approximately 32 acres at Barrio Guarico in the Municipality of Vega Baja, Puerto Rico. The study area is located on east of road PR#687. Refer to Figure 1 Location Map and Figure 2 and Figure 3 Aerial Images

### B. Geology

The study area lies in the Northern coastal plateau of Puerto Rico. The study area contains Blanket Sand Deposits (QTbs) and Swamp Deposits (Qs) from the Oligocene to Holocene. West of the study area we have Aymamon Limestone (Tay). See Figure 4 Geologic map for the Manati area.

- ❖ QTbs Blanket deposits, sand clayey ferruginous, fine to medium sand found on ridges of limestone; a superficial sand that has been lowered by solution of underlying limestone.
- ❖ Qs Swap deposits, clay, sandy clay and muck, commonly underlain by peat. Includes some mangrove swamps. Some areas that have been drained consist of carbonaceous sandy clay.
- ❖ Tay Aymamon Limestone, white to very pale orange, locally pale yellow and grayish pink, massive to thick embedded very pure fossiliferous limestone generally indurated by secondary cementation into finely crystalline rather than dense limestone

## C. Soils

The Arecibo Soil Survey shows the prevalence of Corozo fine sand and Algarrobo fine sands soils, some Tiburones muck intrusions are evident. Surrounding soils includes San German gravely clay and Vigia Muck. See Figure 5 Soils map for the Guarico area. The following soil series were found in the study area:

❖ Tb Tiburones Muck: This soil is deep, nearly level and poorly drained. It is on the bottomlands and in depressional areas of the coastal lowlands. Most areas are in water tolerant plants and native pasture. Wetness is the mail limitation of the soil for non farm development.

❖ AgC Algarrobo fine sand: 2 to 12 percent slopes. This soil is deep, gently sloping to sloping and excessively drained. It is on coastal plains. Slopes range from 100 to 400 feet long. The permeability of this Algarrobo soil is rapid in the upper part and slow in the lower part.

❖ CsC Corozo fine sand, 2 to 12 percent slopes: This soil is deep, gently sloping to sloping, and well drained. It is on coastal plains. The permeability of this Corozo soil is rapid on the surface and subsurface layers and slow in the subsoil. Runoff is slow. The available water capacity is low.

**Table 1: General characteristics of the soils in the studied area.**
(Adopted from the U.S. Department of Agriculture, Soil Conservation Service).

| Map Symbol | Soil Name | Depth (in) | Shrink Swell Potential | Permeability (in. Per hour) | Available Water Capacity (cm/ per cm of soil) | Soil React (pH) |
|---|---|---|---|---|---|---|
| CsC | Corozo fine sand | 0-60 | Very low | >20 | .05 - .08 | 3.6-5.5 |
| AgC | Algarrobo fine sand | 0-80 | Very low | >0.2 | .05 - .08 | 3.6-5.5 |
| Tb | Tiburones Muck | 0-84 | Low | 0.06-0.2 | 0.15-0.20 | 4.5-7.3 |

4

_WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION, HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO._

## D. Climatology

The study area is located in the humid subtropical zone. The average annual rainfall is 82" and the average annual temperature is 78F. Rainfall is more frequent during the months of July to October. The average relative humidity is 80%. Predominant winds direction is northeast. The area is subject to the influence of marine breeze.

## E. Flora and Fauna

During the assessment we a list of plant and animal species was recorded along the sampling array. A list of species is provided as baseline data obtained during the field visits. A revision for the FWS Wetland Inventory map and the State Natural Heritage database was done to verify species or habitats of concern in the area. Figure 6 and Figure 7 shows the FWS WI Map and the Natural Heritage area map.

**Table 2: Flora Composition List for the study site.**

| # | Scientific Name | Common Name | Family | Habit |
|---|---|---|---|---|
| 1 | Acrocomia media | Corozo | Palmae | Tree |
| 2 | Aeschynomene sensitiva | Morivivi bobo | Fabaceae | Herbaceous |
| 3 | Albizia lebeck | Albizia | Fabaceae | Tree |
| 4 | Alysacarpus vaginalis | Yerba de contrabando | Fabaceae | Herbaceous |
| 5 | Anacardium occidentale | Cashew | Anacardiacea | Tree |
| 6 | Andira inermis | Moca | Fabaceae | Tree |
| 7 | Antigonon leptopus | Bellisimagrnde | Polygonaceae | Herbaceous |
| 8 | Axonopus compressus | Yerba colorada | Poaceae | Herbaceous |
| 9 | Bidens alba | Margarita | Asteraceae | Herbaceous |
| 10 | Bidens pilosa | Margarita | Asteraceae | Herbaceous |
| 11 | Blechnum serrulatum | Fern | Polypodiaceae | Herbaceous |
| 12 | Brachiaria mutica | Malojillo | Poaceae | Herbaceous |
| 13 | Brachiaria purpurecens | Malojillo | Poaceae | Herbaceous |
| 14 | Bursera simarouba | Almacigo | Burseracea | Tree |
| 15 | Calophyllum calaba | Maria | Guttiferacea | Tree |
| 16 | Cassia suratensis | Cassia | Caesalpinaceae | Shrub |
| 17 | Centella erecta | Yerba de clavo | Umbelliferacea | Herbaceous |
| 18 | Centrosema pubescens | habichuela | Fabaceae | Herbaceous |
| 19 | Centrosema virginianum | habichuela | Fabaceae | Herbaceous |
| 20 | Chamaechrista rotundifolia | Tamarindillo | Caesalpinaceae | Herbaceous |
| 21 | Chamaesyce hyssopifolia | Lechecillo | Euphorbiaceae | Herbaceous |

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION.
HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

| | | | | |
|---|---|---|---|---|
| 22 | Chrysoblanus icaco | Sea plum | Chrysoblanaceae | Tree/Shrub |
| 23 | Citharexylum fruticosum | Pendula | Verbenaceae | Tree |
| 24 | Cladium jamaicensis | saw grass | Cyperaceae | Herbaceous |
| 25 | Clidemia hirta | Camasey | Melastomataceae | Herbaceous |
| 26 | Clusia rosea | Cupey | Clusiacea | Tree |
| 27 | Cocos nucifera | Coconut Palm | Palmae | Tree |
| 28 | Commelina diffusa | Cohitre | Commelinaceae | Herbaceous |
| 29 | Conyza canadensis | Milhojas | Asteraceae | Herbaceous |
| 30 | Crotolaria incana | Matraca | Fabaceae | Herbaceous |
| 31 | Cynodon nlemfuensis | Grama Bermuda | Poaceae | Herbaceous |
| 32 | Cyperus distans | Junco | Cyperaceae | Herbaceous |
| 33 | Cyperus elegans | Junco | Cyperaceae | Herbaceous |
| 34 | Cyperus flavus | Junco | Cyperaceae | Herbaceous |
| 35 | Cyperus laevigatus | Junco | Cyperaceae | Herbaceous |
| 36 | Cyperus ligularis | Junco | Cyperaceae | Herbaceous |
| 37 | Cyperus odoratus | Junco | Cyperaceae | Herbaceous |
| 38 | Cyperus surinamensis | Junco | Cyperaceae | Herbaceous |
| 39 | Desmantus virgatus | Desmanto | Fabaceae | Herbaceous |
| 40 | Desmodium incanum | Zarzabacoa | Fabaceae | Herbaceous |
| 41 | Digitaria ciliaris | Pata de gallina | Poaceae | Herbaceous |
| 42 | Digitaria decumbens | Pangola | Poaceae | Herbaceous |
| 43 | Diodia rigida | Poaya | Rubiaceae | Herbaceous |
| 44 | Echinocloa colonum | Arrocillo | Poaceae | Herbaceous |
| 45 | Eleocharis sp | | Cyperaceae | Herbaceous |
| 46 | Eugenia biflora | Hoja menuda | Myrtaceae | Tree |
| 47 | Euphorbia heterophylla | Leche vana | Euphorbiaceae | Herbaceous |
| 48 | Ficus citrifolia | Jaguey | Moraceae | Tree |
| 49 | Galactia striata | Galactia | Fabaceae | Herbaceous |
| 50 | Gliricidia sepium | Mata Raton | Fabaceae | Herbaceous |
| 51 | Hedyotis corymbosa | Graciosa | Rubiaceae | Herbaceous |
| 52 | Hymenae courbaril | cabob | Leguminoseae | Tree |
| 53 | Hypoxis sp | | Hypoxidaceae | Herbaceous |
| 54 | Indigofera subfruticosa | Anil | Fabaceae | Herbaceous |
| 55 | Ipomea violácea | Bejuco de puerco | Convolvulaceae | Vine |
| 56 | Jatropha gossypifolia | Tua Tua | Euphorbiaceae | Herbaceous |
| 57 | Lippia nodiflora | Cape weed | Verbenaceae | Herbaceous |
| 58 | Ludwigia octovalvis | Yerba de jicotea | Onagraceae | Herbaceous |
| 59 | Malachra sp. | Malva | Malvaceae | Herbaceous |
| 60 | Merremia quinqueifolia | yuquilla | Convolvulaceae | Herbaceous |
| 61 | Miconia prasina | Camasey | Melastomataceae | Tree |
| 62 | Mikania micrantha | Guaco falso | Asteraceae | Herbaceous |
| 63 | Miryca cerifera | Bay Berry | Myricaceae | Tree |
| 64 | Momordica charantia | Cundeamor | Cucurbitaceae | Herbaceous |
| 65 | Nephrolepis multiflora | Fern | Polipodiaceae | Herbaceous |
| 66 | Ouratea litorales | Abey amarillo | Ochnaceae | Tree |
| 67 | Panicum sp | Pangola grass | Poaceae | Herbaceous |

6

| | | | | |
|---|---|---|---|---|
| 68 | Paspalum millegrana | Gramalota | Poaceae | Herbaceous |
| 69 | Paspalum notatum | Horquetilla | Poaceae | Herbaceous |
| 70 | Passiflora suberosa | Wild Passionfruit | Passifloraceae | Vine |
| 71 | Phyllanthus amarus | Hierba | Euphorbiaceae | Herbaceous |
| 72 | Physalis sp. | Sacabuche | Solanaceae | Herbaceous |
| 73 | Randia aculeata | Tintillo | Rubiaceae | Shrub |
| 74 | Rhynchosia phaseoloides | Frijolillo | Fabaceae | Herbaceous |
| 75 | Rhynchospora gigantea | Frijolillo | Fabaceae | Herbaceous |
| 76 | Scheflerra morototonii | Yagrumo Macho | Araliaceae | Tree |
| 77 | Scoparia dulcis | Escoba amarga | Schrophulariaceae | Herbaceous |
| 78 | Senna siamea | Casia amarilla | Fabaceae | Tree |
| 79 | Sesbania sericea | Papagayo | Fabaceae | Shrub |
| 80 | Sida cordifolia | Escoba acorazonada | Malvaceae | Herbaceous |
| 81 | Sida glomerata | Escoba de palma | Malvaceae | Herbaceous |
| 82 | Spathodea camapnulata | African Tulip | Bignonaceae | Tree |
| 83 | Spermacoce verticilata | Boton blanco | Rubiaceae | Herbaceous |
| 84 | Sporobolus jacquemonti | Cerrillo | Poaceae | Herbaceous |
| 85 | Stachytarpheta jamaicensis | Bretonica | Verbenaceae | Herbaceous |
| 86 | Stenotaphrum secundatum | | Poacea | Herbaceous |
| 87 | Tabebuia heterophylla | Roble | Bignoniacea | Tree |
| 88 | Tephrosia cinerea | Anil | Fabaceae | Shrub |
| 89 | Terminalia cattapa | Almendra | Combretaceae | Tree |
| 90 | Tricostigma octandrum | Bejuco de masa | Phytolacaceae | Vine |
| 91 | Tridax procumbens | Pancha | Asteraceae | Herbaceous |
| 92 | Typha dominguensis | Enea | Poaceae | Herbaceous |
| 93 | Urena lobata | Cadillo | Malvaceae | Herbaceous |
| 94 | Urochloa maxima | Yerba guinea | Poaceae | Herbaceous |
| 95 | Vernonia cinerea | Yerba socialista | Asteraceae | Herbaceous |
| 96 | Vigna vexilata | Frijol Cimarron | Fabaceae | Herbaceous |
| 97 | Wedelia trilobata | Wedelia | Asteraceae | Herbaceous |
| 98 | Xenostegia tridentata | Hierba | Convolvulaceae | Herbaceous |
| 99 | Zornia reticullata | Zarzabacoa | Fabaceae | Herbaceous |

## Table 3: Fauna of the study site

| VERTEBRATES | | | |
|---|---|---|---|
| Class | Family | Genus/species | Common name (Spanish) |
| Amphibia | Bufonidae | Bufo marinus | sapo |
| Amphibia | Leptodactylidae | Eleutherodactylus portoricensis | coquí |
| Amphibia | Leptodactylidae | Leptodactylus albilabris | rana labio blanco |
| Reptilia | Iguanidae | Iguana iguana | iguana verde |
| Reptilia | Iguanidae | Anolis cristatellus | lagartijo |
| Reptilia | Iguanidae | Anolis pulchelus | lagartijo de jardín |
| Aves | Ardeidae | Butorides virescens | Martinete |
| Aves | Ardeidae | Ardea alba | Garza Real |

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,*
*HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

| | | | |
|---|---|---|---|
| Aves | Ardeidae | Bubulcus ibis | garza ganadera |
| Aves | Rallidae | Gallinula chloropus | Gallareta Común |
| Aves | Falconidae | Falco sparverius | falcón comun |
| Aves | Picidae | Melanerpes portoricensis | Carpintero de Puerto Rico |
| Aves | Columbidae | Columbina passerina | rolitade P. R. |
| Aves | Columbidae | Zenaida asiatica | tórtola aliblanca |
| Aves | Tyranidae | Tyranus dominicensis | pitirre |
| Aves | Mimidae | Mimos polyglotus | ruiseñor |
| Aves | Mimidae | Margarops fuscatus | zorzal pardo |
| Aves | Emberizidae | Coereba flaveola | reinita comun |
| Aves | Emberizidae | Tiaris bicolor | Gorrion negro |
| Aves | Emberizidae | Ammodramus savannarum | chamorro |
| Aves | Emberizidae | Tiaris olivacea | Gorrión Barba Amarilla |
| Aves | Icteridae | Quiscalus niger | chango |
| Aves | Estrilididadae | Estrilda melpoda | veterano |
| Aves | Estrilididadae | Lonchura cucullata | diablito |
| Aves | Ploceidae | Euplectes orix | obispo |

**INVERTEBRATES**

| Class | Family | Genus/species | Common name (Spanish) |
|---|---|---|---|
| Gastropoda | | Megalmastoma sp. | caracol |
| Gastropoda | Bulimulidae | Bulimulus sp. | caracol |
| Arachnida | Araneida | Argiope argentata | araña |
| Arachnida | Araneidae | Unknown species | araña |
| Insecta | Libellulidae | Orthemis ferruginea | libelulas |
| Insecta | Coenagrionidae | Unknown species | damselflies |
| Insecta | Chrysopidae | Unknown species | lacewing |
| Insecta | Unknown | Unknown species | caddisflies |
| Insecta | Acrididae | Schistocerca americana | saltamonte |
| Insecta | Acrididae | Rhammatocereus gregarius | saltamonte |
| Insecta | Gryllidae | Orochalis vaginalis | grillo |
| Insecta | Blattidae | Pycnoscelus sp. | cucaracha |
| Insecta | Buprestidae | Desconocido | escarabajo |
| Insecta | Scarabaeidae | Phyllophaga sp. | escarabajo |
| Insecta | Carabidae | Unknown species | escarabajo |
| Insecta | Carabidae | Unknown species | escarabajo |
| Insecta | Coccinelidae | Coccinella novemnotata | mariquita |
| Insecta | Scarabaeidae | Unknown species | escarabajo |
| Insecta | Scarabaeidae | Unknown species | escarabajo |
| Insecta | Chrysomelidae | Unknown species | escarabajo |
| Insecta | Pieriidae | Phoebis sp. | mariposa |
| Insecta | Danaidae | Danaus plexipus | monarca |
| Insecta | Nymphalidae | Heliconius charitonius | mariposa |
| Insecta | Nymphalidae | Colfitalaria sp. | mariposa |
| Insecta | Arctidae | Utetheisa bella | alevilla |
| Insecta | Culicidae | Aedes aegyptii | mosquito |
| Insecta | Formicidae | Solenopsis invicta | hormiga |
| Insecta | Anthophoridae | Xylocopa brasilianorum | cigarron |
| Insecta | Apidae | Apis melifera | abeja |

Endangered and threatened species in Puerto Rico are protected by two regulations:

> ➢ Regulations for the Conservation and Management of Threatened and Endangered Species in the Commonwealth of Puerto Rico (Department of Natural Resources, 1985, 2004), and;
> ➢ The Endangered and Threatened Wildlife and Plants Rule (50 CFR 17.11 and 17.12, August 20, 1994).

As part of the regulations  endangered species, threatened species, species similar to endanger and threatened species and their habitats are protected. The PRDNER Regulations for the Management of Threatened and Endangered Species in the Commonwealth of Puerto Rico (Department of Natural Resources, 1985, 2004) refers to these species by the collective name "Critical Biological Species" and catalogs them by status.

The following statuses are recognized:
- E; Species determined by the local authorities to be endangered.
- EF; Species determined by Federal authorities to be endangered.
- V; Species determined by local authorities to be threatened.
- VF; Species determined by Federal authorities to be threatened.
- NHDCE; Species adopted by the PRDNER Natural Heritage Division as a critical element because of its similarity to a threatened or endangered species.

The Natural Heritage Division inventories were reviewed for the occurrence of critical biological species in the study area. **No listed species were found within the studied area.**

## F. Hydrology

The study area hydrology is driven by the high table water level and the influence of tides and heavy rain events. Laguna Tortuguero is west of the property. Drainage channels are evident from the aerial imagery. At the landscape level, the dominant sandy soils in the property provide very good drainage. Lower elevations surrounding the property with muck soils and its poor drainage characteristics provide excellent conditions for hydric plants to establish and dominate the landscaped. Figure 6 provides the Wetland Inventory Map.

## G. Cultural Resources

No obvious elements associated to pre-Columbian or historic settlements were found. A general land use analysis shows evidence of human utilization. During the 40's and 60's the area was used as an armed forces training center. Nonetheless a specialized study should be conducted as needed to acquire more cultural resources information.

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,*
*HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

## IV. DELINEATION AND DESCRIPTION OF THE WETLANDS

This section of the report includes; (1) a jurisdictional delineation of the wetlands occurring in the parcel that comprises the study area, (2) a qualitative and quantitative description of the wetlands plant composition, soils and hydrology, and (3) an evaluation of the wetland functional values.

According to the U.S. Fish and Wildlife National Wetland Inventory (Figure 6), the study site is composed of small areas uplands and extensive wetlands.

The protocols described in the 1987 USA CoE Wetland Delineation Manual were followed in the jurisdictional delineation of these wetlands. The USA CoE (Federal Register 1982) and the U.S. Environmental Protection Agency (Federal Register 1980) jointly defined wetlands as *"those areas that are inundated by surface water or ground water at a frequency and duration to support, and under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions".*

According to the above definition, wetlands have the following diagnostic environmental characteristics: (1) hydrophitic vegetation, (2) hydric soils, and (3) hydrographic regime resulting in saturated or flooded conditions. The USA CoE considers an area a jurisdictional wetland only when a positive wetland indicator is present for each of the diagnostic environmental characteristics (USA CoE, 1987).

**Wetlands**

11

Case 3:98-cv-01664-FAB-BJM    Document 156-3    Filed 05/07/2007    Page 15 of 30

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,
HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

In general terms, wetlands are habitats between terrestrial and aquatic ecosystems where standing waters or saturated soil conditions occur at least periodically and where a prevalence of vegetation typically adapted for anoxic soil conditions occur. Wetlands are important ecosystems with a myriad of functional values such as habitat, erosion control, water quality, and flood control.

The classification system used in the wetland inventory can be defined as follows:

1. Marine

Consist of the open ocean areas overlying the continental shelf that are associated with a high-energy coastline. They are exposed to the waves and currents of the open ocean, and the Marine system extends from the outer edge of the continental shelf shoreward to one of two lines:

    a. The landward limit of tidal inundation

    b. The seaward limit of the Estuarine System

2. Estuarine

Consist of deep water tidal habitats and adjacent tidal wetlands that are usually semi-enclosed by land, but are connected to the ocean; in which ocean water is at least occasionally diluted by freshwater runoff from the land. This system extends upstream and landward to where ocean-derived salts measure less than 0.5 percent during the period of average annual low flow; to an imaginary line closing the mouth of river, bay or sound; and to the seaward limit of wetland emergent, shrub, and trees. The Estuarine system also includes offshore areas of continuously diluted seawater and lagoons.

Estuarine wetlands may be divided into subtidal and intertidal subsystems. In the subtidal subsystem the substrate is continuously submerged, whereas in the intertidal subsystem the substrate is exposed and floods only during high tides.

## 3. Riverine Wetlands

Includes all wetland and deep-water habitats contained within the river channel, with two exceptions:

    a. Wetlands dominated by trees, shrubs, persistent emergent, mosses, or lichens.

    b. Habitats with water containing ocean-derived salts in excess of 0.5 percent.

The Riverine system is bounded on the landward side by upland, channel bank, or wetlands dominated by trees, shrubs, persistent emergent, mosses, or lichens. Termination occurs at the downstream end where the concentrations of ocean-derived salts in the water exceed 0.5 percent during the period of annual average low flow, or where the channel enters a lake and at the upstream end where tributary steams originate, or where the channel leaves a lake. The Riverine is divided into four (4) subsystems:

    a. Tidal - the grading is low and water velocity fluctuates under tidal influence,

    b. Lower perennial- the grading is low and water velocity is low,

    c. Upper perennial - the grading is high and velocity of the water fast, and

    d. Intermittent - the channel contains non-tidal flowing water for only part of the year.

## 4. Lacustrine

This system includes wetlands or deep-water habitats with the following characteristics:

    a. Situated in topographic depression or a dammed river channel,

    b. Trees, shrubs, persistent, emergent, mosses or lichens with aerial coverage   greater than 30 percent, and

    c. Total area exceeds 0.08 km2 (0.03 square miles).

The Lacustrine system is divided into two subsystems: limnetic and littoral. The limnetic subsystem includes all deep-water habitats within the lacustrine system and in the littoral, all wetlands habitats in the lacustrine system. It extends from the shore boundary of the system to a depth of 2 m (6.6 feet.) below water or to the maximum extent of non persistent emergents, if these grow at depth greater than 2 m.

## 5. Palustrine

Includes all non-tidal wetlands dominated by trees, shrubs, persistent emergent, mosses or lichens and all such wetlands that occur in tidal areas were the salinity due to ocean-derived salts is below 0.5 percent. It also includes wetlands lacking the above mentioned vegetation, but with the characteristics: area less than 8 ha (20 acres), active wave-formed of bedrock shoreline feature lacking water depth in the deepest part of the basin less than 2 m (6.6 feet) at low water, and salinity due to ocean-derived salts measuring less than 0.5%. This system is bounded by upland or by any of the other four systems. The Palustrine system was developed to group the vegetated wetlands; traditionally known as swamp, marsh, bog, prairie and/or ponds and it is a system that lacks subsystems.

## V. METHODS

The information available was congruent and permit us characterize the site vegetation, soils and hydrology. Therefore, a "Routine Approach-On Site Inspection", was used for this jurisdictional delineation. Note that both the wetland definitions, as well as the indicators used, have the underlying assumptions of <u>normal conditions</u>.

A systematic sampling approach was developed along the studied area.  See figure 8 Sampling Design. A total of three transects with point counts were established. Transect 1 is 100 meters long with 2 points counts; Transect 2 is 200 meters long with 3 point counts and Transect 3 is 250 meters with 3 point counts.

Soils and hydrologic data were collected from an 18" deep by 6" wide soil-bore hole at each sampling site. Refer to Appendix B: Photos, that shows soil sample collection and analyse. Vegetation was observed and identified around the point sampling site in a 5 meters diameter. Please refer to Figure 8: Sampling Design for the Study Site. It shows points (point counts) over aerial image. Refer to Table 4 that summarizes GPS points coordinate, given in degrees minutes and seconds (hddd° mm'ss.s") on NAD 83 Harn Datum.

Table 4: GPS Coordinates

| Sampling Site | Waypoint | lat | long | y proj | x proj |
|---|---|---|---|---|---|
| T1A | 1628 | 18.4661 | -66.411 | 2043716 | 773420 |
| T1B | 1629 | 18.4662 | -66.411 | 2043718 | 773413 |
| T2A | 1630 | 18.466 | -66.412 | 2043702 | 773355 |
| T2B | 1631 | 18.4665 | -66.412 | 2043751 | 773339 |
| T2C | 1632 | 18.4653 | -66.411 | 2043619 | 773392 |
| T3A | 1633 | 18.4658 | -66.412 | 2043682 | 773285 |
| T3B | 1634 | 18.4662 | -66.413 | 2043717 | 773213 |
| T3C | 1635 | 18.4658 | -66.413 | 2043675 | 773229 |

This inventory was complemented with computerized (ERDAS Imagine) analysis of high-resolution aerial photographs. Wetlands were identified on the photographs based on vegetation, visible hydrology, and geography according to the classification system developed by Cowarding, et al (1979). Remote sensing techniques were applied to categorize color bands and depict wet areas by means of infrared bands. The aerial photographs typically reflect conditions during the specific year and season when they were taken. In addition, there is a margin of error inherent in the use of aerial photographs. Thus, a detailed field survey using submetric GPS ( Leica GS20) , real time and WAAS enabled to located specific boundaries with a precision degree of less than 10cm per waypoint.

A sub metrical GPS Leica GS20 using DGPS and post processed data was used to take geo referenced points associated to sampling points, upland and wetland boundaries. All data collection and GIS/RS database was projected on the Lambert Conformal Conic with the NAD 83 datum.

All geographical data and figures were developed and processed using ArcGIS 9.1 with extensions from ESRI and the imagery was analyzed using ERDAS Imagine 8.7 for RS. A total of 8-point counts were sampled and geo-referenced to existing datasets. Also a series of points were collected with the GPS Leica GS20 to define property lines and wetland boundaries.  Please refer to Figure 9: Jurisdictional Delineation Boundaries.

This GIS/ Remote sensing involved compiling existing data, creating new digital data, and geoprocessing digital data including among others;
> 1) NWI polygon data,
> 2) Digital line graph (DLG) hydrology coverage for study area quad
> 3) Digital raster graphics (DRGs) and digital ortho quad (DOQ) for study quads

Case 3:98-cv-01664-FAB-BJM    Document 156-3    Filed 05/07/2007    Page 20 of 30

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,
HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

4) Aerial and Satellite RS imagery

The NWI polygon data served as the prime source of wetland habitat data, while the DLG hydrology layer was the major source of stream data. DRGs were used as collateral data to evaluate wetlands that were not readily identified as isolated or non-isolated. The analysis was a series of a GIS operations complemented with real data.

**A. Vegetation:** As used in the definition, a prevalence of vegetation refers to the dominant vegetation plant community or communities in an area at some point in time. For the area to be considered a wetland, the prevalent vegetation must consist of macrophytes that are typically adapted for life in flooded or saturated soils. Operationally, it is determined that a positive wetland vegetation indicator is present when more than 50 percent of the dominant plant species are:

1. Obligated Wetland Plants (OBL) - Plants that occur almost always (probability > 99°) in wetlands under natural conditions, but which may occur rarely (probability < 1%) in non-wetlands.

2. Facultative Wetland Plants (FACW) - Plants that occur usually (Probability 67% to 99%) in wetlands, but also occur (probability 15 to 33%) in non-wetlands; 3. Facultative Plants (FAC) - Plants with a similar likelihood (probability 33% to 67%) of occurring in both wetlands and non-wetlands.

**B. Soils:** According to the 1987 USA CoE Wetland Delineation Manual, only hydric soils that support hydrophitic vegetation may be classified as wetland soils. A hydric soil is saturated or flooded for a long enough period during the growing season to develop anaerobic conditions (U.S. Department of Agriculture, Soil Conservation Service, 1985, and Technical Committee for Hydric Soils, 1986).

The following criteria for sandy soils were used during this jurisdictional

delineation:

1. Occurrence of organic soil - Qualitative estimates of organic matter content was used as indicators of sandy hydric soils by observing whether the following conditions were present:

a. High organic matter content in the surface horizon.

b. Streaking of subsurface horizons by organic matter.

c. Organic pans.

2. Soil color - Grayed or low matrix chrome «1). It was determined that a positive wetland soil indicator was present when: (a) more than 50 percent (by volume) of the upper 32 inches of soil is composed of organic soil material; or (b) organic soil material of any thickness rests on bedrock. Organic soils are saturated for long periods and are commonly called peat or mucks. Note that during the determination the soil color criteria were used as an indicator for non-sandy soils only. Our field survey shows that most of the land is composed of Rio Lajas sands. (Figure 5: Soils Map).

**C. Hydrology:** The 1987 USA CoE Wetland Delineation Manual defines wetland hydrology as all hydrologic characteristics of areas that are periodically inundated or have soils saturated to the surface at some time during the growing season.

The following hydrologic criteria were used during this jurisdictional delineation.

1. Visual observation of inundation - Standing waters occurring at the site.

2. Visual observation of soil saturation - Water level in a soil pit is less than 18 inches from land surface.

3. Tide elevation - Site is within the intertidal zone.

4. Physiological adaptations-Occurrence of gas-exchange structures in woody vegetation. The studied area is practically divided in half upland and half wetland due to hydro modifications conducted in the recent past. Including among others drainage channels for the urban developments,

sand extraction and open pits.

Water is the principal feature of a wetland. The occurrence, quantity and movement of water (the hydrologic regime) are fundamental to the functional values that a particular wetland possesses. Furthermore, the hydrologic regime controls the wetland diversity found in a given area. The hydrologic regime is the most important factor controlling the wetlands' plant composition, succession and zonation.

The hydrologic regime may be defined in terms of:

    1. Water sources - the source(s) of water that subsidize a wetland,

    2. Hydroperiod - duration, depth and frequency, with which floodwaters occurred,

    3. Water flow - movement of water within the wetland, in terms of velocity and direction.

Direct rainfall, overland runoff, stream flow and ground water are sources to wetlands. The other two components of the hydrologic regime, hydroperiod and water flow are intimately related to the water sources. The differences between water inputs and outputs result in water storage or deficit. Water storage within a wetland will determine whether standing waters will occur at any particular time. The hydroperiod is expressed in terms of duration, frequency, and depth at which the flooded water occurs within a wetland.

_WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,_
_HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO._

## VI. RESULTS

After groundtruthing and field sampling, we found jurisdictional wetlands within the studied area.

According to the National Wetlands Inventory, we may find in the study area the following associations; See Figure 6 Wetlands Inventory Map

>PEM1A: Palustrine Emergent, Persistent, Temporarily flooded
>PEM1H: Palustrine Emergent, Persistent, Permanently flooded
>PFO3C: Palustrine Forested, Broadleaved Evergreen, Seasonally Flooded
>U : uplands

The vegetation along the studied area is diverse in composition and structure. Plant species are associated to various formations including coastal thickets, herbaceous wetlands and secondary forest formations. Secondary species associated to mature forest exists in small fragments like _Clusia, Chrysobalanus, Calophyllum, Hymenae, Tababebuia_ and _Ficus citrifolia_. A large herbaceous wetland composed mainly of _Cladium, Blechnum, Typha_ and Cyperus. Coastal forest contains _Myrica, Andira, Miconia_ and Ouratea.

Soils along the property include Corozo fine sands, Algarrobo fine sands and Tiburones Muck. Corozo fine sands and Algarrobo fine sands are considered non-hydric soil (Soil Conservation Service, 1993).

The studied area does not contain any natural hydrographical features as river or creeks. Laguna Tortuguero is the nearest water body around. High tables water are evident and influenced to tidal regimes.

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,*
*HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

The vegetation, soil and hydrologic data were used to delineate the area that met the wetland jurisdictional criteria. Figure 9 Jurisdictional Delineation of existing wetlands shows the results of the jurisdictional determination. Table 5 summarizes the field results of the wetland jurisdictional determination based on the three indicators used (vegetation, soils, and hydrology).

**Table 5 - Summary of the field survey for wetland indicators**

| Sampling | Vegetation | Soil | Hydrology | Wetland |
| --- | --- | --- | --- | --- |
| T1A | Positive | Negative | Positive | Positive |
| T1B | Negative | Negative | Negative | Negative |
| T2A | Negative | Negative | Negative | Negative |
| T2B | Positive | Negative | Positive | Positive |
| T2C | Positive | Positive | Positive | Positive |
| T3A | Positive | Negative | Positive | Positive |
| T3B | Negative | Negative | Negative | Negative |
| T3C | Positive | Positive | Positive | Positive |

The remote sensing and GIS effort included the categorization of aerial imagery. Images were analyzed for color in the infrared spectrum to check for wet sites. Please refer to Figures 10 and Figure 11 Infrared Image, Categorization.

## VII. WETLANDS' FUNCTIONAL VALUES

Wetlands' functional values were evaluated following Wetland Evaluation Technique (WET) method developed by Federal Highway Administration. The main area of evaluation is the drainage channel.

WET evaluates 11 different functions and values and assigned a qualitative probability rating of HIGH, MODERATE, or LOW to the functions in terms of: social significance, effectiveness, and opportunity.

> <u>Social significance</u> refers to the importance society may attach to the wetland due to recognition-of its natural features, potential economic value, or strategic location.

> <u>Effectiveness</u> refers to the capability of a wetland to perform a function due to its physical, chemical, and biological attributes.

> <u>Opportunity</u> refers to the chance a wetland has to perform a function.

The wetland functions and values to be evaluated are groundwater recharge, groundwater discharge, flood-flow alteration, sediment stabilization, sediment toxicant retention, nutrient removal transformation, production export, wildlife diversity/abundance, aquatic diversity/abundance, uniqueness heritage, and recreation.

Table 6 shows the results of the functional values evaluation conducted for wetlands in the study area.

22

**_WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,_**
**_HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO._**

### Table 6: Functional value evaluation for wetlands in the study area

| FUNCTIONAL VALUE | SOCIAL SIGNIFICANCE | EFFECTIVENESS | OPPORTUNITY |
|---|---|---|---|
| Groundwater Recharge | High | High | High |
| Groundwater Discharge | High | High | High |
| Flood flow Alteration | Moderate | Moderate | Moderate |
| Sediment Stabilization | Moderate | Moderate | Moderate |
| Sediment Toxicant Retention | Moderate | Moderate | Moderate |
| Nutrient Removal Transformation | Moderate | Moderate | Moderate |
| Production Export | Moderate | Moderate | Moderate |
| Wildlife Diversity/Abundance | High | High | High |
| Aquatic Diversity/Abundance | High | High | High |
| Uniqueness Heritage | Moderate | Moderate | Moderate |
| Recreation | Low | Low | Low |

*WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,*
*HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.*

## VIII. CONCLUSION

A wetland jurisdictional delineation was conducted at a parcel of land comprised of approximately 32 acres adjacent to state highway PR 687 at Guarico Ward in Vega Baja, Puerto Rico. The wetland delineation was conducted following the guidelines of the 1987 US Army Corps of Engineers Wetland Delineation Manual. A "Routine Approach, On site Inspection" was used for this jurisdictional delineation. Accordingly, characterizing the vegetation, soils and hydrology of the study area developed this wetland jurisdictional delineation.

The soils in the wetland area were found to be Corozo fine sand and Algarrobo fine sand, which are classified by the US Soil Conservation Service as non hydric soils.

A photo-chronograph was assembled to evaluate land uses changes, particularly table water changes reflected in vegetation coverage. A series of photos from 1984, 1998, 2002 and 2004 were evaluated. Increasing water table levels potentially exerts changes in coverage.

## IX. REFERENCES

❖ Adamus, P. R, E. J. Clairain Jr., RD. Smith, and R E. Young, 1987, Wetlands Evaluation Technique (WET); Volume II: Methodology, Operational Draft Technical Report, U.S. Army Corps of Engineers Waterways Experiment Station, Vicksburg, MS.

❖ B.G. Gopal, RE. Turner, RG. Wetzel, and D.F. Whigham (eds.), Wetlands: ecology and management. Proceedings of the first international wetlands conference. National Institute of Ecology of Jaipur, and International Scientific Publications. Jaipur, India.

❖ Cowardin, LM., V. Carter, F.C. Golet, and E.T. La Roe, 1979, Classification of Wetlands and Deepwater Habitats of the United States, FWS/OBS-79-31 , U.S. Fish and Wildlife Service, Washington, D.C., 103 p.

❖ Department of Natural Resources, 1985, Regulations to Govern the Management of Threatened and        - Endanger Species in the Commonwealth of Puerto Rico.

❖ Hitchcock, A. S., 1950, Manual of the Grasses of the United States, U.S. Department of Agriculture       Miscellaneous Publication No. 200, U.S. Government Printing Office, Washington, D.C.

❖ Liogier, H. A., 1995, Descriptive Flora of Puerto Rico and Adjacent Island, *Spermatophyta* Volume IV Melastomataceae to Lentibulariaceae, Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico, 617 p.

❖ Liogier, H. A. 1994, Descriptive Flora of Puerto Rico and Adjacent Island, *Spermatophyta* Volume III Cyrillaceae to Myrtaceae, Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico, 461 p.

❖ Liogier, H. A. 1985. Descriptive Flora of Puerto Rico and Adjacent Islands, *Spermatophyta* Volume I Casuarinaceae to Connaraceae, Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico, 352 p.

❖ Liogier, H. A., 1985, Descriptive Flora of Puerto Rico and Adjacent Island, Volume 2 Leguminosae to       Anacardiaceae, Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico, 481 p.

❖ Liogier, H. A., 2000, Descriptive Flora of Puerto Rico and Adjacent Island, Volume 5. Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico,

❖ Little, E.L. Jr, Wadsworth, F.H., Marrero, J., 1977, Arboles Comunes de Puerto Rico y Las Islas Vtrgenes,    Editorial de la Universidad de Puerto Rico, Rio Piedras, Puerto Rico, 731 p.

❖ Odum, H.T., B.J. Copeland, and E.A. McMahan, 1974, Coastal ecological Systems of the United States, The Conservation Foundation, 1717 Massachusetts Avenue, Washington, D.C.

❖ Pico, R, 1950. The geographic regions of Puerto Rico, University of Puerto Rico Press, Rio Piedras    Puerto Rico, 256p, illustrations.

❖ Reed, P.B., Jr., 1988, National List of Plant Species that Occur in Wetlands: Caribbean (Region C).

❖ U.S. Army Corps of Engineers, 1987, Corps of Engineers Wetland Delineation Manual. Department of the    Army US Army Corps of Engineers, Washington D.C.

❖ U.S. Fish and Wildlife Service, 1988, National List of Plant Species that occur in Wetlands: Caribbean (Region C). U.S. Department of the Interior, Fish and Wildlife Service Biological Report 88 (26.12).

❖ U.S. Soil Conservation Service, 1992, Hydric Soils. Of the Caribbean Area. U.S. Soil Conservation    - Service/Washington D.C.

❖ U.S. Soil Conservation Service, 1987, Hydric Soils of the United States: U.S. Department of Agriculture, Soil Conservation Service in Cooperation the National Technical Committee for Hydric Soils.

❖ lack, A, and A. Roman-Mas, 1988. Hydrology of the Caribbean Island Wetlands. Pages 65-73 in Acta Cientifica. Vol. 2 Nums. 2-3. U.S. Geological Survey, Caribbean District, San Juan, Puerto Rico.

❖ Anderson, D.R. et al. "Guidelines for Line Transect Sampling of Biological Populations".

26

**WETLAND JURISDICTIONAL DETERMINATION FEDERAL AVIATION ADMINISTRATION,
HOMER (HHW) FACILITY, GUARICO WARD, VEGA BAJA, PUERTO RICO.**

Journal of Wildlife Management. Vol.43. No.1. 1979.

❖ Manati Quadrangle. FWS Wetland Inventory Map. 1985.

❖ Manati Quadrangle. Geologic Map, Puerto Rico. USGS 1994 Revised Digital Version

❖ Manati Quadrangle. Topographic Map. USGS N 18066-D2-TM-020. Photo Revised 1982.

❖ Bonham, Charles D., Measurements for Terrestrial Vegetation. Wiley. Interscience Publication. 1989.

❖ Departamento de Recursos Naturales. Oficina de Patrimonio Natural. Listado de Elementos Críticos. Plantas. 1995.

❖ Little, E.L. and F.H. Wadsworth. Common Trees of Puerto Rico and the Virgin Islands. USDA Publication. Forest Service Handbooks #249 and #449.

❖ Otis, D.L., L.L. McDonald. "Parameter Estimation in Encounter Sampling Survey". Journal of Wildlife Management. Vol. 57. No. 3. 1993.

❖ Soil Conservation Service, USDA. Soil Survey of Arecibo Area. 1978.

❖ US Fish and Wildlife Service. Endangered and Threatened Wildlife and Plants. 50 CFR 17.11 and 17.12. October 31, 1997.