# DATA FORMS

**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetland Delineation Manual)



EXHIBIT

"B"

PART 2

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: | 06/23/2006 |
|---|---|---|---|
| Applicant/Owner: | Federal Aviation Administration | County: | Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: | PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: | Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: | I |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: | a |
| (If needed, explain on reverse.) | | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Blechnum serrulatum | H | Obl | 9. | | |
| 2. Cladium jamaicensis | H | Obl | 10. | | |
| 3. Myrica cerifera | T | FACW | 11. | | |
| 4. | | | 12. | | |
| 5. | | | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-). 100%

Remarks:

**HYDROLOGY**

☐ Recorded Data (Describe in Remarks):
  ☐ Stream, Lake, or Tide Gauge
  ☐ Aerial Photographs
  ☐ Other
☐ No Recorded Data Available

Field Observations:

Depth of Surface Water: _____14_____ (in.)

Depth to Free Water in Pit: _____12_____ (in.)

Depth to Saturated Soil: _____10_____ (in.)

Wetland Hydrology Indicators:
Primary Indicators:
  ☐ Inundated
  ☒ Saturated in Upper 12 Inches
  ☐ Water Marks
  ☐ Drift Lines
  ☐ Sediment Deposits
  ☐ Drainage Patterns in Wetlands
Secondary Indicators (2 or more required):
  ☐ Oxidized Root Channels in Upper 12 Inches
  ☐ Water-Stained Leaves
  ☒ Local Soil Survey Data
  ☐ FAC-Neutral Test
  ☐ Other (Explain in Remarks)

Remarks:

## SOILS

| Map Unit Name (Series and Phase): | Algarrobo fine sand | Drainage Class: | Very good (>20in/hr) |
|---|---|---|---|
| Taxonomy (Subgroup): | Isohyperthermic Entic Haplohumods | Field Observations Confirm Mapped Type? | ☒Yes  ☐ No |

Profile Descriptions:

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-8 | A1 | 10YR 2/1 | | | Fine sand/muck |
| 8-18 | A2 | 10YR7/4 | | | Fine Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hydric Soil Indicators:

| | | | |
|---|---|---|---|
| ☐ | Histosol | ☐ | Concretions |
| ☐ | Histic Epipedon | ☒ | High Organic Content in Surface Layer in Sandy Soils |
| ☐ | Sulfidic Odor | ☐ | Organic Streaking in Sandy Soils |
| ☒ | Aquic Moisture Regime | ☐ | Listed on Local Hydric Soils List |
| ☒ | Reducing Conditions | ☐ | Listed on National Hydric Soils List |
| ☐ | Gleyed or Low-Chroma Colors | ☐ | Other (Explain in Remarks) |

Remarks:

## WETLAND DETERMINATION

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | ☒Yes ☐No  (Check) | (Check) |
| Wetland Hydrology Present? | ☒Yes ☐No | |
| Hydric Soils Present? | ☒Yes ☐No | Is this Sampling Point Within a Wetland?  ☒Yes ☐No |

Remarks

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | | |
|---|---|---|
| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: 06/23/2006 |
| Applicant/Owner: | Federal Aviation Administration | County: Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: I |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: b |
| (If needed, explain on reverse.) | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Chrysobalanus icaco | S | FAC | 9. | | |
| 2. Randia aculeata | S | FAC | 10. | | |
| 3. Ourtaea litoralis | S | NI | 11. | | |
| 4. Schefflera morototonii | T | FAC | 12. | | |
| 5. Capparis flexuosa | T | UPL | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).   %

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks): | Wetland Hydrology Indicators: |
|   ☐ Stream, Lake, or Tide Gauge | Primary Indicators: |
|   ☐ Aerial Photographs |   ☐ Inundated |
|   ☐ Other |   ☐ Saturated in Upper 12 Inches |
| ☐ No Recorded Data Available |   ☐ Water Marks |
| |   ☐ Drift Lines |
| |   ☐ Sediment Deposits |
| Field Observations: |   ☐ Drainage Patterns in Wetlands |
| | Secondary Indicators (2 or more required): |
| Depth of Surface Water: NA (in.) |   ☐ Oxidized Root Channels in Upper 12 Inches |
| |   ☐ Water-Stained Leaves |
| Depth to Free Water in Pit: NA (in.) |   ☒ Local Soil Survey Data |
| |   ☐ FAC-Neutral Test |
| Depth to Saturated Soil: NA (in.) |   ☐ Other (Explain in Remarks) |

Remarks:

## SOILS

| Map Unit Name (Series and Phase): | Algarrobo fine sand | Drainage Class: Field Observations | Good (6--20in/hr) |
|---|---|---|---|
| Taxonomy (Subgroup): | Isohyperthermic Entic Haplohumods | Confirm Mapped Type? | ☒Yes  ☐ No |

**Profile Descriptions:**

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-2 | A1 | 10YR 2/2 | | | Fine sand |
| 2-18 | A2 | 10YR 3/2 | | | Fine Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Hydric Soil Indicators:**

☐ Histosol
☐ Histic Epipedon
☐ Sulfidic Odor
☐ Aquic Moisture Regime
☐ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☐ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

## WETLAND DETERMINATION

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | ☐Yes ☒No (Check) | (Check) |
| Wetland Hydrology Present? | ☐Yes ☒No | |
| Hydric Soils Present? | ☐Yes ☒No | Is this Sampling Point Within a Wetland?   ☐Yes ☒No |

Remarks

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | | |
|---|---|---|
| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: 06/23/2006 |
| Applicant/Owner: | Federal Aviation Administration | County: Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: II |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: a |
| (If needed, explain on reverse.) | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Andira inermis | T | FACW | 9. | | |
| 2. Chrysobalanus icaco | S | FAC | 10. | | |
| 3. Clusia rosea | T | FAC | 11. | | |
| 4. Clitoria laurifolia | H | FACW | 12. | | |
| 5. Cyperus ligularis | H | FAC | 13. | | |
| 6. Ipomea violacea | H | FAC | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).  %

Remarks:

**HYDROLOGY**

Recorded Data (Describe in Remarks):
☐ Stream, Lake, or Tide Gauge
☐ Aerial Photographs
☐ Other
☐ No Recorded Data Available

Field Observations:

Depth of Surface Water: ___NA___ (in.)

Depth to Free Water in Pit: ___NA___ (in.)

Depth to Saturated Soil: ___NA___ (in.)

Wetland Hydrology Indicators:
Primary Indicators:
☐ Inundated
☐ Saturated in Upper 12 Inches
☐ Water Marks
☐ Drift Lines
☐ Sediment Deposits
☐ Drainage Patterns in Wetlands
Secondary Indicators (2 or more required):
☐ Oxidized Root Channels in Upper 12 Inches
☐ Water-Stained Leaves
☒ Local Soil Survey Data
☐ FAC-Neutral Test
☐ Other (Explain in Remarks)

Remarks:

## SOILS

| | |
|---|---|
| Map Unit Name (Series and Phase): | Algarrobo fine sand |
| | |
| Taxonomy (Subgroup): | Isohyperthermic Entic Haplohumods |

Drainage Class: Good (6–20in/hr)

Field Observations
Confirm Mapped Type? ☒Yes ☐ No

Profile Descriptions:

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-3 | A1 | 10YR 8/1 | | | Fine White sand |
| 3-18 | A2 | 10YR 3/2 | | | Fine White Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hydric Soil Indicators:

☐ Histosol
☐ Histic Epipedon
☐ Sulfidic Odor
☐ Aquic Moisture Regime
☐ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☐ High Organic Content in Surface Layer in Sandy Soils
☐ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

## WETLAND DETERMINATION

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | ☐Yes ☒No (Check) | (Check) |
| Wetland Hydrology Present? | ☐Yes ☒No | |
| Hydric Soils Present? | ☐Yes ☒No | Is this Sampling Point Within a Wetland? ☐Yes ☒No |

Remarks

Approved by HQUSACE 3/92

Forms version 1/02

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | | | |
|---|---|---|---|
| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: | 06/23/2006 |
| Applicant/Owner: | Federal Aviation Administration | County: | Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: | PR |

| | | | |
|---|---|---|---|
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: | Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: | II |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: | b |
| (If needed, explain on reverse.) | | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Blechnum serrulatum | H | OBL | 9. | | |
| 2. Miconia racemosa | S | FACW | 10. | | |
| 3. Cladium jamaicensis | H | OBL | 11. | | |
| 4. Paspalum millegrana | H | FACW | 12. | | |
| 5. Nepsera aquatica | H | FACW | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).  100%

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks): | **Wetland Hydrology Indicators:** |
| ☐ Stream, Lake, or Tide Gauge | **Primary Indicators:** |
| ☐ Aerial Photographs | ☐ Inundated |
| ☐ Other | ☒ Saturated in Upper 12 Inches |
| ☐ No Recorded Data Available | ☐ Water Marks |
| | ☐ Drift Lines |
| | ☐ Sediment Deposits |
| **Field Observations:** | ☐ Drainage Patterns in Wetlands |
| | **Secondary Indicators (2 or more required):** |
| Depth of Surface Water: ___14___ (in.) | ☐ Oxidized Root Channels in Upper 12 Inches |
| | ☐ Water-Stained Leaves |
| Depth to Free Water in Pit: ___12___ (in.) | ☒ Local Soil Survey Data |
| | ☐ FAC-Neutral Test |
| Depth to Saturated Soil: ___10___ (in.) | ☐ Other (Explain in Remarks) |

Remarks:

## SOILS

| Map Unit Name (Series and Phase): | Algarrobo fine sand | Drainage Class: | Good (6–20in/hr) |
|---|---|---|---|
| | | Field Observations | High water table |
| Taxonomy (Subgroup): | Isohyperthermic Entic Haplohumods | Confirm Mapped Type? | ☒Yes ☐ No |

Profile Descriptions:

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-12 | A1 | 10YR 4/1 | | | Fine Sand |
| 12-18 | A2 | 10YR 6/2 | | | Fine Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hydric Soil Indicators:

☐ Histosol
☐ Histic Epipedon
☒ Sulfidic Odor
☒ Aquic Moisture Regime
☒ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☐ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

## WETLAND DETERMINATION

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | ☒Yes ☐No (Check) | | (Check) |
| Wetland Hydrology Present? | ☒Yes ☐No | | |
| Hydric Soils Present? | ☐Yes ☒No | Is this Sampling Point Within a Wetland? | ☒Yes ☐No |

Remarks

Approved by HQUSACE 3/92

Forms version 1/02

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | | |
|---|---|---|
| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: 06/23/2006 |
| Applicant/Owner: | Federal Aviation Administration | County: Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: II |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: c |
| (If needed, explain on reverse.) | | |

**VEGETATION**

| | Dominant Plant Species | Stratum | Indicator | | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|---|---|
| 1. | Blechnum serrulatum | H | OBL | 9. | | | |
| 2. | Myrica cerifera | T | FACW | 10. | | | |
| 3. | Cladium jamaicensis | H | OBL | 11. | | | |
| 4. | Paspalum millegrana | H | FACW | 12. | | | |
| 5. | Fimbrystilis dichotoma | H | FACW | 13. | | | |
| 6. | | | | 14. | | | |
| 7. | | | | 15. | | | |
| 8. | | | | 16. | | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).  100%

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks): | Wetland Hydrology Indicators: |
| ☐ Stream, Lake, or Tide Gauge | Primary Indicators: |
| ☐ Aerial Photographs | ☐ Inundated |
| ☐ Other | ☒ Saturated in Upper 12 Inches |
| ☐ No Recorded Data Available | ☐ Water Marks |
| | ☐ Drift Lines |
| | ☐ Sediment Deposits |
| | ☐ Drainage Patterns in Wetlands |
| Field Observations: | Secondary Indicators (2 or more required): |
| | ☒ Oxidized Root Channels in Upper 12 Inches |
| Depth of Surface Water: ___16___ (in.) | ☒ Water-Stained Leaves |
| | ☒ Local Soil Survey Data |
| Depth to Free Water in Pit: ___14___ (in.) | ☐ FAC-Neutral Test |
| | ☐ Other (Explain in Remarks) |
| Depth to Saturated Soil: ___12___ (in.) | |

Remarks:

# SOILS

| Map Unit Name (Series and Phase): | Corozo fine sand   & Tiburones Muck intrusions | Drainage Class: | Good (6--20in/hr) |
|---|---|---|---|
| | | Field Observations | High water table |
| Taxonomy (Subgroup): | Isohyperthermic OrthoxicTropdults | Confirm Mapped Type? | ☒Yes   ☐ No |

**Profile Descriptions:**

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-10 | A1 | 10YR 3/1 | | | Fine  Sand/Muck |
| 10-16 | A2 | 10YR 7-6/2 | | | Fine  Sand |
| 16-20 | A3 | 10YR 3/1 | | | Sandy mucky |
| | | | | | |
| | | | | | |
| | | | | | |

**Hydric Soil Indicators:**

☐ Histosol
☐ Histic Epipedon
☒ Sulfidic Odor
☒ Aquic Moisture Regime
☒ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☒ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

# WETLAND DETERMINATION

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | ☒Yes ☐No  (Check) | (Check) |
| Wetland Hydrology Present? | ☒Yes ☐No | |
| Hydric Soils Present? | ☐Yes ☒No | Is this Sampling Point Within a Wetland?   ☒Yes ☐No |

Remarks

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | | |
|---|---|---|
| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: 06/23/2006 |
| Applicant/Owner: | Federal Aviation Administration | County: Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: III |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: a |
| (If needed, explain on reverse.) | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Blechnum serrulatum | H | OBL | 9. | | |
| 2. Paspalum millegrana | H | FACW | 10. | | |
| 3. Cladium jamaicensis | H | OBL | 11. | | |
| 4. | | | 12. | | |
| 5. | | | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).  100%

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks):<br>☐ Stream, Lake, or Tide Gauge<br>☐ Aerial Photographs<br>☐ Other<br>☐ No Recorded Data Available | Wetland Hydrology Indicators:<br>Primary Indicators:<br>☐ Inundated<br>☒ Saturated in Upper 12 Inches<br>☐ Water Marks<br>☐ Drift Lines<br>☐ Sediment Deposits<br>☐ Drainage Patterns in Wetlands<br>Secondary Indicators (2 or more required):<br>☒ Oxidized Root Channels in Upper 12 Inches<br>☐ Water-Stained Leaves<br>☒ Local Soil Survey Data<br>☐ FAC-Neutral Test<br>☐ Other (Explain in Remarks) |
| Field Observations:<br><br>Depth of Surface Water:     18     (in.)<br><br>Depth to Free Water in Pit:    16     (in.)<br><br>Depth to Saturated Soil:    12     (in.) | |

Remarks:

**SOILS**

| | |
|---|---|
| Map Unit Name (Series and Phase): | Corozo fine sand □& Tiburones Muck intrusions |
| Taxonomy (Subgroup): | Isohyperthermic OrthoxicTropdults |

Drainage Class: Good (6—20in/hr)
Field Observations High water table
Confirm Mapped Type?   ☒Yes   ☐ No

**Profile Descriptions:**

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-12 | A1 | 10YR 3/2 | | | Fine Sand |
| 12-18 | A2 | 10YR 5/1 | | Few Small | Fine Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Hydric Soil Indicators:**

☐ Histosol
☐ Histic Epipedon
☒ Sulfidic Odor
☒ Aquic Moisture Regime
☒ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☒ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

**WETLAND DETERMINATION**

| | |
|---|---|
| Hydrophytic Vegetation Present?   ☒Yes  ☐No   (Check) | (Check) |
| Wetland Hydrology Present?   ☒Yes  ☐No | |
| Hydric Soils Present?   ☒Yes  ☐No | Is this Sampling Point Within a Wetland?   ☒Yes  ☐No |

Remarks

Approved by HQUSACE 3/92
Forms version 1/02

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| Project/Site: | Homer (HHW) Facility, Guarico Ward | Date: | 06/23/2006 |
|---|---|---|---|
| Applicant/Owner: | Federal Aviation Administration | County: | Vega Baja |
| Investigator: | Rivera Lugo.P.J. | State: | PR |
| Do Normal Circumstances exist on the site? | ☒Yes ☐No | Community ID: | Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? | ☐Yes ☒No | Transect ID: | III |
| Is the area a potential Problem Area? | ☐Yes ☒No | Plot ID: | b |
| (If needed, explain on reverse.) | | | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|---|
| 1. Chrysobalanus icaco | S | FAC | 9. | | | |
| 2. Randia aculeta | S | FAC | 10. | | | |
| 3. Conyza canadensis | S | FACU | 11. | | | |
| 4. Urenna lobata | S | FAC | 12. | | | |
| 5. Citharexylum fruticosum | T | NI | 13. | | | |
| 6. | | | 14. | | | |
| 7. | | | 15. | | | |
| 8. | | | 16. | | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).   %

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks): | **Wetland Hydrology Indicators:** |
| ☐ Stream, Lake, or Tide Gauge | **Primary Indicators:** |
| ☐ Aerial Photographs | ☐ Inundated |
| ☐ Other | ☐ Saturated in Upper 12 Inches |
| ☐ No Recorded Data Available | ☐ Water Marks |
| | ☐ Drift Lines |
| | ☐ Sediment Deposits |
| | ☐ Drainage Patterns in Wetlands |
| **Field Observations:** | **Secondary Indicators (2 or more required):** |
| | ☐ Oxidized Root Channels in Upper 12 Inches |
| Depth of Surface Water: ___NA___ (in.) | ☐ Water-Stained Leaves |
| | ☐ Local Soil Survey Data |
| Depth to Free Water in Pit: ___NA___ (in.) | ☐ FAC-Neutral Test |
| | ☐ Other (Explain in Remarks) |
| Depth to Saturated Soil: ___NA___ (in.) | |

Remarks:

## SOILS

| Map Unit Name (Series and Phase): | Algarrobo fine sand | Drainage Class: Field Observations | Good (6–20in/hr) |
|---|---|---|---|
| Taxonomy (Subgroup): | Isohyperthermic Entic Haplohumods | Confirm Mapped Type? | ☒Yes  ☐ No |

Profile Descriptions:

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-12 | A1 | 10YR 3/1 | | | Fine sand |
| 12-18 | A2 | 10YR 3/2 | | | Fine Sand/Clayish |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hydric Soil Indicators:

☐ Histosol
☐ Histic Epipedon
☐ Sulfidic Odor
☐ Aquic Moisture Regime
☐ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☒ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

## WETLAND DETERMINATION

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | ☐Yes ☒No (Check) | (Check) |
| Wetland Hydrology Present? | ☐Yes ☒No | |
| Hydric Soils Present? | ☐Yes ☒No | Is this Sampling Point Within a Wetland? ☐Yes ☒No |

Remarks

**DATA FORM**
**ROUTINE WETLAND DETERMINATION**
(1987 COE Wetlands Delineation Manual)

| | |
|---|---|
| Project/Site: Homer (HHW) Facility, Guarico Ward | Date: 06/23/2006 |
| Applicant/Owner: Federal Aviation Administration | County: Vega Baja |
| Investigator: Rivera Lugo.P.J. | State: PR |
| Do Normal Circumstances exist on the site? ☒Yes ☐No | Community ID: Herbaceous |
| Is the site significantly disturbed (Atypical Situation)? ☐Yes ☒No | Transect ID: III |
| Is the area a potential Problem Area? ☐Yes ☒No | Plot ID: c |
| (If needed, explain on reverse.) | |

**VEGETATION**

| Dominant Plant Species | Stratum | Indicator | Dominant Plant Species | Stratum | Indicator |
|---|---|---|---|---|---|
| 1. Blechnum serrulatum | H | OBL | 9. | | |
| 2. Myrica cerifera | T | FACW | 10. | | |
| 3. Cladium jamaicensis | H | OBL | 11. | | |
| 4. Paspalum millegrana | H | FACW | 12. | | |
| 5. Ouratea litoralis | S | NI | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

Percent of Dominant Species that are OBL, FACW or FAC
(excluding FAC-).  100%

Remarks:

**HYDROLOGY**

| | |
|---|---|
| ☐ Recorded Data (Describe in Remarks): | Wetland Hydrology Indicators: |
| ☐ Stream, Lake, or Tide Gauge | Primary Indicators: |
| ☐ Aerial Photographs | ☐ Inundated |
| ☐ Other | ☒ Saturated in Upper 12 Inches |
| ☐ No Recorded Data Available | ☐ Water Marks |
| | ☐ Drift Lines |
| | ☐ Sediment Deposits |
| | ☐ Drainage Patterns in Wetlands |
| Field Observations: | Secondary Indicators (2 or more required): |
| | ☒ Oxidized Root Channels in Upper 12 Inches |
| Depth of Surface Water: 18 (in.) | ☒ Water-Stained Leaves |
| | ☒ Local Soil Survey Data |
| Depth to Free Water in Pit: 16 (in.) | ☐ FAC-Neutral Test |
| | ☐ Other (Explain in Remarks) |
| Depth to Saturated Soil: 12 (in.) | |

Remarks:

## SOILS

| Map Unit Name (Series and Phase): | Corozo fine sand & Tiburones Muck intrusions | Drainage Class: | Good (6--20in/hr) |
| | | Field Observations | High water table |
| Taxonomy (Subgroup): | Isohyperthermic OrthoxicTropdults | Confirm Mapped Type? | ☒Yes ☐ No |

Profile Descriptions:

| Depth (inches) | Horizon | Matrix Color (Munsell Moist) | Mottle Colors (Munsell Moist) | Mottle Abundance/ Size/Contrast | Texture, Concretions, Structure, etc, |
|---|---|---|---|---|---|
| 0-12 | A1 | 10YR 2/1-2 | | | Fine Sand/Muck |
| 12-18 | A2 | 10YR 6/1-2 | | | Fine Sand |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hydric Soil Indicators:

☐ Histosol
☐ Histic Epipedon
☐ Sulfidic Odor
☒ Aquic Moisture Regime
☒ Reducing Conditions
☐ Gleyed or Low-Chroma Colors

☐ Concretions
☒ High Organic Content in Surface Layer in Sandy Soils
☒ Organic Streaking in Sandy Soils
☐ Listed on Local Hydric Soils List
☐ Listed on National Hydric Soils List
☐ Other (Explain in Remarks)

Remarks:

## WETLAND DETERMINATION

| Hydrophytic Vegetation Present? | ☒Yes ☐No (Check) | | (Check) |
|---|---|---|---|
| Wetland Hydrology Present? | ☒Yes ☐No | | |
| Hydric Soils Present? | ☒Yes ☐No | Is this Sampling Point Within a Wetland? | ☒Yes ☐No |

Remarks

Approved by HQUSACE 3/92
Forms version 1/02

# PHOTOS

**Appendix B**

**Appendix B:**























































# MAPS AND FIGURES

Appendix C













Tortuguero Special Planning Area

PORZANA FLAVIVENTER

TACHYBAPTUS DOMINICUS

RHYNCHOSPORA PLUMOSA

SCLERIA CILIATA

RHYNCHOSPORA OLIGANTHA

SCLERIA CILIATA

SCLERIA GEORGIANA

SCLERIA TRIGLOMERATA

ANISEIA MARTINICENSIS















Figure 9e: JD Delineation Drawing 1962 Image
Jurisdictional Determination
FAA Homer Facility
Guarico Ward,
Vega Baja, Puerto Rico

STUDY AREA

