IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA       :
                               :
            Plaintiff          :
                               :
       v.                      :CIVIL NO. 98-1664(CCC)
                               :CIVIL NO. 98-2344(CCC)
33,92536 ACRES OF LAND, MORE   :
OR LESS, SITUATED IN VEGA BAJA,:
COMMONWEALTH OF PUERTO RICO,   :
AND JUAN PIZA BLONDET, AND     :
UNKNOWN OWNERS                 :
                               :
            Defendants         :
                               :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DEPOSITION OF:

JULIO TORO McCOWEN

was taken on April 7, 2006 at the offices of the UNITED

STATES ATTORNEY FOR THE DISTRICT OF PUERTO RICO, Torre

Chardon, Chardon Avenue, Hato Rey, Puerto Rico,

commencing at 9:38 a.m.

BONAFIDE REPORTING SERVICE
PO BOX 11850
SUITE 236, SAN JUAN, PR 00922-1850
(787)250-8507

EXHIBIT
"D"

1   Planning Board.
2                   EXAMINATION CONTINUED
3   BY MR. PIZA:
4       Q    Meaning a variant, is that what they call it
5   here?
6       A    A rezoning.
7       Q    In your experience, what it's called, the
8   zoning office?
9       A    It's called the Bureau of Land Use.
10      Q    And they are the ones that award variances?
11      A    They meet two or three times a year to
12  consider these cases.
13      Q    Are they common, are they very common in
14  Puerto Rico, variances?
15      A    In these coastal area, each time it's getting
16  harder to get them.
17      Q    In '98 going back, towards the past, were
18  variances common?
19      A    It wasn't as difficult as it is now.  As all
20  these issues have come up, all these conflicts between
21  development and the coastal zone, the state has realized
22  that if we continued with that practice, we were going
23  to seriously impact our estuary system, our coastal
24  estuaries and our marine eco systems.

1   break?

2        (A recess was taken at this time.)

3                    EXAMINATION CONTINUED

4   BY MR. PIZA:

5        Q    A quick question about the technician. After

6   the regulations became stricter, after '98, from '98 on,

7   does the technician now go to the field and checks and

8   corroborates the information?

9        A    The technicians from the Earth Crust Division

10  always go to the field. In issues of flora and fauna,

11  since I have three employees who have been there for

12  less than three years, I go with them to the field,

13  always.

14       Q    But before '98, that was not the case?

15       A    We would go to the field but one of the

16  conditions I had in order to accept the direction of the

17  division was that I be able to bring over a biologist

18  from the Technical Assessment Division so that he could

19  go to the field with them.

20       Q    But I'm referring to cases in which the

21  technicians did not go.

22       A    Like I expressed before, that happens in other

23  divisions.

24       Q    I'm going to give you an example here, and

57

we're talking about the same place. We have two squares here. It's the same property and this is based on your experience as the Director of Earth Crust.

A    You mean as a technician of the department?

Q    Yes, correct.

A    Not exclusively as --

Q    Your experience in general, your capacity based on what you work on.

A    You mean further than my responsibilities as director of a division?

Q    What you have knowledge of.

A    Okay.

Q    In this case, this represents a tower, here there is a small, little house and this is a slab of cement or a parking, a cement slab, something similar to that, there is something here, the cables, the anchorage to hold it in place, the tower, and this is the same place but with nothing on it, obviously we've already established that there has been an impact on the one that has the tower.

A    Yes.

Q    An environmental impact, obviously.

A    Yes.

Q    Okay. I apply in this case, the one that has

 1   the things on it, for a sand extraction permit and we're
 2   talking about 1998 or before that and I also apply for a
 3   permit in the one that doesn't have anything for a sand
 4   extraction, which of the two would be easier to obtain?
 5       A    The place that is already impacted.
 6       Q    Okay.
 7       A    If both places are the same.  I think they're
 8   pretty much the same, '94 and '99, they're pretty much
 9   the same.
10       Q    Where is the -- The antenna --
11       A    It's around B2, around that area, the antenna
12   is, more or less, here.  The closest that we're going
13   towards the lagoon, the closer we get to the lagoon, the
14   environment will be more sensitive.  One cannot make an
15   assumption categorically like that, no.
16       Q    Is CR more, environmentally more sensitive
17   than B2?
18       A    We're going back to zoning issues of the
19   Board.
20                    CROSS EXAMINATION
21   BY MR. TAPICK:
22       Q    Mr. Toro, your office recently moved
23   locations from one building in Old San Juan to its
24   present location in Rio Piedras, is that correct?