UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664-FAB-BJM |
| | ) | CIVIL NO. 98-2344-FAB-BJM |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, AND JUAN PIZA BLONDET, AND UNKNOWN OWNERS | ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MAY 8, 2007 OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS**

Plaintiff United States of America ("Plaintiff" or the "United States") hereby respectfully requests a 14 day extension of time – until June 8, 2007 – to respond to the objections filed by Defendant Juan Piza-Blondet ("Defendant"). On May 8, 2007, Defendant filed objections to the Report and Recommendations of Magistrate Judge Bruce J. McGiverin (Docket No. 155). Under Federal Rule of Civil Procedure 6(a) and Local Rule 6, the United States' response is due on May 25, 2007. Due to other pending litigation matters and planned personal leave, undersigned counsel requests a 14 day extension of time in order to respond to Defendant's objections. During a telephonic conference on May 10, 2007, counsel for Defendant stated that this request for an extension of time is unopposed.

Respectfully submitted this 11th day of May, 2007, by:

        ROSA E. RODRIGUEZ-VELEZ
        United States Attorney

        JOSE M. PIZARRO-ZAYAS
        Assistant United States Attorney
        Torre Chardon, Suite 1201
        350 Carlos Chardon Ave.
        San Juan, PR 00918
        Tel: (787) 766-5656
        Fax: (787)766-6219

        s/ Jeffrey M. Tapick
        JEFFREY M. TAPICK
        Attorney, United States Department of Justice
        Environment & Natural Resources Division
        P.O. Box 561, Ben Franklin Station
        Washington, D.C. 20044
        Jeffrey.tapick@usdoj.gov
        Tel: (202) 305-0297
        Fax: (202) 305-0398

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of May, 2007, a true and correct copy of the foregoing unopposed motion for enlargement of time was electronically filed and served via electronic notification to:

            Maurice V. Piza, Esq.
            5500 Prytania Street
            New Orleans, LA 70115
            maurpi1@yahoo.com

            David C. Vidrine, Esq.
            2000 Old Spanish Trail, Suite 103
            Slidell, LA 70458
            DVidrine@mumphreylaw.com

            /s/ Jeffrey M. Tapick
            JEFFREY M. TAPICK