UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | ) | |
| Plaintiff, ) | ) | CIVIL NO. 98-1664-FAB-BJM |
| ) | ) | CIVIL NO. 98-2344-FAB-BJM |
| vs. ) | ) | Consolidated Cases |
| ) | ) | |
| 33.92536 ACRES OF LAND, MORE ) | | |
| OR LESS, SITUATED IN VEGA BAJA, ) | | |
| COMMONWEALTH OF PUERTO RICO, ) | | |
| AND JUAN PIZA BLONDET, AND ) | | |
| UNKNOWN OWNERS ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

**IT IS HEREBY ORDERED** that the United States' Unopposed Motion for an Enlargement of Time to Respond to Defendant's Objections to the Magistrate Judge's Report and Recommendations is **GRANTED**.

The United States shall file its response to Defendants' Objections to Magistrate Judge's Report and Recommendations (Docket No . 156) on or before **June 8, 2007.**

San Juan, Puerto Rico this ___ day of May, 2007.

_____

**DISTRICT JUDGE**