IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* CIVIL ACTION NO. 98-1664 (FAB-BJM)<br>* CIVIL ACTION NO. 98-2344 (FAB-BJM)<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * *

**DEFENDANT'S UNOPPOSED MOTION, AND INCORPORATED MEMORANDUM
FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF
TO THE UNITED STATES' JUNE 7, 2007 RESPONSE IN OPPOSITION**

NOW INTO COURT, through undersigned counsel, comes defendant, Juan Piza-Blondet ("Piza-Blondet"), and files this Unopposed Motion for Extension of Time to File a Reply Brief to the United States' Response in Opposition to Defendant's May 8, 2007 Objections to Magistrate Judge's Report and Recommendation (Docket No. 159). The defendant requests a seventeen (17) day extension of time - or until July 6, 2007 - to file a Reply Memorandum consistent with Local Rule 7.1.

Under Federal Rule of Civil Procedure 6(a) and Local Rule 7.1, Piza-Blondet's Reply Memorandum must be filed on or by June 18, 2007. Piza-Blondet also recognizes that he must file for leave of court to submit the Reply Memorandum. Due to other pending litigation, and the complexity of the issues raised in the United States' Response in Opposition, Piza-Blondet requests an extension of time until July 6, 2007 to file his Reply Memorandum consistent with Local Rule 7.1.

During a telephone conference on June 13, 2007, counsel for the United States stated that he had no opposition to Piza-Blondet's Motion for an Extension of Time.

Respectfully submitted,

/s/ Francisco Diez
Francisco Diez
Bar Roll No. 215412
Attorney for JUAN PIZA BLONDET
B-5 Pabonuco Street
Suite 216 PMB 255
Guaynabo, Puerto Rico 00968
Telephone: (787) 721-1100
Telecopier: (787) 725-8195

- and -

J. Wayne Mumphrey
David C. Vidrine
Mumphrey Law Firm, L.L.C.
2000 Old Spanish Trail, Suite 103
Slidell, LA 70458
Telephone: (985) 649-0709
Telecopier: (985) 649-5706

Copies to:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P. O. Box 561 – Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-0299
Fax:          202-305-0398

2

**Certificate of Service**

I HEREBY CERTIFY that I have on this 14th day of June, 2007, served all counsel with a copy of the above and foregoing by email and electronic notification.

/s/ Francisco Diez
Francisco Diez