IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al., | * CIVIL ACTION NO. 98-1664 (FAB-BJM)<br>* CIVIL ACTION NO. 98-2344 (FAB-BJM) |
| Defendants. | * |

## ORDER

**IT IS HEREBY ORDERED** that Juan Piza-Blondet's Unopposed Motion, and Incorporated Memorandum for an Extension of Time to File a Reply Brief to the United States' June 7, 2007 Response in Opposition is **GRANTED**.

Consistent with Local Rule 7.1, Juan Piza-Blondet shall file his Reply Memorandum to the United States' Response in Opposition to Defendant's May 8, 2007 Objections to Magistrate Judge's Report and Recommendations (Docket No. 159) on or by July 6, 2007.

San Juan, Puerto Rico, this _____ day of June, 2007.

_____
**DISTRICT JUDGE**