## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al., | * CIVIL ACTION NO. 98-1664 (FAB-BJM) <br> * CIVIL ACTION NO. 98-2344 (FAB-BJM) |
| Defendants. | * |

### APPLICATION AND ORDER FOR ADMISSIONS PRO HAC VICE

Comes now, Paul E. Harrison, applicant herein and respectfully states:

1. Applicant is an attorney and practices under the name of Law Offices of Paul E. Harrison, L.L.C., with offices at:

   Address:      532 Girod Street
                 Mandeville, Louisiana 70448
   E-mail:       pharrison@pharrisonlaw.com
   Telephone:    (985) 727-7348
   Facsimile:    (985) 624-8145

2. Applicant will sign all pleadings with the name Paul E. Harrison.

3. Applicant has been retained personally by Juan Piza-Blondet to provide legal representation in connection with the above-styled matter now pending before the United States District Court of Puerto Rico.

4. Since October 11, 1996, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Louisiana, where applicant regularly practices law. Applicant's bar license number is 24447.

5. Applicant has been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
|---|---|
| All Louisiana state district and appellate courts | October 11, 1996 |
| United States District Court for the Eastern District of Louisiana | September 10, 1997 |
| United States District Court for the Western district of Louisiana | August 31, 1998 |
| United States District Court for the Middle District of Louisiana | September 1, 1998 |
| United States Court of Appeals for the Fifth Circuit | November 25, 1998 |
| United States District Court for the Eastern District of Texas (pro hac vice) | January 19, 2007 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Francisco Diez |
| USDC-PR Bar No. | 215412 |
| Address | B-5 Pabonuco Street |
| | Suite 216 PMB 255 |
| | Guaynabo, Puerto Rico 00968 |
| E-mail | pacodiez@yahoo.com |
| Telephone | (787) 721-1100 |
| Facsimile | (787) 725-8195 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150.00 per appearance in each new case before the Court. Accordingly, payment of the pro had vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 7/3/07

Respectfully submitted,

PAUL E. HARRISON (24447)
Law Offices of Paul E. Harrison, L.L.C.
532 Girod Street
Mandeville, Louisiana 70448
Telephone: (985) 727-7348
Facsimile: (985) 624-8145

3

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: 8/8/07

FRANCISCO DIEZ

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

PAUL E. HARRISON