IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al., | * CIVIL ACTION NO. 98-1664 (FAB-BJM) <br> * CIVIL ACTION NO. 98-2344 (FAB-BJM) |
| Defendants. | * |

* * * * * * * * * * * * * *

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐   The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐   The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2007.

_____
U. S. DISTRICT JUDGE