UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 98-1664-FAB-BJM |
| | ) | CIVIL NO. 98-2344-FAB-BJM |
| vs. | ) | Consolidated Cases |
| | ) | |
| 33.92536 ACRES OF LAND, MORE | ) | |
| OR LESS, SITUATED IN VEGA BAJA, | ) | |
| COMMONWEALTH OF PUERTO RICO, | ) | |
| AND JUAN PIZA BLONDET, AND | ) | |
| UNKNOWN OWNERS | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' INFORMATIVE MOTION REGARDING PENDING OBJECTIONS TO REPORT AND RECOMMENDATION

Plaintiff United States of America hereby respectfully submits this Informative Motion regarding the pending Objections to the April 24, 2007 Report and Recommendation filed by Magistrate Judge Bruce J. McGiverin (Docket No. 155). The United States hereby submits the following:

1. On April 24, 2007, Judge McGiverin filed a Report and Recommendation recommending that the Court grant the United States' motions to exclude (1) all evidence of Defendant's proffered highest and best use of residential development and sand extraction; and (2) all evidence based on Defendants' appraisal of sand deposits (Docket Nos. 132 and 133).

2. On May 8, 2007, Defendants timely filed objections (Docket No. 156) to the Report and Recommendation.

3. On June 8, 2007, the United States timely filed its Response (Docket No. 159) to Defendants' Objections in accordance with the Court's May 11, 2007 Order.

4. On June 18, 2007, the Court denied Defendants' motion for an extension of time to file a Reply to its Objections (Docket No. 161).

5. To date, the Court has not issued its ruling on Defendants' objections to the Magistrate's Report and Recommendation.

6. However, on June 4, 2008, the Court entered a Minute Order (Docket No. 164) finding as moot the United States' motion to exclude Defendants' Highest and Best Use (Docket No. 132) and Motion in Limine to Exclude All Evidence Based on the Valuation of Sand Deposits (Docket No. 133).

7. The Court's June 4, 2008 Minute Order does not indicate whether the April 24, 2007 Report and Recommendation has been adopted.

Respectfully submitted this 6th day of June, 2008, by:

        ROSA E. RODRIGUEZ-VELEZ
        United States Attorney

        JOSE M. PIZARRO-ZAYAS
        Assistant United States Attorney
        Torre Chardon, Suite 1201
        350 Carlos Chardon Ave.
        San Juan, PR 00918
        Tel: (787) 766-5656
        Fax: (787)766-6219

        s/ Jeffrey M. Tapick
        JEFFREY M. TAPICK
        Attorney, United States Department of Justice
        Environment & Natural Resources Division
        P.O. Box 561, Ben Franklin Station
        Washington, D.C. 20044
        Jeffrey.tapick@usdoj.gov
        Tel: (202) 305-0297
        Fax: (202) 305-0398

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2008, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served as follows, per the anticipated email from the Court, "Notice of Electronic Filing":

                              Maurice V. Piza, Esq.
                              5500 Prytania Street
                              New Orleans, LA 70115
                              maurpi1@yahoo.com

                              Paul E. Harrison, Esq.
                              532 Girod Street
                              Mandeville, LA 70448
                              pharrison@pharrisonlaw.com


                              /s/ Jeffrey M. Tapick
                              JEFFREY M. TAPICK