```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff**,

            v.

33.92536 ACRES OF LAND, et al.,

    **Defendants**.

**CIVIL NO.** 98-1664 (FAB)
**CIVIL NO.** 98-2344 (FAB)
    **(CONSOLIDATED)**

**ORDER**

The status conference scheduled in these consolidated cases will be held by teleconference on June 19, 2008 at 9:00 a.m. Participants should dial 1-877-952-5184 and then the participant code, 710259#.

The Clerk will also notify this order by telephone and e-mail.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 18, 2008.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      UNITED STATES DISTRICT JUDGE