**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE FRANCISCO A. BESOSA     **CV NO:** 98-1664 (FAB)

COURTROOM DEPUTY:  Gladys Romañach     **DATE:** June 19, 2008

COURT REPORTER:   Rolayne Volpe

==================================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA     Jeffrey Tapick

vs.

33.92356 ACRES OF LAND, ET AL     Paul E. Harrison
J. Wayne Mumphrey
David Vidrine

==================================================================

CASE CALLED FOR STATUS CONFERENCE.   The hearing was held in chambers, via telephone conference to discuss the compensatory damages of the case.

Mr. Tapick informs that the parties have discussed settlement before, but because of the recent order entered by the Court (docket #167) the parties request time to revisit the settlement talks.

The Court grants the time requested for settlement talks and suggests that the parties use the help of a magistrate other that Magistrate Judge McGiverin or of an attorney.

The Court schedules the trial date for **August 18, 2008** (ETD = 2 days) at 9:00 am, pretrial conference will be held on **August 14, 2008** at 9:00 am, proposed joint pretrial order will be filed by **August 11, 2008.**

*s/Gladys Romañach*
Gladys Romañach
Courtroom Deputy Clerk