J. Wayne Mumphrey
Claude S. Mumphrey, II
Wayne B. Mumphrey
Alfonse S. Monteferrante
Clayton M. Connors
Sarah B. Mumphrey

Of Counsel
Keith M. Couture
David C. Vidrine

# MUMPHREY
## LAW FIRM
### L L C

625 Baronne Street
New Orleans, Louisiana 70113
504.569.0661
Fax 504.569.0665

109-A Smart Place
Slidell, Louisiana 70458
985.649.0709
Fax 985.649.5706

**30 June 2006**

**Mr. Jeffrey M. Tapick, Esq.**
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 561
Ben Franklin Station Washington, D.C. 20044-0561
*Via email*: Jeffrey.Tapick@usdoj.gov

Re:    US v. Piza-Blondet, et al.
Civil No. 98-1664 (CCC) C/W
Civil No. 98-2344 (CCC)

Dear Mr. Tapick:

In response to your Letter Request of 19 April 2006, and in compliance with the Court's order, we provide the following:

1.    Update Vitae of Dr. Joyce;
2.    Listing of Cases requested pertaining to Mr. Gaztambide;
3.    Objection of Mr. Gaztambide pertaining to production of reports due to confidentiality prohibitions; and, finally
4.    We confirm and stipulate that Mr. Piza will not offer an opinion of value which differs from that of his expert witnesses.

With kindest regards, we remain

Very truly yours,

**Mumphrey Law Firm, L.L.C.**

David C. Vidrine

**Attachments**