| | |
|---|---|
| **33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al.,** | *  CIVIL ACTION NO. 98-1664 (FAB-BJM) <br> *  CIVIL ACTION NO. 98-2344 (FAB-BJM) |

## CERTIFICATE OF SERVICE:

I hereby certify that on today's date, I electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to the pertinent parties of record.

In San Juan, Puerto Rico, this 29th day of July 2008.

**S/Francisco Diez-Pérez, PHV**
**FRANCISCO DIEZ-PEREZ, ESQ.**
**Attorney for the Defendant**
Juan Piza-Blondet
B-5, Calle Tabonuco, Suite 216
PMB 255
Guaynabo, Puerto Rico 00968-3029
Telephone Number: (787) 444-4570
Fax Number: (787) 791-4552
E-Mail: *pacodiez@yahoo.com*