Case 3:98-cv-01664-FAB-BJM    Document 173-3    Filed 07/29/2008    Page 1 of 5

Defendant's Exhibit 45
Title search showing sub-
as a segregated parcel

ESTUDIO DE TITULO

CASO: JUAN PIZA BLONDET                    RE: Haciendas de Tortuguero

FINCA #1987, inscrita al folio 203 del tomo 44 de Vega Baja, inscripción 1a. Sección IV de Bayamón.

DESCRIPCION:

RUSTICA: Finca denominada Guarico radicada en el barrio Yeguada de término municipal de Vega, Estado Libre Asociado de Puerto Rico, compuesto de 363.1303 cuerdas igual a 1,427.2462 metros cuadrados, compuesto de los siguientes predios separados físicamente.

Predio A-1, colinda por el NORTE, con Sucesión Juan Vizcarrondo; por el SUR, con campamento Tortuguero; por el ESTE, con carretera estatal 687 y por el OESTE, con la Laguna Tortuguero.

Predio B-1, colinda por el NORTE, con calle municipal Felipe García; por el SUR, con franja de entrada al Proyecto Hacienda de Tortuguero; por el ESTE, con terrenos de Orange Development S.E., y por el OESTE, con carretera 687.

Predio C-1, colinda por el NORTE, con franja de terreno de entrada al Proyecto Haciendas de Tortuguero; por el SUR, con terrenos de Campamento Tortuguero; por el ESTE, con terrenos de Orange Development S.E., y por el OESTE, con carretera 687.

Predio D-1, colinda por el NORTE, con terrenos de Sucesión Sánchez, con la calle municipal, Felipe García y Sucesión de Mario Marcantoni; por el SUR, con terrenos campamento Tortuguero; por el OESTE, con terrenos de Orange Development S..E, Sucesión Fabián García y otras y por el ESTE, con terrenos del Dr. Teodoro Texidor de Asociados antes Demetrio Latoni.

Posteriormente se segregan los siguientes predios:

| CABIDA | FOLIO | TOMO | FINCA |
|---|---|---|---|
| 3,930.00 metros cuadrados | 246 | 380 | #27675 |
| 900.00 metros cuadrados | 251 | 380 | #27676 |
| 900.00 metros cuadrados | 256 | 380 | #27677 |
| 900.00 metros cuadrados | 261 | 380 | #27678 |
| 900.00 metros cuadrados | 266 | 380 | #27679 |
| 900.00 metros cuadrados | 271 | 380 | #27680 |
| 900.00 metros cuadrados | 276 | 380 | #27681 |
| 900.00 metros cuadrados | 281 | 380 | #27682 |
| 900.00 metros cuadrados | 286 | 380 | #27683 |
| 900.00 metros cuadrados | 291 | 380 | #27684 |
| 9.60 cuerdas | 296 | 380 | #27685 |

No se describe remanente luego de efectuadas dichas segregaciones.

ORIGEN: Se segrega de la finca #986, inscrita al folio 198 del tomo 44 de Vega Baja.

PROPIETARIO REGISTRAL: JUAN PIZA BLONDET, mayor de edad, soltero, quien adquirió por adjudicación en liquidación de herencia, con valor de $500,000.00. Lo anterior resulta de Orden y Mandamiento dictados en los Casos Civiles KAC83-1241, 77-7034 y 86-4237 del Tribunal Superior de San Juan, inscritos al folio 151 del tomo 332 de Vega Baja, inscripción 17ma.

CARGAS Y GRAVAMENES:

Por su procedencia: LIBRE.

Por sí:

1-SERVIDUMBRE a favor del Estado Libre Asociado de Puerto Rico, constituida por Resolución dictada en el Caso Civil E-84-121 (1007) del Tribunal Superior, Sala de Expropiaciones, inscrita al folio 183 vto. del tomo 72 de Vega Baja, inscripción 14ta.

EXHIBIT
2

EXHIBIT
B

Página #2
Finca #1987 de Vega Baja

2-OPCION: A favor de Orange Development, S.E., sobre una porción de 183.00 cuerdas, por término de siete años, "a un costo aproximado de $9,150,000.00". Según escritura #293, otorgada en San Juan, el 29 de mayo de 1997, ante Jorge García Soto, inscrita al folio 152vto. del tomo 332 de Vega Baja, inscripción 18va.

**BITACORA:**

**ASIENTO 414 DIARIO 237, de fecha de 26 de octubre de 2004: Presentada y Pendiente de Despacho:** Escritura #5, otorgada en San Juan, el 8 de octubre de 2002, ante Wilfredo Vellón Ríos, mediante la cual Juan Piza Blondet, segrega el solar #1 de 504.133 metros cuadrados y el solar #2 de 495.8678 metros cuadrados y los vende a favor de los esposos Edelmiro Torres Sáez y Sonia Feliciano Vélez también conocida como Sonia Vélez, mayor de edad, por precio de $25,000.00 cada uno.

Se acompaña plano y resolución de ARPE.

OBSERVACION: Lo anterior no comprende una calificación de estos documentos ni presupone que los mismos serán inscritos.

OBSERVACIÓN: ASIENTO 29 DIARIO 74 (antes Asiento 14 del Diario 548) de fecha 14 de agosto de 1998: Presentada y Retirado. Aviso de Demanda dado en el Caso Civil KCD-98-0093(906) del Tribunal Superior de San Juan, sobre Cobro de Dinero y Ejecución de Hipoteca, seguido por María A. Pizá Blondet y Otros vs. Juan Pizá Blondet y Orange Development S.E.

Se reclama el pago de la hipoteca por la suma de $200,000.00 o la venta de la finca en pública subasta.

Retirado el 17 de marzo de 2003.

**TRACTO REGISTRAL A PARTIR DE LA INSCRIPCIÓN 4TA.**

En la inscripción 4ta. al folio 207vto. del tomo 44 de Vega Baja adquirieron por acto de permuta esta finca los esposos José Gascot Ayala y Andrea Brañas de los esposos Jovito González Mercado y Ana Maria Morales, con valor de $39,886.20. Según escritura #86, otorgada en San Juan, el 11 de junio de 1956, ante Francisco A. Quiros Méndez.

En nota marginal a dicha inscripción 4ta se anotó Embargo por Contribuciones por $11,764.47 a favor del Estado Libe Asociado, el cual quedó cancelado por dicha nota marginal.

En la inscripción 5ta., al folio 65vto. del tomo 54 de Vega Baja, los esposos Gascot -Braña, constituyen hipoteca por $15,600.00, con intereses al 5% anual, en garantía de un pagaré a favor de Federal Land Bank of Baltimore, o a su orden, que vence el 1ro. de enero de 1977. Según escritura #23, otorgada en Río Piedras, el 4 de abril de 1957, ante Angel Díaz García (se expresa que se inscribe sólo en cuanto a la cabida 424.927 cuerdas).

Quedó cancelada por nota marginal mediante la escritura #155, otorgada en San Juan, el 27 de abril de 1960, ante Feliciano J. González Arbona.

En la inscripción 6ta. al folio 66 vto del tomo 54 de Vega Baja, los esposos Gascot -Braña, constituyen hipoteca por $35,000.00, con intereses al 6% anual, en garantía de un pagaré a favor del Portador, que vence a la presentación. Según escritura #7, otorgada en San Juan, el 30 de abril de 1957, ante José Arsuaga.

Quedó cancelada por nota marginal mediante la escritura #6, otorgada en San Juan, el 27 de abril de 1960, ante José A. Suro.

En la inscripción 7ma., al folio 67vto. del tomo 54 de Vega Baja, José Gascot Ayala, mayor de edad, soltero por divorcio, previa liquidación de gananciales adquirió la participación de Andrea Braña, con valor de $40,000.00. Según escritura #199, otorgada en Bayamón, el 13 de agosto de 1957, ante José R. Fournier.

Página #3
Finca 1987 de Vega Baja

En nota marginal a dicha inscripción 7ma se expresa que adquirió sólo en cuanto a la cabida de 424.927 cuerdas.

En la inscripción 8va., al folio 68vto. del tomo 54 de Vega Baja, José Gascot Ayala, mayor de edad, casado, cede en arrendamiento a favor de Estado Unidos de América por un canon de $1,200.00 mensuales, que vence el 30 de junio de 1958. Según escritura #19, otorgada en San Juan, el 5 de junio de 1948, ante Antonio Castro Fernández.

Dicho arrendamiento se canceló por nota marginal a la inscripción 8va.

En la anotación A al folio 69vto. del tomo 54 de Vega Baja, se anotó embargo a favor de Sociedad Agrícola Cooperativa de Puerto Rico por $4,326.34, según orden del 7 de abril de 1959 caso civil TS-59-2172 en el Tribunal Superior de Puerto Rico, Sala de San Juan contra José Gascot Ayala, anotado el 29 de abril de 1959; se canceló por orden del 3 de mayo de 1960 en el Tribunal Superior de Puerto Rico-Sala de Bayamón, caso civil TS59-2172.

En la inscripción 9na., al folio 71vto. del tomo 54 de Vega Baja, los esposos José Gascot Ayala y Carmen María Suárez, constituyen hipoteca por $50,000.00, con intereses al 8% anual, en garantía de un pagaré a favor de Portador, que vence el 27 de abril de 1963. Según escritura #5, otorgada en San Juan, el 27 de abril de 1960, ante José A. Suro; fué cancelada por escritura #2, otorgada en San Juan, el 9 de febrero de 1968, ante Federico Ramírez.

Inscripcion 10ª., al folio 47 del tomo 59 de Vega Baja, los esposos Gascot-Suárez constituyen hipoteca sobre esta finca y otras fincas por $38,000.00, con intereses al 8% anual, en garantía de un pagare a favor de Puerto Rico Production Credit Association, o a su orden, que vence a la presentación, respondiendo esta de $18,000.00, según escritura #85, otorgada en Bayamón, el 10 de diciembre de 1960, ante Demetrio Luis Latorni.



Quedó cancelada mediante la escritura #14, otorgada en San Juan, el 6 de marzo de 1967, ante Demetrio Luis Latoni, al margen de la inscripción 10ª.

Inscripcion 11ª al folio 48vto. del tomo 59 de Vega Baja, los esposos Gascot-Suárez, mayor de edad, constituyen hipoteca por $55,000.00, en garantía de 6 pagarés por $10,000.00 del 1 al 5 y el #6 por $5,000.00 con intereses al 8% anual, a favor de tenedor o tenedores (no se expresa vencimiento), según escritura #15, otorgada en Bayamón, el 16 de marzo de 1961, ante Manuel Reyes Serrano.

Quedo cancelada mediante escritura #37, otorgada en San Juan, el 31 de diciembre de 1965, ante Carlos G. Latimer por nota al margen de la inscripción 11ª.

Inscripción 12ª., al folio 49 vto. del tomo 59 de Vega Baja, los esposos Gascot-Suárez extienden el vencimiento de la hipoteca por $50,000.00 que resulta de la inscripción 9na. Según escritura #75, otorgada en San Juan, el 17 de marzo de 1962, ante José A. Suro.

NOTA: La hipoteca de la inscripción 9na ya consta cancelada.

Inscripción 13ª., al folio 50 del tomo 59 de Vega Baja, los esposos Gascot-Ayala, venden a favor de los esposos Juan Piza Trias y Julia Blondet de Piza, por precio de $209,430.00, según escritura #35, otorgada en San Juan, el 31 de abril de 1965, ante Federico Ramírez Ros.

Por la misma inscripción se constituye hipoteca por $38,800.00, con intereses al 6% anual, en garantía de un pagaré a favor de los esposos Gascot-Ayala, que vence el 1ro. de junio de 1966, según la escritura #35, antes relacionada.

Quedó cancelada por Instancia del 18 de junio de 1997, suscrita bajo affidavit #10709 ante George García Soto al margen de la inscripción 15ª.

En nota marginal a la inscripción 13ª se anotó Demanda, caso civil 64-1773 en el Tribunal Superior de Puerto Rico, Sala de Bayamón, por Tortuguero Sand and Gravel Company Inc., demandante versus los esposos Piza-Blondet demandados por incumplimiento de contrato.

Página #4
Finca #1987 de Vega Baja.

Quedó cancelada por Instancia del 18 de junio de 1997 bajo affidavit #10711 ante Jorge Garcia Soto al margen de la inscripción 15ª.

Inscripción 14ª. al folio 183vto. del tomo 72 de Vega Baja se constituye servidumbre a favor de Estado Libre Asociado sobre una faja de terreno de 117.099 metros cuadrados, según resolución caso civil E-84-121 (1007) en el Tribunal Superior de Puerto Rico, Sala de Expropiaciones.

Inscripcion 15ª., al folio 184 del tomo 72 de Vega Baja, mediante la cual se instituyen herederos de Juan Piza, en el tercio de legítima estricta en partes iguales a sus hijos Hilda, Julia, Maria Antonia y Juan de apellidos Piza Blondet, los tercios de mejora y libre disposición se dividirán en cuatro partes iguales entre los nietos (de sus cuatro hijos); Melinda Arias de Morrice, Margarita Arias Piza, Madeline Arias Piza; Hilda Arias Piza, Gilberto Arias Piza, Melisa Baur Piza, Andreu Baur Piza, Roxane Serralles Piza, Tania Serralles Piza, Janine Piza Amadeo, Isabel Piza Amadeo, Juan Piza Amadeo y Maurice Piza Amadeo. Según escritura #19, otorgada en San Juan, el 31 de mayo de 1972, ante José M. Biaggi Junquera.

Inscripcion 16ª., al folio 185vto del tomo 72 de Vega Baja, mediante la cual se instituyen como herederos de Julia Piza Ronda también conocida como Julia Blondet Ronda, viuda de Piza, en el tercio legítima estricta a sus hijos Hilda; Maria Antonia, Julia y Juan de apellidos Piza -Blondet por partes iguales y en cuanto al tercio de mejora y libre disposición a dichos hijos por partes iguales, según escritura #4, otorgada en San Juan, el 4 de julio de 1981, ante Federico Ramírez Ros.

Inscripcion 17ª, al folio 151 del tomo 332 de Vega Baja (ver propietario).



Inscripcion 18ª., al folio 152 vto. del tomo 332 de Vega Baja, se constituye opción de compraventa a favor de Orange Development S.E., de una porción aproximada de 183 cuerdas a un costo de $9,150,000.00 por el término de 7 años según documento privado del 5 de diciembre de 1995, suscrito bajo affidavit #8720 ante Jorge García Soto.

Inscripcion 19ª., al folio 155vto. del tomo 332 de Vega Baja se describe un remanente compuesto de 405.06 cuerdas igual a 1,352,609.85 metros cuadrados. Según escritura #6, otorgada en San Juan, el 29 de marzo de 1997, ante Carlos Colón Marchand.

En nota marginal a la inscripción 19ª se segregan los siguientes predios:

5.2028 cuerdas y 2.6852 cuerdas inscrita al folio 101 y 111 del tomo 335 de Vega Baja, finca #25986 y #25987 a favor de Orange Development S.E., quedando un remanente de 397.3461 cuerdas.

Segregada una parcela de 34.0380 cuerdas igual a 133,782.87 metros cuadrados, al folio 241 del tomo 380 de Vega Baja, finca #27674, describiéndose el siguiente remanente:

RUSTICA: Finca denominada Guarico radicada en el barrio Yeguada de término municipal de Vega. Estado Libre Asociado de Puerto Rico, compuesto de 363.1303 cuerdas igual a 1,427.2462 metros cuadrados, compuesto de los siguientes predios separados físicamente.

Predio A-1, colinda por el NORTE, con Sucesión Juan Vizcarrondo; por el SUR, con campamento Tortuguero; por el ESTE, con carretera estatal 687 y por el OESTE, con la Laguna Tortuguero.

Predio B-1, colinda por el NORTE, con calle municipal Felipe García; por el SUR, con franja de entrada al Proyecto Hacienda de Tortuguero; por el ESTE, con terrenos de Orange Development S.E., y por el OESTE, con carretera 687.

Predio C-1, colinda por el NORTE, con franja de terreno de entrada al Proyecto Haciendas de Tortuguero; por el SUR, con terrenos de Campamento Tortuguero; por el ESTE, con terrenos de Orange Development S.E., y por el OESTE, con carretera 687.

Página #5
Finca 1987 de Vega Baja.

Predio D-1, colinda por el NORTE, con terrenos de Sucesión Sánchez, con la calle municipal, Felipe García y Sucesión de Mario Marcantoni; por el SUR, con terrenos campamento Tortuguero; por el OESTE, con terrenos de Orange Development S..E, Sucesión Fabián García y otras y por el ESTE, con terrenos del Dr. Teodoro Texidor de Asociados antes Demetrio Latoni.

Posteriormente se segregan los siguientes predios:

| CABIDA | FOLIO | TOMO | FINCA |
|---|---|---|---|
| 3,930.00 metros cuadrados | 246 | 380 | #27675 |
| 900.00 metros cuadrados | 251 | 380 | #27676 |
| 900.00 metros cuadrados | 256 | 380 | #27677 |
| 900.00 metros cuadrados | 261 | 380 | #27678 |
| 900.00 metros cuadrados | 266 | 380 | #27679 |
| 900.00 metros cuadrados | 271 | 380 | #27680 |
| 900.00 metros cuadrados | 276 | 380 | #27681 |
| 900.00 metros cuadrados | 281 | 380 | #27682 |
| 900.00 metros cuadrados | 286 | 380 | #27683 |
| 900.00 metros cuadrados | 291 | 380 | #27684 |
| 9.60 cuerdas | 296 | 380 | #27685 |

No se describe remanente luego de efectuadas dichas segregaciones.

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

San Juan, Puerto Rico, a 1 de marzo de 2005.

J G I TITLE SERVICE, INC.
JGITS/msf
Cotejado por: C
1987b4v.doc
F-msf