Docket No. 98-1664 & 98- 2344(FAB-BJM)

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:**

I hereby certify that on today's date, I electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to the counsel of record as well as the parties of interest.

At San Juan, Puerto Rico this 31st day of July, 2008.

                                            S/FRANCISCO DIEZ-PEREZ
                                            **FRANCISCO DIEZ-PEREZ, ESQ.**
                                            **U.S.D.C. - P.R. BAR NO. 215412**
                                            **Attorney for the Defendant**
                                            **Juan Piza-Blondet**
                                            **B-5 Pabonuco Street**
                                            **Suite 216, PMB 255**
                                            Guaynabo, Puerto Rico 00968
                                            Telephone Number: (787) 444-4570