## SWORN STATEMENT

I, Juan Piza Blondet, of legal age, single, president of La Julia Development Corp, and resident of San Juan, Puerto Rico, under the most solemn oath, hereby **ATTEST**:

1. My name and personal circumstances are as above stated.

2. **1958:** Worked Summers with Juan Pizá Trias (my father) until 1961 in his Real Estate Investments and was laison with his partner Felipe Segarra Serra in an important sequient of his Real Estate Business.

3. **1961:** Graduate from Villanova University started to work full time with father and myself.

4. **1961 to 1972:** For my father developed Urbanización Meléndez in Fajardo, Puerto Rico, 180 units sold, Bought property with out my father presence. Worked out purchase of land, doubled our money.

5. Became partner with Felipe Segarro built Tropicana in Isla Verde, Puerto Rico, alone, 220 apartments 8000 SF of comercial space three towers and parking building of 350 cars. Made over $2,000,000.

6. Bought pieces of property for my father, Juan Piza Trias of about 2000 cdas got approval of various proyects in Fajardo, Isla Verde and Loiza, Puerto Rico which wear sold at a profit.

7. At same time had Construction Bussiness:

    (a) Wilson Building Corp. wich did earth movement sewarge and pluming sometimes sidewalks and street. Built ware houses in Isla Verde, Puerto Rico.

    

    (b) El Dorado Tropical Gardens and Hydroseeding. Worked in 39 urbanizations and Caguas Express Way and other highways. Did parks, grass, trees, palms shrubs, for model house and hundred of homes and 40 parks. Worked for Pujols organization, Centex and Castellana Garden Group. Proyect: River View, Santa Paula, Alto Apollo, Caguas Hospital and Fuller Construction Proyects.

    (c) American well and Pump, Inc.; Built Acueduct Tortola; Built Water wells a tank in Saint Martin for Brevery and Rum Factory; Built wells and pumping stations south cost for Central Aguirre (24 inch wells 500 feet deep) for diversified agricultural products. Distributor of Worthington Pumps for Caribbean. In smaller caribbean island had to dymmite wells to impove water captation. Had Busyrus Eirie Rotary well equipment. Plus tractors compresors a large test pumps. We interchanged

EXHIBIT

construction equipment with different business belonging to me.

8. With Rob White, president a Caribbean Industrial Credit a US Industries subsidary Caterpillar Distributors- got construction money for another partner and friend, Miguel Ángel Garcia Mendez, who headed Atlantic Quality Construction. We worked together in Puerto Rico and Domenican Republic. I still have and cherish letters written tome by Miguel Ángel García Mendez. I also worked with Papo Blasini, president of Puerto Rico Finance on proyects in Floridad. I also had an office in Banco Popular Building in Hato Rey, Puerto Rico with Rafael Ramos Cobian. I worked with him on Real Estate Development making an excellent profit.

9. 1975: Business slow due to high interest rates we went into financing proyects in the only market wich was selling Old San Juan, also helped plan and construct proyects. Some of proyects involved in: (1) Parque de Las Palomas; (2) Caleta de las Monjas, and (3) Conversion to apartments of school for Parvulos. Worked in getting financing and construction of proyects in Coamo, Puerto Rico for low income clients wih government loan guarantees fianncing provided through our effort with Girot Bank and others. Also worked in getting permits for said area.

10. 1980: Refurbished four (4) story building in Condado Section, Ashford 1024 - was in ruins- completly renovated. When taken over, renting less than a $1,000 at present half is rented paying over $20,000 a month.



11. 1981: Set up First Florida Leasing to provide fianancing on an advantages leved to the construction industry. We fianance buldozers, diggers, and construction equiment.

12. 1992: Working an proyect in Vega Baja getting aprovals -construction roads, infractructure, light, water streets, asfalt. Having ridiculus and sad problems with Natural Resources because Controled by hostosians (the extreme left of independence movement). They lose our papers, etc. We have proof we do not effect lagoon with studies made by the same Natural Resources Department. But since I am a stouch pro american state hooder they hinder my work.

13. We have gotten R-1 and R-3 in land started as B-2 by variance. The governament has dove. The same with its Community Guarico which is zoned R-3 in B-2 land.

14. 1994: Palma Real Cayey 40 unites of lots wear we put in water, light and sold.

15. I went in 1999 to a Public meeting with my next door neighbor who has 340 acres, the same

Sword Statement
Juan Piza Blondet
Page 3

presentation, the same expert.

16. His property was excluded form the Tortuguero Lagoon special retrictive zone, I am now asking for a Review of their erroneous decision.

17. In V.B. I have gotten four (4) aprovals by Variation wich is 90% of approvals in Puerto Rico of larger proyects, in land zone B-2 and two (2) approvals in land zone CR wich is more retrictive Approvals wear R-2, R-3 and Commercial.

18. This has been written in one night the dates are aproximate because I am 69 years old this might cause some forgetting.

To that effect I now sign this statement under oath in San Juan, Puerto Rico, this 31 day of July, 2008.

JUAN PIZA-BLONDET

AFFIDAVIT NUMBER: 251

Sworn and subscribed to before me by Juan Piza Blondet, of the personal circumstances stated above, whom I give faith of having identified through his drivers license number 189901 from the Commonweath of Puerto Rico.

In San Juan, Puerto Rico, this 31 day of July, 2008.

NOTARY PUBLIC