## GOBIERNO DE PUERTO RICO
## ADMINISTRACION DE REGLAMENTOS Y PERMISOS
## CENTRO DE SERVICIOS DE BAYAMON

# LOTIFICACION SIMPLE

Núm. Radicación: 00LS6-00000-06352     Núm. Catastro: 09-017-000-007-015-901     Zonificación: A-D

De conformidad con las disposiciones legales y reglamentarias, se expide la Aprobación de Plano de Inscripción para Proyecto de Lotificación Simple a Sr. Juan Piza Blondet, por conducto del Ing. Juan M. Santiago para la propiedad que ubica en:

Carr. # 687 km. 4.4, Calle Felipe García
Comunidad Guarico
Barrio Yeguada
Vega Baja, P.R.
Cabida según Mensura: 368 CUERDAS
Cabida según Escrituras: 368 CUERDAS
Coordenadas Lambert X: 153,700
Coordenadas Lambert Y: 69,800
Zona Inundable: No inundable
Folio: 207
Tomo: 44
Finca: 1987

Uso Propuesto para los Terrenos: Residencial
Tipo de proyecto: Privado
Topografía:
100% Llana,
  Descripción Legal (colindancias)
Norte: Carretera P.R. 867
Sur: Parcela # 237
Este: : calle Flamboyan (14A)
Oeste: Parcela # 234 –B y 234-D
Nota adicional:

| Solar | Cabida |
|---|---|
| 1. LOTE 1 | 900.0 m.c |
| 2. LOTE 2 | 900.0 m.c |
| 3. LOTE 3 | 900.0 m.c |
| 4. LOTE 4 | 900.0 m.c |
| 5. LOTE 5 | 900.0 m.c |
| 6. LOTE 6 | 900.0 m.c |
| 7. LOTE 7 | 900.0 m.c |
| 8. LOTE 8 | 900.0 m.c |
| 9. LOTE 9 | 900.0 m.c |

****************

*Paseo Dorado* (handwritten)

La parte adversamente afectada por una resolución u orden parcial o final, podrá, dentro del término de veinte (20) días desde la fecha de archivo en autos de su notificación, presentar una moción de reconsideración ante la Secretaría de la oficina correspondiente de la A.R.P.E. ante esta División. La agencia dentro de los quince (15) días, de haberse presentado dicha moción deberá considerarla. Si la rechaza de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que se cumplan esos quince (15) días según sea el caso. Si se tomare alguna determinación en su consideración, el término para solicitar apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la agencia resolviendo definitivamente la moción; cuya resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la agencia dejare de tomar alguna acción con relación a la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para resolución, perderá jurisdicción sobre la misma y el término para solicitar la apelación empezará a contarse a partir de la expiración de dicho término de noventa (90) días salvo que la agencia, por justa causa y dentro de esos noventa (90) días, prorrogue el término para resolver, por un tiempo razonable, período que no excederá de treinta (30) días.
Si no se radica la reconsideración, la parte interesada podrá optar por radicar directamente una apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones, dentro del término de treinta (30) días naturales, contados a partir de la fecha del depósito en el correo de la notificación de la determinación de la A.R.P.E., certificando haberle notificado copia de la misma a todas las partes interesadas.
Se **Autorizan** las segregaciones según solicitada.

Administración de Reglamentos y Permisos

00-09-235

Ing. Iván Castano Quiles
Administrador de la ARPE

Autorizado por: Ing. Iván D. Hernández González

Expedido por: Flor M. Meléndez Sánchez
Fecha de Expedido:

*Este documento no es válido sin el sello de relleve y de goma indicando ARPE APROBADO.*                    jlnr



```
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración de Reglamentos y Permisos
        Centro de Servicios Bayamon
                PO Box 2870
             Bayamon, PR 00960
```

OCT 2 0 2004

Sr. Luis E Rodriguez Rivera
Secretario
Departamento de Recursos Naturales y Ambientales
PO Box 9066600
Puerta de Tierra Station
San Juan PR 00906-6600

Sr. Rodriguez

En relación a su comunicado sobre los terrenos en el barrio Yeguada de la cuenca de la Laguna Tortuguero del Sr Piza le indico lo siguiente:

El terreno de 9.60 cuerdas (Permiso 00LS6-00000-01986) que fue identificado como C-1 (commercial) definitivamente fue mal identificado en cuanto al distrito de zonificación donde ubica. El Ing. Angel L Marrero Marrero con licencia 1711 lo certifico equivocadamente. De acuerdo al mapa de de la cuenco Hidrográfica de Tortuguero del 30 de junio de 1999 este es CR (Conservacion de Recursos).

Al examinar detenidamente el del permiso de lotificación de 9 solares de 900 mc (Permiso 00LS6-00000-06352) discrepanos que sea B-2 (bosque) debido a que tenemos en nuestro poder una certificación de la Oficina de Ordenacion Territorial de Vega Baja donde se indica que es AD (Area Desarrollada) el cual fue pedido para la construcción de una vivienda en uno de esos solares ( Permiso 04CX6-00000-04265).

Adjunto le incluimos fotocopias de la información de ambos casos.

Cordialmente

Ing Habriel Rodriguez Pacheco
Gerente Interino

CC Ing. Luis A Velez Roche
Administrador
Administracion de Reglamentos y Permisos



*Estado Libre Asociado de Puerto Rico*
*Gobierno Municipal de Vega Baja*
*Oficina Ordenación Territorial*
*Apartado 4555*
*Vega Baja PR 00694 ° Tel.: 855-2500*



Sr. Juan C. Vega Cidraz
Director

1 de octubre de 2004

04CXG - 00000 - 04265

Sra. Maribel Soto
Vega Baja, P.R.

## CERTIFICACION

Luego de la inspección y análisis de planificación, por la presente certificamos que el Lote Núm. 3 de la Comunidad Especial Guarico Viejo de Vega Baja se encuentra bajo una zonificación AD, Areas Desarrolladas dentro de la zonificación de la Cuenca Hidrográfica de la Laguna Tortuguero.

Por tanto es posible la construcción de una vivienda en dicho lote según requisitos de reglamentación aplicable. De la inspección se desprende que no existe ecología sensitiva ni cuerpos de agua.

Esta comunidad está siendo intervenida con mejoras de infraestructura bajo el Programa de Comunidades Especiales.

Cordialmente,

Juan Carlos Vega
Director
Oficina Ordenación Territorial