## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>33.92536 ACRES OF LAND,<br>et al.,<br><br>**Defendants**. | CIVIL NO. 98-1664 (FAB) |

### ORDER

After reviewing defendant landowner Juan Piza-Blondet's filings (Docket Nos. 170 and 177) and the United States' response (Docket No. 179), the Court's Order (Docket No. 167), the Magistrate Judge's Report and Recommendation (Docket No. 155), and the entire docket, the Court once again rules that any opinion of value by any person based on sand extraction or residential development is EXCLUDED. The only valuation testimony that may be offered at trial, either by Mr. Piza-Blondet or his expert, Mr. Carlos E. Gaztambide, is an opinion of value based on conservation and/or mitigation.

The pretrial conference remains scheduled for August 14, 2008 at 9:00 am and the non-jury trial will commence as previously scheduled on August 18, 2008 at 9:00 am. The joint proposed pretrial order will be filed no later than August 11, 2008 (Docket No. 169).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 5, 2008.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE