IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| 33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al., | * CIVIL ACTION NO. 98-1664 (FAB-BJM)<br>* CIVIL ACTION NO. 98-2344 (FAB-BJM) |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INFORMATIVE MOTION, AND INCORPORATED MEMORANDUM,

NOW INTO COURT, through undersigned counsel, comes defendant, Juan Piza-Blondet ("Mr. Piza"), and files this Informative Motion, and Incorporated Memorandum. In support thereof, Mr. Piza respectfully states as follows:

On August 13, 2008, the Court ordered an amendment to the Pre-Trial Order. The Court requested that the defendant amend its section referring to relevant case law. However, as this matter is not going to proceed to a trial and the parties have an agreement, the defendant respectfully requests relief from this Court's Order (Docket No. 183). Consistent with the pre-trial conference on August 14, 2008, the parties will be submitting pleadings to the Court memorializing their agreement and concluding this case before the trial court. The defendant respectfully maintains that the Court's Order (Docket No. 183) is no longer necessary as there will be no trial of this case on Monday, August 18, 2008.

Undersigned counsel contacted counsel for the plaintiff, and the plaintiff does not disagree with the defendant's position with regards to the relevant Order (Docket No. 183). It is anticipated

that the plaintiff has no opposition to this Informative Motion; however, opposing counsel could not be reached for direct comment on this motion as he is traveling and en route to the mainland. Accordingly, the defendant will respectfully not be amending its case law section to the Pre-Trial Order.

WHEREFORE, considering the foregoing, the defendant respectfully requests relief from Order No. 183 and seeks this Court's permission to not provide any further information in the Pre-Trial Statement concerning relevant case law.

                                            Respectfully submitted,

                                            /s/ Francisco Diez
                                          Francisco Diez
                                          Bar Roll No. 215412
                                          Attorney for JUAN PIZA BLONDET
                                          B-5 Pabonuco Street
                                          Suite 216 PMB 255
                                          Guaynabo, Puerto Rico 00968
                                          Telephone: (787) 721-1100
                                          Telecopier: (787) 725-8195


                                          J. Wayne Mumphrey
                                          Maurice Piza
                                          Mumphrey Law Firm, L.L.C.
                                          2000 Old Spanish Trail, Suite 103
                                          Slidell, LA 70458
                                          Telephone: (985) 649-0709
                                          Telecopier: (985) 649-5706

                                            - and -

                                          Paul E. Harrison
                                          Law Offices of Paul E. Harrison, LLC
                                          532 Girod Street
                                          Mandeville, LA 70448
                                          Telephone: (985) 727-7348
                                          Telecopier: (985) 624-8145

Copies to:

JOSE M. PIZARRO ZAYAS
Assistant U.S. Attorney
Room 452 Federal Building
Hato Rey, Puerto Rico 00918
Tel. 766-5656

JEFFREY M. TAPICK
Attorneys, U.S. Department of Justice
Environment and Natural Resources Division
P. O. Box 561 – Ben Franklin Station
Washington, D.C.  20044
Telephone: 202-305-0299
Fax:        202-305-0398

## Certificate of Service

I HEREBY CERTIFY that I have on this 15th day of August, 2008, served all counsel with a copy of the above and foregoing by email and electronic notification.

/s/ Francisco Diez
Francisco Diez