UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE FRANCISCO A. BESOSA        **CV NO:** 98-1664 (FAB)

COURTROOM DEPUTY:  Gladys Romañach        **DATE:** August 14, 2008

COURT REPORTER:   Rolayne Volpe

================================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA        Jeffrey Tapick
                                Jose Pizarro

vs.

33.92356 ACRES OF LAND, ET AL        Francisco Diez
                                     J. Wayne Mumphrey
                                     Mauricio Piza

================================================================

CASE CALLED FOR PRETRIAL CONFERENCE.  Mr. Tapick informs that the parties have reached an agreement.  Mr. Mumphrey confirms the settlement.

The Court orders that a proposed stipulation and consent, together with a draft of the judgment, be filed by Tuesday, **August 19, 2008.**

*s/Gladys Romañach*
Gladys Romañach
Courtroom Deputy Clerk