IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * |
| | * |
| **33.92536 ACRES OF LAND, MORE OR LESS, SITUATED IN VEGA BAJA, COMMONWEALTH OF PUERTO RICO, and JUAN PIZA-BLONDET, et al.,** | * CIVIL ACTION NO. 98-1664 (FAB-BJM) <br> * CIVIL ACTION NO. 98-2344 (FAB-BJM) |
| | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

COMES NOW, through the undersigned counsels, comes defendant, Juan Piza-Blondet, and files the instant Notice of Appeal consistent with Federal Rule of Appellate Procedure 3(a) and 4. The defendant is appealing several orders entered by Honorable Francisco A. Besosa, U.S. District Judge, and the Order and Final Judgment rendered by Honorable Francisco A. Besosa, U.S. District Judge, on or about August 19th, 2008 (DE 191). A copy of the Order and Final Judgment being appealed by the defendant is attached hereto as Exhibit "A."

This appeal is being taken to the United States Court of Appeals for the First Circuit. The attached Order and Final Judgment does not require the plaintiff to pay any sum of money. Rather, the case has been dismissed by the District Court Judge with each party to bear its own costs. Accordingly, a bond is not being filed contemporaneously with this suspensive appeal.

For the reasons set forth above, the defendant herein hereby very respectfully hence requests that this Notice of Appeal be filed into the court record and that the Clerk of Court begin preparing the District Court record. The defendant fully intends to comply with Federal Rule of Appellate

Procedure 10(b). Defendant is willing to pay for the cost of transcribing the record and for taking all necessary steps to ensure that the record is forwarded to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

     /s/ Francisco Diez     .
**Francisco Diez**
U.S.D.C. Bar No. 215412
Attorney for JUAN PIZA BLONDET
B-5 Tabonuco Street
Suite 216 PMB 255
Guaynabo, Puerto Rico 00968
Telephone: (787) 791-6032
Telecopier: (787) 791-4552

- and -

J. Wayne Mumphrey
Maurice Piza
Mumphrey Law Firm, L.L.C.
2000 Old Spanish Trail, Suite 103
Slidell, LA 70458
Telephone: (985) 649-0709
Telecopier: (985) 649-5706

- and -

Paul E. Harrison
Law Offices of Paul E. Harrison, LLC
532 Girod Street
Mandeville, LA 70448
Telephone: (985) 727-7348
Telecopier: (985) 624-8145

**Certificate of Service**

     We HEREBY CERTIFY that we have filed the beforegoing with the ECF system, which will automatically send copies and notice of the instant filing to the parties of record, namely Jose M. Pizarro Zayas and Jeffrey M Tapick, Assistant U.S. Attorneys. Likewise, in compliance with Local Rule 3, we hereby certify that copies of the instant notice of appeal have been mailed to: Jose M. Pizarro Zayas, Assistant U.S. Attorney, Room 452 Federal Building, Hato Rey, Puerto Rico 00918 (Tel. 766-5656); and to Jeffrey M Tapick, Attorney, U.S. Department of Justice, Environment and Natural Resources Division, P. O. Box 561 – Ben Franklin Station, Washington, D.C. 20044 (Telephone: 202-305-0299 Fax: 202-305-0398).

          /s/ Francisco Diez          .
Francisco Diez
U.S.D.C. Bar No. 215412
Attorney for JUAN PIZA BLONDET
B-5 Tabonuco Street
Suite 216 PMB 255
Guaynabo, Puerto Rico 00968
Telephone: (787) 791-6032
Telecopier: (787) 791-4552

- and -

J. Wayne Mumphrey
Maurice Piza
Mumphrey Law Firm, L.L.C.
2000 Old Spanish Trail, Suite 103
Slidell, LA 70458
Telephone: (985) 649-0709
Telecopier: (985) 649-5706

- and -

Paul E. Harrison
Law Offices of Paul E. Harrison, LLC
532 Girod Street
Mandeville, LA 70448
Telephone: (985) 727-7348
Telecopier: (985) 624-8145